# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2011-1009 - SOVERAIN SOFTWARE V NEWEGG

**Date of docketing:** 10/08/2010

**Appeal from:** United States District Court / Eastern District of Texas
case no. 07-CV-0511

**Appellant(s):** Newegg Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
    Kenneth R. Adamo
    Claudia W. Frost

Printed: 10/08/2010

# Proof Sheet

1. Docket #: 2011-1009
2. Caption: SOVERAIN SOFTWARE V NEWEGG
3. Case Type: Civil Private
4. Lead Case: 2011-1009
5. NOA Recd: 10/08/2010
6. NOA Date: 09/10/2010
7. Date Docketed: 10/08/2010
8. Origin: DCT
9. Nature of Suit: 830
10. U.S. Appeal: US is not a party
11. Pro Se: Not pro se
12. District Court Type: Infringement
13. Sub-Type:
14. Division: Eastern District of Texas
15. Basis of Jurisdiction: Federal Question
16. District Court Office: TYLER
17. Lower Court Filed: 11/02/2007
18. Lower Court Judge: Leonard Davis
19. Case No.: 07-CV-0511
20. Lower Court Docket: 0511
21. Miscellaneous Type:
22. Certified List: 10/08/2010
23. Screened:
24. A_BR_Filed: / /
25. Reinstatement Date: / /
26. Brief Due: Blue Brief
27. Due Date: 12/07/2010
28. ConXap: Stand alone
29. Under Seal: .F.
30. Fee Status: Paid
31. Fee Status Date: 09/10/2010
32. Fee Amount: 455.00
33. Receipt No.: 2663849
34. Disc. Waiver Form: / /
35. History:
36. A_N_Appear: Claudia W. Frost
37. E_N_Appear: Kenneth R. Adamo
38. X_N_Appear:
39. O_N_Appear:
40. Brief Notice: / /
41. Docket Number: 2011-1009
42. Party Data: 9
43. Attorney Data: 2
44. Short Caption: SOVERAIN SOFTWARE V NEWEGG

Plaintiff-Appellee
  SOVERAIN SOFTWARE LLC
  * Kenneth R. Adamo

Defendant-Appellant
  NEWEGG INC.
  * Claudia W. Frost

Secondary Entity
  CDW CORPORATION

  REDCATS USA LP

  REDCATS USA, INC.

  THE SPORTSMAN'S GUIDE INC.

  SYSTEMAX INC.

  TIGER DIRECT INC.

  ZAPPOS.COM, INC.