# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2011-1009

SOVERAIN SOFTWARE LLC,

        Plaintiff-Appellee,

v.

NEWEGG INC.,

        Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

Authorized Abbreviated Caption[2]

SOVERAIN SOFTWARE V NEWEGG, 2011-1009

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.