## U. S. ₃TRICT COURT, OFFICE OF TH1 ⎽ ⏌ERK
211 W. Ferguson
Tyler, TX 75702

U. S. Court of Appeals Federal Circuit  
6̶0̶0̶ ̶C̶a̶m̶p̶ ̶S̶t̶r̶e̶e̶t̶ 717 Madison Place, NW  
N̶e̶w̶ ̶O̶r̶l̶e̶a̶n̶s̶,̶ ̶L̶A̶ ̶7̶0̶1̶3̶0̶ Washington DC 20439

Date: October 1, 2010 _____

# 2011-1009

Case # __6:07cv511_____    USCA Case # _____

Style __SOVERAIN SOFTWARE LLC v. CDW CORPORATION, ET AL_____

**In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.**

(x) Certified copy of the Notice of Appeal (Dkt # 445___ ) and docket entries.  
( ) Certified copy of the Notice of Interlocutory Appeal (Dkt # _____ ) and docket entries.  
( ) Certified copy of notice of cross-appeal (Dkt # _____ ) and docket entries.  
( ) 2255 (Mo/Vacate) - Notice of Appeal (Dkt # _____ ) and civil and criminal docket entries.  
( ) Record on appeal consisting of _____ vol(s) of the record _____  
_____, _____ transcript vol(s), _____ video tape(s),  
_____ audio tape(s) and ECRO notes, _____ sealed envelope(s), _____ container(s) of  
state court records, _____ container(s) of exhibits.  
( ) Supplemental record consisting of ____ vol(s) of the record _____,  
_____ transcript vol(s), _____ video tape(s), _____ audio tape(s) and ECRO notes,  
_____ sealed env(s), _____ container(s) of state court records, _____ container(s) of exhibits.  
( ) Case consolidated with _____. Docket entries attached.  
( ) Certified copy of CJA-20/Order appointing counsel.  
( ) Public Defender appointed.  
( ) Copy of CJA-30 appointing counsel in death penalty case.  
( ) Other _____

**In regards to the notice of appeal, the following additional information is furnished:**

(x) The Court of Appeals docket fee _XX_ HAS ____ HAS NOT been paid.  
( ) A motion to proceed IFP on appeal has been filed in District Court.  
( ) IFP motion has been ____ granted ____ denied.  
(x) Judge entering final judgment or order on appeal:  
District Judge _Leonard Davis_____ Magistrate Judge _____  
( ) Court rptr/ECRO assigned to case: ___ Ron Mason, ___ Susan Simmons, ____ Shea Sloan.  
___ Vicki Baker, ___ Kathy Riley, ___ Libby Smith, ___ Ernie Ryer, ___ Terri Nickelson,  
___ Linda Pritchard, ____ Mechelle Morris, ____Other_____  
( ) This case was decided without a hearing/trial; therefore, there will be no transcript.  
( ) State court papers filed in District Court.  
( ) Other appeals filed: _____

Mike Lantz  
, Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | ) | **2011-1009** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 6:07-CV-00511-LED |
| CDW CORPORATION, NEWEGG | ) | |
| INC., REDCATS USA, INC., | ) | |
| SYSTEMAX INC., ZAPPOS.COM, | ) | **RECEIVED** |
| INC., REDCATS USA, L.P., THE | ) | |
| SPORTSMAN'S GUIDE, INC., and | ) | OCT - 7 2010 |
| TIGERDIRECT, INC., | ) | |
| | ) | United States Court of Appeals |
| Defendants. | ) | For The Federal Circuit |
| | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Newegg, Inc. appeals to the United States Court of

Appeals for the Federal Circuit from the final judgment entered in this action on August 11, 2010

(Dkt. #435).

Respectfully submitted,

Dated: September 10, 2010

By:  /s/ Kent E. Baldauf, Jr.
David C. Hanson
Kent E. Baldauf, Jr.
Daniel H. Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

702453382v1

Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorneys for Defendant Newegg Inc.

OF COUNSEL:

Claudia Wilson Frost
Texas Bar No. 21671300
Christopher J. Richart
Texas Bar No. 24033119
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2000
Houston, TX 77010
(713) 276-7600
(713) 276-7673 FAX

Richard A. Sayles
Texas State Bar No. 17697500
Mark D. Strachan
Texas State Bar No. 19351500
SAYLES | WERBNER
1201 Elm Street
4400 Renaissance Tower
Dallas, Texas 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

Attorneys for Defendant Newegg Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being hereby served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 10, 2010, or will be served via electronic mail. All other counsel of record will be served via facsimile or first class mail.

/s/  Kent E. Baldauf, Jr.
Kent E. Baldauf, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | **2011-1009** |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 511 |
| | § | PATENT CASE |
| NEWEGG INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with the Court's contemporaneous Memorandum Opinion and Order, and in consideration of the jury verdict delivered on April 30, 2010 and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Newegg Inc. ("Newegg") is found to have unlawfully infringed U.S. Patent Nos. 5,715,314 (the "'314 patent"), 5,909,492 (the "'492 patent"), and 7,272,639 (the "'639 patent") (collectively, "patents-in-suit").

- The patents-in-suit are not invalid and are enforceable.

- The Court awards damages to Soverain Software LLC ("Soverain") for Newegg's infringement of the '314 and '492 patents in the amount of $2,500,000.

- Soverain is further awarded a new trial on damages for Newegg's infringement of the '639 patent, to be held after all appeals have been exhausted.

- Soverain is further awarded post-verdict damages of $2,900 per day from May 1, 2010 until the date of this Final Judgment.

- Soverain is further awarded prejudgment interest on the actual damages found by the jury calculated at the prime rate as of the date of this Final Judgment compounded monthly through July 31, 2010 and compounded daily for the month of August 2010.

- Soverain is awarded its prejudgment Costs of Court.

- Soverain is entitled to post-judgment interest as provided for by 28 U.S.C. § 1961 for any time period between the entry of this Final Judgment and the date upon which Soverain receives payment from Newegg as ordered herein.

- For the reasons stated in the Court's contemporaneous Memorandum Opinion and Order, Newegg is hereby **ORDERED**, for the remaining life of the '314 and '492 patents, to pay Soverain an ongoing royalty of $0.15 per infringing transaction.

- All relief not granted in this Final Judgment is **DENIED**.

- All pending motions not previously resolved are **DENIED**.

**So ORDERED and SIGNED this 11th day of August, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

APPEAL, PATENT, PATENT/TRADEMARK, PROTECTIVE-ORDER

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Tyler)
## CIVIL DOCKET FOR CASE #: 6:07-cv-00511-LED
### Internal Use Only

# 2011-1009

| | |
|---|---|
| Soverain Software LLC v. CDW Corporation et al | Date Filed: 11/02/2007 |
| | Date Terminated: 08/11/2010 |
| Assigned to: Judge Leonard Davis | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Mediator**

| | | |
|---|---|---|
| **Michael Philip Patterson** | represented by | **Michael Philip Patterson** |
| | | Mike Patterson Mediation |
| | | 515 South Vine |
| | | Tyler, TX 75702 |
| | | 903-592-4433 |
| | | Email: |
| | | mike@mikepattersonmediation.com |

RECEIVED

United States Court of Appeals
For the Federal Circuit

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Soverain Software LLC** | represented by | **Jennifer Seraphine** |
| | | Jones Day - San Francisco |
| | | 555 California Street |
| | | 26th Floor |
| | | San Francisco, CA 94104 |
| | | 415/875-5892 |
| | | Fax: 415/875-5700 |
| | | Email: jseraphine@jonesday.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

FILED FOR
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**Kenneth Robert Adamo**

Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214-969-4856
Email: kradamo@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
The Roth Law Firm
115 N. Wellington
Suite 200
P.O. Box 876
Marshall, TX 75671-0876
903-935-1665
Fax: 903-935-1797
Email: aa@rothfirm.com
*ATTORNEY TO BE NOTICED*

**Andrey Belenky**
Jones Day - NYC
222 East 41st Street
New York, NY 10017
212-326-3939
Fax: 212-755-7306
Email: abelenky@jonesday.com
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3939
Fax: 12127557306
Email: barryrsatine@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
Law Office of Carl R Roth
115 N Wellington Suite 200
Marshall, Tx 75670
903/935-1665
Fax: 19039351797
Email: br@rothfirm.com
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
The Roth Law Firm, P.C.
115 N Wellington Suite 200
Marshall, Tx 75670
903/935-1665
Fax: 19039351797
Email: cr@rothfirm.com
*ATTORNEY TO BE NOTICED*

**Clark Craddock**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-8320
Fax: 212/755-7306
Email: ccraddock@jonesday.com
*ATTORNEY TO BE NOTICED*

**Debra R Smith**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3606
Fax: 212/755-7306
Email: debrarsmith@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T Manning**

Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214/969-3676
Fax: 214/969-5100
Email: gtmanning@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Canfield**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3939
Fax: 212/755-7306
Email: kcanfield@jonesday.com
*ATTORNEY TO BE NOTICED*

**Lynda Q Nguyen**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3939
Fax: 212/755-7306
Email: lqnguyen@jonesday.com
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201
214/969-5002
Fax: 214/969-5100
Email: mchowland@jonesday.com
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
Siebman Burg Phillips & Smith,

LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
903-938-8900
Fax: 19727674620
Email: michaelsmith@siebman.com

*ATTORNEY TO BE NOTICED*

**Ognjan V Shentov**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3650
Fax: 212/755-7306
Email: ovshentov@jonesday.com
*ATTORNEY TO BE NOTICED*

**Stela Cristina Tipi**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3939
Fax: 212/755-7306
Email: stipi@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Demitrack**
Jones Day - Cleveland
North Point
901 Lakeside Ave
Cleveland, OH 44114
216/586-7141
Fax: 216/579-0212
Email: tdemitrack@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
Jones Day - New York
222 E 41 Street
New York, NY 10017
212/326-3939
Fax: 212/755-7306
Email: tlgiannetti@jonesday.com
*ATTORNEY TO BE NOTICED*

## V.

## **Defendant**

| | | |
|---|---|---|
| **CDW Corporation**<br>*TERMINATED:*<br>*03/16/2009* | represented by | **Charles Edward Juister**<br>Marshall Gerstein & Borun<br>233 S Wacker Dr<br>6300 Sears Tower<br>Chicago, IL 60606-6357<br>312/474-6300<br>Fax: 312/474-0448<br>Email: cjuister@marshallip.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Scott A Sanderson**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: ssanderson@marshallip.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**

Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: tduston@marshallip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
Findlay Craft
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Julianne Hartzell**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: jhartzell@marshallip.com
*ATTORNEY TO BE NOTICED*

**Matthew C Nielsen**
Marshall Gerstein & Borun
233 S Wacker Dr
6300 Sears Tower
Chicago, IL 60606-6357
312/474-6300
Fax: 312/474-0448
Email: mnielsen@marshallip.com

*ATTORNEY TO BE NOTICED*

**Defendant**
**Newegg Inc.**                    represented by   **Eric Hugh Findlay**
                                                    (See above for address)
                                                    *TERMINATED: 09/19/2008*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Charles Edward Juister**
                                                    (See above for address)
                                                    *TERMINATED: 09/19/2008*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Claudia Wilson Frost**
                                                    Pillsbury Winthrop Shaw Pittman -
                                                    Houston
                                                    909 Fannin Street
                                                    Ste 2000
                                                    Houston, TX 77010
                                                    713/276-7648
                                                    Fax: 713/276-7673
                                                    Email:
                                                    claudia.frost@pillsburylaw.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel H Brean**
                                                    The Webb Law Firm
                                                    700 Koppers Building
                                                    436 Seventh Avenue
                                                    Pittsburgh, PA 15219
                                                    412/471-8815
                                                    Fax: 412/471-4094
                                                    Email: dbrean@webblaw.com
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David C Hanson**

The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412/471-8815
Fax: 412/471-4094
Email: dhanson@webblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
Attorney at Law
100 E Ferguson
Suite 1015
Tyler, TX 75702
903/595-3111
Fax: 19035950191
Email: trey@yw-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Jeremy Jason Gaston**
Burford & Maney, PC
1221 McKinney
Ste 3150
Houston, TX 77010
(713) 658-9001
Fax: (713) 658-9011
Email: jgaston@burfordmaney.com

*ATTORNEY TO BE NOTICED*

**John W McIlvaine , III**
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412/471-8815
Fax: 14124714094

Email: jmcilvaine@webblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julianne Hartzell**
(See above for address)
*TERMINATED: 09/19/2008*
*ATTORNEY TO BE NOTICED*

**Kent E Baldauf , Jr**
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412/471-8815
Fax: 412/471-4094
Email: kbaldaufjr@webblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Daniel Strachan**
Sayles Webner
4400 Renaissance
1201 Elm Street
Dallas, TX 75270
214-939-8707
Fax: 214-939-8787
Email: mstrachan@swtriallaw.com
*ATTORNEY TO BE NOTICED*

**Matthew C Nielsen**
(See above for address)
*TERMINATED: 09/19/2008*
*ATTORNEY TO BE NOTICED*

**Mira S Wolff**
Newegg Inc
16839 E Gale Avenue

City of Industry, CA 91745
629/271-1420
Fax: 629/271-9483
Email: mira.s.wolff@newegg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Alan Sayles**
Sayles Werbner
1201 Elm Street
4400 Renaissance Tower
Dallas, TX 75270
214/939-8700
Fax: 12149398787
Email: dsayles@swtriallaw.com
*ATTORNEY TO BE NOTICED*

**Scott A Sanderson**
(See above for address)
*TERMINATED: 09/19/2008*
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
(See above for address)
*TERMINATED: 09/19/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Redcats USA, Inc.**          represented by   **Frank W Leak , Jr**
*TERMINATED:*                                   Kilpatrick Stockton LLP NC
*07/07/2008*                                     1001 W Fourth Street
                                                 Winston-Salem, NC 27101
                                                 336/607-7363
                                                 Fax: 336/607-7500
                                                 Email:
                                                 fleak@kilpatrickstockton.com

**Michael E Jones**

Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903-597-8311
Fax: 903-593-0846
Email:
mikejones@potterminton.com

**Steven Gardner**
Kilpatrick Stockton LLP NC
1001 W Fourth Street
Winston-Salem, NC 27101
336/607-7300
Fax: 3366077500
Email:
sgardner@kilpatrickstockton.com

**Tonya R Deem**
Kilpatrick Stockton LLP NC
1001 W Fourth Street
Winston-Salem, NC 27101
336-607-7485
Fax: 336-734-2653
Email:
tdeem@kilpatrickstockton.com

**Defendant**

| | | |
|---|---|---|
| **Systemax Inc.** | represented by | **Barry J Schindler** |
| *TERMINATED:* | | Greenberg Traurig - NJ |
| *05/26/2009* | | 200 Park Ave |
| | | Florham Park, NJ 07932 |
| | | 973/360-7900 |
| | | Fax: 973/301-8410 |
| | | Email: schindlerb@gtlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Douglas Ray McSwane , Jr**
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597/8311
Fax: 9035930846
Email:
dougmcswane@potterminton.com
*ATTORNEY TO BE NOTICED*

**Eric William Buether**
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201
214-466-1270
Email: eric.buether@bjciplaw.com
*TERMINATED: 01/03/2008*

**Gaston Kroub**
Greenberg Traurig - New York
Metlife Building
200 Park Avenue, 15th Floor
New York, NY 10166
212/801-9200
Fax: 212/801-6400
Email: kroubg@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Mary-Olga Lovett**
Greenberg Traurig - Houston
1000 Louisiana
Suite 1700
Houston, TX 77002
713/374-3500
Fax: 7137547541
Email: lovettm@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
Greenberg Traurig - NJ
200 Park Ave
Florham Park, NJ 07932
973/360-7900
Fax: 973/301-8410
Email: nicodemam@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zappos.Com, Inc.**    represented by **Eric Hugh Findlay**
*TERMINATED:*    (See above for address)
*12/02/2008*    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Herhold**
Townsend & Townsend & Crew -
Palo Alto
379 Lytton Ave
Palo Alto, CA 94301
650/326-2400
Fax: 650/326-2422
Email: ttherhold@townsend.com
*TERMINATED: 01/03/2008*
*LEAD ATTORNEY*

**Charles Edward Juister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julianne Hartzell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C Nielsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A Sanderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw , III**
Capshaw DeRieux, LLP
1127 Judson Road
Ste 220
Longview, TX 75601-5157
903/233-4826
Fax: 903-236-8787
Email:
ccapshaw@capshawlaw.com
*TERMINATED: 01/02/2008*

**Thomas L Duston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tiger Direct Inc**
*TERMINATED: 05/26/2009*

represented by **Mary-Olga Lovett**
(See above for address)
*LEAD ATTORNEY*

**Douglas Ray McSwane , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Sportsman's Guide Inc**
*TERMINATED: 07/07/2008*

represented by **Frank W Leak , Jr**
(See above for address)

**Michael E Jones**
(See above for address)

**Steven Gardner**
(See above for address)

**Tonya R Deem**
(See above for address)

**William H Boice**
Kilpatrick Stockton LLP - Atlanta
1100 Peachtree St
Ste 2800
Atlanta, GA 30309-4530
404/815-6464
Fax: 404/541-3134
Email:
bboice@kilpatrickstockton.com
*PRO HAC VICE*

**Defendant**

**Redcats USA LP**            represented by   **Frank W Leak , Jr**
*TERMINATED:*                                  (See above for address)
*07/07/2008*

                                               **Michael E Jones**
                                               (See above for address)

                                               **Steven Gardner**
                                               (See above for address)

                                               **Tonya R Deem**
                                               (See above for address)

                                               **William H Boice**
                                               (See above for address)
                                               *PRO HAC VICE*

**Counter Claimant**

**Tiger Direct Inc**          represented by   **Mary-Olga Lovett**
*TERMINATED:*                                  (See above for address)
*05/26/2009*                                   *LEAD ATTORNEY*

# V.

## **Counter Defendant**

| | | |
|---|---|---|
| **Soverain Software LLC** | represented by | **Debra R Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Systemax Inc.**          represented by **Barry J Schindler**
*TERMINATED:*                              (See above for address)
*05/26/2009*                               *ATTORNEY TO BE NOTICED*

**Eric William Buether**
(See above for address)
*TERMINATED: 01/03/2008*

**Gaston Kroub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary-Olga Lovett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*ATTORNEY TO BE NOTICED*

## V.
## Counter Defendant

**Soverain Software**      represented by **Debra R Smith**
**LLC**                                    (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**CDW Corporation**           represented by **Charles Edward Juister**
*TERMINATED:*                                  (See above for address)

*03/16/2009*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A Sanderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Duston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Hugh Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Newegg Inc.**             represented by **Eric Hugh Findlay**
(See above for address)
*TERMINATED: 09/19/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H Brean**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zappos.Com, Inc.**        represented by **Eric Hugh Findlay**
*TERMINATED:*              (See above for address)
*12/02/2008*                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Herhold**
(See above for address)
*TERMINATED: 01/03/2008*
*LEAD ATTORNEY*

**Sidney Calvin Capshaw , III**
(See above for address)
*TERMINATED: 01/02/2008*

## V.

## Counter Defendant

**Soverain Software LLC**    represented by    **Debra R Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Sportsman's Guide Inc**
*TERMINATED: 07/07/2008*

represented by **Frank W Leak , Jr**
(See above for address)

**Michael E Jones**
(See above for address)

**Steven Gardner**
(See above for address)

**Tonya R Deem**
(See above for address)

**Counter Claimant**

**Redcats USA LP**
*TERMINATED: 07/07/2008*

represented by **Frank W Leak , Jr**
(See above for address)

**Michael E Jones**
(See above for address)

**Steven Gardner**
(See above for address)

**Tonya R Deem**
(See above for address)

## V.

## Counter Defendant

**Soverain Software LLC**  represented by  **Debra R Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zappos.Com, Inc.**                    represented by    **Eric Hugh Findlay**
*TERMINATED:*                                            (See above for address)
*12/02/2008*                                             *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Theodore Herhold**
                                                         (See above for address)
                                                         *TERMINATED: 01/03/2008*
                                                         *LEAD ATTORNEY*

                                                         **Charles Edward Juister**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Julianne Hartzell**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Matthew C Nielsen**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Scott A Sanderson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sidney Calvin Capshaw , III**

(See above for address)
*TERMINATED: 01/02/2008*

**Thomas L Duston**
(See above for address)
*ATTORNEY TO BE NOTICED*

## V.

## Counter Defendant

**Soverain Software**                represented by    **Debra R Smith**
**LLC**                                                (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Seraphine**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kenneth Robert Adamo**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Amanda Aline Abraham**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Andrey Belenky**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Barry R Satine**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clark Craddock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynda Q Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stela Cristina Tipi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Tiger Direct Inc**              represented by    **Mary-Olga Lovett**
*TERMINATED:*                                       (See above for address)
*05/26/2009*                                        *LEAD ATTORNEY*


V.

**Counter Defendant**

**Soverain Software**            represented by    **Debra R Smith**
**LLC**                                             (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer Seraphine**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kenneth Robert Adamo**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Amanda Aline Abraham**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Andrey Belenky**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Barry R Satine**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brendan Clay Roth**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clark Craddock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Canfield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynda Q Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stela Cristina Tipi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Systemax Inc.**          represented by **Barry J Schindler**
*TERMINATED:*                         (See above for address)

*05/26/2009*                          *ATTORNEY TO BE NOTICED*

**Eric William Buether**
(See above for address)
*TERMINATED: 01/03/2008*

**Gaston Kroub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary-Olga Lovett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Systemax Inc.**           represented by **Barry J Schindler**
*TERMINATED:*                              (See above for address)
*05/26/2009*                               *ATTORNEY TO BE NOTICED*

**Eric William Buether**
(See above for address)
*TERMINATED: 01/03/2008*

**Gaston Kroub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary-Olga Lovett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CDW Corporation**
*TERMINATED:*
*03/16/2009*

**Counter Claimant**

**Newegg Inc.**                    represented by    **Daniel H Brean**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Zappos.Com, Inc.**
*TERMINATED:*
*12/02/2008*

V.

**Counter Defendant**

**Soverain Software**             represented by    **Debra R Smith**
**LLC**                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Seraphine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Robert Adamo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Aline Abraham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barry R Satine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan Clay Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl R Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Christopher Howland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Charles Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas L Giannetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | 1 | COMPLAINT against CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.Com, Inc. (Filing fee $ 350.00 pd. 6-1-11611) , filed by Soverain Software LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 |

| | | Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Civil Cover Sheet)(mjc ) (Entered: 11/06/2007) |
|---|---|---|
| 11/02/2007 | 2 | DEMAND for Trial by Jury by Soverain Software LLC. (mjc ) (Entered: 11/06/2007) |
| 11/02/2007 | 3 | Report on the Filing or Determination of an Action Regarding A Patent or Trademark. (Copy forwarded to the Director of the U.S. Patent and Trademark Office.) (mjc ) (Entered: 11/06/2007) |
| 11/02/2007 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Soverain Software LLC identifying no Corporate Parent. (mjc ) (Entered: 11/06/2007) |
| 11/02/2007 | 5 | E-GOV SEALED SUMMONS Issued as to CDW Corporation, Newegg Inc., Redcats USA, Inc., Systemax Inc., Zappos.Com, Inc. (Attachments: # 1 CDW Corporation/Illinois Corp. Service Co. Summons # 2 Newegg, Inc. Summons# 3 Newegg, Inc. via Corp. Service Co. Summons# 4 Zappos.com, Inc. Summons# 5 Zappos.com, Inc. via Incorporating Svs., Ltd. Summons# 6 Systemax, Inc. via Corp. Service Co. Summons# 7 Systemax Inc., Summons# 8 Redcats USA, Inc. Summons# 9 Redcats USA, Inc. via The Corp. Trust Co. Summons)(mjc ) (Entered: 11/06/2007) |
| 11/19/2007 | 6 | Return of Service Executed as to Zappos.Com, Inc. on 11/7/2007, answer due: 11/27/2007. (mjc ) (Entered: 11/19/2007) |
| 11/19/2007 | 7 | Return of Service Executed as to Systemax Inc. on 11/6/2007, answer due: 11/26/2007. (mjc ) (Entered: 11/19/2007) |
| 11/19/2007 | 8 | Return of Service Executed as to Redcats USA, Inc. on 11/6/2007, answer due: 11/26/2007. (mjc ) (Entered: 11/19/2007) |
| 11/19/2007 | 9 | Return of Service Executed as to Newegg Inc. on |

| | | |
|---|---|---|
| | | 11/6/2007, answer due: 11/26/2007. (mjc ) (Entered: 11/19/2007) |
| 11/19/2007 | 10 | Return of Service Executed as to CDW Corporation on 11/6/2007, answer due: 11/26/2007. (mjc ) (Entered: 11/19/2007) |
| 11/21/2007 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint, by Systemax Inc.. (Attachments: # 1 Text of Proposed Order)(Buether, Eric) (Entered: 11/21/2007) |
| 11/21/2007 | 12 | MOTION for Extension of Time to File Answer re 1 Complaint, *[Unopposed]* by Redcats USA, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 11/21/2007) |
| 11/23/2007 | 13 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against all defendants, filed by Soverain Software LLC. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E) (Adamo, Kenneth) Modified on 11/27/2007 (rvw, ). (SEE DOC # 22 FOR CERT OF SVC) (Entered: 11/23/2007) |
| 11/23/2007 | 14 | NOTICE of Attorney Appearance by Mark Christopher Howland on behalf of Soverain Software LLC (Howland, Mark) (Entered: 11/23/2007) |
| 11/23/2007 | 15 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Howland, Mark) (Entered: 11/23/2007) |
| 11/26/2007 | 16 | NOTICE of Attorney Appearance by Thomas L Giannetti on behalf of Soverain Software LLC (Giannetti, Thomas) (Entered: 11/26/2007) |
| 11/26/2007 | | (Court only) ***Party Tiger Direct Inc, and The |

| | | |
|---|---|---|
| | | Sportsman's Guide Inc added. (rvw, ) (Entered: 11/26/2007) |
| 11/26/2007 | 17 | E-GOV SEALED SUMMONS Issued as to Tiger Direct Inc, The Sportsman's Guide Inc, Redcats USA, Inc.. (rvw, ) (Entered: 11/26/2007) |
| 11/26/2007 | 18 | ORDER granting 11 Motion for Extension of Time to Answer re 11 MOTION for Extension of Time to File Answer re 1 Complaint. Systemax Inc.'s answer is due by 12/31/2007. Signed by Judge Leonard Davis on 11/26/07. (mjc ) (Entered: 11/26/2007) |
| 11/26/2007 | | Set/Reset Deadlines: Systemax Inc. answer due 12/31/2007. (mjc ) (Entered: 11/26/2007) |
| 11/26/2007 | 19 | ORDER granting 12 Motion for Extension of Time to Answer re 12 MOTION for Extension of Time to File Answer re 1 Complaint, *[Unopposed]*. Redcats USA, Inc.'s answer is due by 12/31/2007. Signed by Judge Leonard Davis on 11/26/07. (mjc) (Entered: 11/26/2007) |
| 11/26/2007 | | Set/Reset Deadlines: Redcats USA, Inc. answer due 12/31/2007. (mjc ) (Entered: 11/26/2007) |
| 11/26/2007 | 20 | NOTICE of Attorney Appearance by Herbert A Yarbrough, III on behalf of Newegg Inc. (Yarbrough, Herbert) (Entered: 11/26/2007) |
| 11/26/2007 | 21 | MOTION for Extension of Time to File Answer *Defendant, Newegg Inc.'s, Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 11/26/2007) |
| 11/26/2007 | 22 | NOTICE by Soverain Software LLC *of Service* (Howland, Mark) (Entered: 11/26/2007) |
| 11/27/2007 | 23 | ORDER granting 21 Motion for Extension of Time |

| | | to Answer re 21 MOTION for Extension of Time to File Answer *Defendant, Newegg Inc.'s, Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint*. Newegg's answer is due by 12/31/2007. Signed by Judge Leonard Davis on 11/27/07. (mjc ) (Entered: 11/27/2007) |
|---|---|---|
| 11/27/2007 | | Set/Reset Deadlines: Newegg Inc. answer due 12/31/2007. (mjc ) (Entered: 11/27/2007) |
| 11/28/2007 | 24 | APPLICATION to Appear Pro Hac Vice by Attorney Michael A Nicodema for Systemax Inc. Fee pd., 6-1-11903. Approved 11/29/07. (mjc ) (Entered: 11/29/2007) |
| 11/28/2007 | 25 | APPLICATION to Appear Pro Hac Vice by Attorney Barry J Schindler for Systemax Inc. Fee pd., 6-1-11903. Approved 11/29/07. (mjc ) (Entered: 11/29/2007) |
| 11/28/2007 | 26 | APPLICATION to Appear Pro Hac Vice by Attorney Gaston Kroub for Systemax Inc. Fee pd., 6-1-11903. Approved 11/29/07. (mjc ) (Entered: 11/29/2007) |
| 12/03/2007 | 27 | APPLICATION to Appear Pro Hac Vice by Attorney Barry R Satine for Soverain Software LLC. Fee pd., 6-1-11943. Approved 12/4/07. (mjc ) (Entered: 12/04/2007) |
| 12/06/2007 | 28 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Plaintiff's Complaint for Patent Infringement* by Zappos.Com, Inc.. (Attachments: # 1 Text of Proposed Order)(Herhold, Theodore) (Entered: 12/06/2007) |
| 12/07/2007 | 29 | MOTION for Extension of Time to File Answer re 13 Amended Complaint, *[Unopposed]* by Redcats USA LP, The Sportsman's Guide Inc. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 12/07/2007) |
| 12/07/2007 | 30 | ORDER granting 28 Motion for Extension of Time to Answer re 28 Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Plaintiff's Complaint for Patent Infringement*. Defendant Zappos.com, Inc.'s answer is due by 12/31/07. Signed by Judge Leonard Davis on 12/7/07. (mjc ) (Entered: 12/07/2007) |
| 12/07/2007 | | Set/Reset Deadlines: Zappos.Com, Inc. answer due 12/31/2007. (mjc ) (Entered: 12/07/2007) |
| 12/07/2007 | 31 | MOTION for Extension of Time to File Answer re 13 Amended Complaint, *Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Amended Complaint of Plaintiff* by CDW Corporation. (Attachments: # 1 Text of Proposed Order)(Findlay, Eric) (Entered: 12/07/2007) |
| 12/10/2007 | 32 | ORDER granting 29 Motion for Extension of Time to Answer re 29 MOTION for Extension of Time to File Answer re 13 Amended Complaint, *[Unopposed]*. Defendants Redcats USA, L.P. and The Sportsman's Guide's answers are due by 12/31/07. Signed by Judge Leonard Davis on 12/10/07. (mjc ) (Entered: 12/10/2007) |
| 12/10/2007 | | Set/Reset Deadlines: The Sportsman's Guide Inc answer due 12/31/2007; Redcats USA LP answer due 12/31/2007. (mjc ) (Entered: 12/10/2007) |
| 12/10/2007 | 33 | ORDER granting 31 Motion for Extension of Time to Answer re 31 MOTION for Extension of Time to File Answer re 13 Amended Complaint, *Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Amended Complaint of Plaintiff* MOTION for Extension of |

| | | |
|---|---|---|
| | | Time to File Answer re <u>13</u> Amended Complaint, *Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Amended Complaint of Plaintiff.* CDW Corporation's answer is due 12/31/07. Signed by Judge Leonard Davis on 12/10/07. (mjc ) (Entered: 12/10/2007) |
| 12/10/2007 | | Set/Reset Deadlines: CDW Corporation answer due 12/31/2007. (mjc) (Entered: 12/10/2007) |
| 12/10/2007 | <u>34</u> | NOTICE of Attorney Appearance by Mary-Olga Lovett on behalf of Systemax Inc. (Lovett, Mary-Olga) (Entered: 12/10/2007) |
| 12/10/2007 | <u>35</u> | NOTICE of Attorney Appearance by Mary-Olga Lovett on behalf of Tiger Direct Inc (Lovett, Mary-Olga) (Entered: 12/10/2007) |
| 12/10/2007 | <u>36</u> | MOTION for Extension of Time to File *Unopposed Motion for Enlargement of Time in Which to Answer or Otherwise Respond* by Systemax Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Lovett, Mary-Olga) (Entered: 12/10/2007) |
| 12/10/2007 | <u>37</u> | MOTION for Extension of Time to File *Unopposed Motion for Enlargement of Tme in Which to Answer or Otherwise Respond* by Tiger Direct Inc. (Attachments: # <u>1</u> Text of Proposed Order)(Lovett, Mary-Olga) (Entered: 12/10/2007) |
| 12/10/2007 | <u>38</u> | APPLICATION to Appear Pro Hac Vice by Attorney Jennifer Seraphine for Soverain Software LLC. (mll, ) (Entered: 12/11/2007) |
| 12/10/2007 | <u>41</u> | Return of Service Executed as to Tiger Direct Inc on 11/28/2007, by personal service; answer due: 12/18/2007. (mll, ) (Entered: 12/11/2007) |
| 12/10/2007 | <u>42</u> | Return of Service Executed as to The Sportsman's Guide Inc on 11/28/2007, by personal service; answer due: 12/18/2007. (mll, ) (Entered: |

| | | 12/11/2007) |
|---|---|---|
| 12/10/2007 | 43 | Return of Service Executed as to Redcats USA LP on 11/29/2007, by personal service on The Corporation Trust Company; answer due: 12/19/2007. (mll, ) (Entered: 12/11/2007) |
| 12/10/2007 | 44 | Return of Service Executed as to Redcats USA LP on 11/28/2007, by personal service on CT Corporation System, Houston, Texas; answer due: 12/18/2007. (mll, ) (Entered: 12/11/2007) |
| 12/11/2007 | 39 | ORDER granting 36 Motion for Extension of Time to File. Accordingly, IT IS ORDERED, that Systemax Inc time to answer or otherwise respond in any manner to Plaintiff's Amended Complaint is extended to December 31, 2007. Signed by Judge Leonard Davis on 12/11/07. (fnt, ) (Entered: 12/11/2007) |
| 12/11/2007 | | Answer Due Deadline Updated for Systemax Inc 12/31/2007 (fnt, ) (Entered: 12/11/2007) |
| 12/11/2007 | 40 | ORDER granting 37 Motion for Extension of Time to File. Accordingly, IT IS ORDERED, that Tiger Direct,Inc.'s time to answer or otherwise respond in any manner to Plaintiff's Amended Complaint is extended to December 31, 2007. Signed by Judge Leonard Davis on 12/11/07. (fnt, ) (Entered: 12/11/2007) |
| 12/11/2007 | 45 | APPLICATION to Appear Pro Hac Vice by Attorney Steven Gardner for The Sportsman's Guide Inc and Redcats USA, Inc. (mll, ) (Entered: 12/12/2007) |
| 12/11/2007 | 46 | APPLICATION to Appear Pro Hac Vice by Attorney Frank W Leak, Jr for The Sportsman's Guide Inc and Redcats USA, Inc. (mll, ) (Entered: 12/12/2007) |
| | | |

| 12/11/2007 | 47 | APPLICATION to Appear Pro Hac Vice by Attorney Tonya R Deem for The Sportsman's Guide Inc and Redcats USA, Inc. (mll, ) (Entered: 12/12/2007) |
| 12/11/2007 | | Pro Hac Vice Filing fee paid by Steven Gardner, Frank Leak, and Tonya Deem; Fee: $75, receipt number: 6-1-12070 (mll, ) (Entered: 12/12/2007) |
| 12/12/2007 | 48 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on behalf of Zappos.Com, Inc. (Capshaw, Sidney) (Entered: 12/12/2007) |
| 12/12/2007 | 49 | NOTICE of Attorney Appearance by Mary-Olga Lovett on behalf of Tiger Direct Inc (Lovett, Mary-Olga) Modified on 12/13/2007 (djh, ). Modified on 12/13/2007 (djh, ). Additional attachment(s) added on 12/13/2007 (djh, ). (Entered: 12/12/2007) |
| 12/12/2007 | 50 | NOTICE of Attorney Appearance by Mary-Olga Lovett on behalf of Tiger Direct Inc (Lovett, Mary-Olga) Modified on 12/13/2007 (djh, ). Modified on 12/13/2007 (djh, ). Additional attachment(s) added on 12/13/2007 (djh, ). (Entered: 12/12/2007) |
| 12/12/2007 | 51 | NOTICE of Attorney Appearance by Mary-Olga Lovett on behalf of Tiger Direct Inc (Lovett, Mary-Olga) Modified on 12/13/2007 (djh, ). Modified on 12/13/2007 (djh, ). Additional attachment(s) added on 12/13/2007 (djh, ). (Entered: 12/12/2007) |
| 12/21/2007 | 52 | STIPULATION of Dismissal *without Prejudice as to Defendant Redcats USA, Inc.* by Soverain Software LLC. (Giannetti, Thomas) Additional attachment(s) added on 12/27/2007 (rvw, ). (Entered: 12/21/2007) |
| 12/21/2007 | 53 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas L Duston for CDW Corporation. (mll, ) (Entered: 12/26/2007) |
| | | |

| 12/21/2007 | 54 | APPLICATION to Appear Pro Hac Vice by Attorney Charles Edward Juister for CDW Corporation. (mll, ) (Entered: 12/26/2007) |
|---|---|---|
| 12/21/2007 | 55 | APPLICATION to Appear Pro Hac Vice by Attorney Scott A Sanderson for CDW Corporation. (mll, ) (Entered: 12/26/2007) |
| 12/28/2007 | 56 | ORDER re 52 Stipulation of Dismissal filed by Soverain Software LLC, dismissing without prejudice Defendant Redcats USA, Inc. Each party shall bear its own costs. Signed by Judge Leonard Davis on 12/28/07. (mjc ) (Entered: 12/28/2007) |
| 12/28/2007 | 57 | ANSWER to Amended Complaint, COUNTERCLAIM against Soverain Software LLC by Tiger Direct Inc.(Lovett, Mary-Olga) (Entered: 12/28/2007) |
| 12/28/2007 | 58 | ANSWER to Amended Complaint, COUNTERCLAIM against Soverain Software LLC by Systemax Inc..(Lovett, Mary-Olga) (Entered: 12/28/2007) |
| 12/28/2007 | 59 | MOTION to Withdraw as Attorney *(Defendant Zappos.com, Inc.'s Unopposed Motion for Withdrawal of S. Calvin Capshaw and the law firm of Brown McCarroll, LLP as Counsel)* by Zappos.Com, Inc.. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 12/28/2007) |
| 12/31/2007 | 60 | ANSWER to Amended Complaint , *Affirmative Defenses*, COUNTERCLAIM against Soverain Software LLC by CDW Corporation, Newegg Inc., Zappos.Com, Inc..(Findlay, Eric) (Entered: 12/31/2007) |
| 12/31/2007 | 61 | CORPORATE DISCLOSURE STATEMENT filed by Newegg Inc. identifying None as Corporate Parent. (Findlay, Eric) (Entered: 12/31/2007) |

| 12/31/2007 | 62 | CORPORATE DISCLOSURE STATEMENT filed by CDW Corporation identifying VH Holdings, Inc. as Corporate Parent. (Findlay, Eric) (Entered: 12/31/2007) |
| 12/31/2007 | 63 | CORPORATE DISCLOSURE STATEMENT filed by Zappos.Com, Inc. identifying Zappos.com, Inc. as Corporate Parent. (Findlay, Eric) (Entered: 12/31/2007) |
| 12/31/2007 | 64 | ANSWER to Amended Complaint *and,* COUNTERCLAIM against Soverain Software LLC by The Sportsman's Guide Inc, Redcats USA LP.(Jones, Michael) (Entered: 12/31/2007) |
| 01/02/2008 | 65 | MOTION to Withdraw as Attorney by Systemax Inc.. (Attachments: # 1 Text of Proposed Order) (Buether, Eric) (Entered: 01/02/2008) |
| 01/02/2008 | 66 | ORDER granting 59 Motion to Withdraw as Attorney. Attorney Sidney Calvin Capshaw, III terminated as to deft Zappos.com Inc. Signed by Judge Leonard Davis on 01/02/08. cc:attys 1-2-08 (mll, ) (Entered: 01/02/2008) |
| 01/02/2008 | 67 | MOTION to Withdraw as Attorney *(Defendant Zappos.com, Inc.'s Unopposed Motion for Withdrawal of Theodore T. Herhold and the law firm of Townsend and Townsend and Crew LLP as Counsel)* by Zappos.Com, Inc.. (Attachments: # 1 Text of Proposed Order)(Herhold, Theodore) (Entered: 01/02/2008) |
| 01/03/2008 | 68 | ORDER granting 65 Motion to Withdraw as Attorney. Attorney Eric William Buether terminated. Signed by Judge Leonard Davis on 1/3/08. (fnt, ) (Entered: 01/03/2008) |
| 01/03/2008 | 69 | ORDER granting 67 Motion to Withdraw as Attorney. Attorney Theodore Herhold terminated. Signed by Judge Leonard Davis on 1/3/08. (fnt, ) |

| | | |
|---|---|---|
| | | (Entered: 01/03/2008) |
| 01/07/2008 | 70 | CORPORATE DISCLOSURE STATEMENT filed by Redcats USA LP identifying VLP Corporation, Chadwick's of Boston, Inc., Redcats USA, Inc., Redcats USA, LLC, Redcats UK, Plc, Redcats, S.A. and PPR, S.A. as Corporate Parent. (Jones, Michael) (Entered: 01/07/2008) |
| 01/07/2008 | 71 | CORPORATE DISCLOSURE STATEMENT filed by The Sportsman's Guide Inc identifying VLP Corporation, Redcats USA, Inc., Redcats USA, LLC, Redcats UK, Plc, Redcats, S.A. and PPR, S.A. as Corporate Parent. (Jones, Michael) (Entered: 01/07/2008) |
| 01/10/2008 | 72 | ORDER - Status Conference set for 2/4/2008 01:30 PM before Judge Leonard Davis and Magistrate Judge John D. Love in Judge Davis' courtroom in Tyler to set a claim construction hearing date and a trial setting and to determine whether parties will consent to trial before Judge Love. Proposed Discovery Order is Appendix A; Proposed Docket Control Order is Appendix B. Agreed docket control and discovery orders are due 14 days after the status conference, and Plaintiff's PR 3-1 and 3-2 disclosures are due four days after the status conference. Signed by Judge Leonard Davis on 1/10/08. (mjc ) (Entered: 01/10/2008) |
| 01/17/2008 | 73 | RESPONSE to 58 Answer to Amended Complaint, Counterclaim *Soverain's Reply to Counterclaims of Systemax* by Soverain Software LLC. (Giannetti, Thomas) (Entered: 01/17/2008) |
| 01/17/2008 | 74 | RESPONSE to 57 Answer to Amended Complaint, Counterclaim *Soverain's Reply to Counterclaims of TigerDirect* by Soverain Software LLC. (Giannetti, Thomas) (Entered: 01/17/2008) |
| | | |

| 01/17/2008 | 75 | RESPONSE to 60 Answer to Amended Complaint, Counterclaim *Soverain's Reply to Counterclaims of CDW, Newegg and Zappos* by Soverain Software LLC. (Giannetti, Thomas) (Entered: 01/17/2008) |
| 01/17/2008 | 76 | RESPONSE to 64 Answer to Amended Complaint, Counterclaim *Soverain's Reply to Counterclaims of Redcats and The Sportsman's Guide* by Soverain Software LLC. (Giannetti, Thomas) (Entered: 01/17/2008) |
| 01/18/2008 | 77 | APPLICATION to Appear Pro Hac Vice by Attorney Lynda Q Nguyen for Soverain Software LLC. Fee pd., 6-1-12491. Approved 1/23/08. (mjc ) (Entered: 01/23/2008) |
| 01/29/2008 | 78 | NOTICE of *Defendant Systemax Inc.'s Corporate Disclosure Statement* by Systemax Inc. (Lovett, Mary-Olga) Modified on 1/30/2008 (mjc ). (Entered: 01/29/2008) |
| 01/29/2008 | 79 | NOTICE of *Defendant TigerDirect, Inc.'s Corporate Disclosure Statement* by Tiger Direct Inc. (Lovett, Mary-Olga) Modified on 1/30/2008 (mjc ). (Entered: 01/29/2008) |
| 01/30/2008 | | (Court only) ***Motions terminated: 79 MOTION for Disclosure *Defendant TigerDirect, Inc.'s Corporate Disclosure Statement* filed by Tiger Direct Inc, 78 MOTION for Disclosure *Defendant Systemax Inc.'s Corporate Disclosure Statement* filed by Systemax Inc.. (mjc ) (Entered: 01/30/2008) |
| 02/01/2008 | 80 | APPLICATION to Appear Pro Hac Vice by Attorney William H Boice for The Sportsman's Guide Inc and Redcats USA LP. Fee pd., 6-1-12616. Approved 2/4/08. (mjc ) (Entered: 02/04/2008) |
| 02/04/2008 | 81 | Minute Entry for proceedings held before Judge |

| | | Leonard Davis and Judge John Love : Status Conference held on 2/4/2008. (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf, ) (Entered: 02/05/2008) |
|---|---|---|
| 02/04/2008 | 82 | APPLICATION to Appear Pro Hac Vice by Attorney Andrey Belenky for Soverain Software LLC. Fee pd., 6-1-12648. Approved 2/5/08. (mjc ) (Entered: 02/05/2008) |
| 02/04/2008 | | E-Minute Entry for proceedings held before Judge Leonard Davis and Judge John D. Love : Status Conference held on 2/4/2008. See Doc # 81 . (Court Reporter Shea Sloan.) (rlf, ) (Entered: 02/05/2008) |
| 02/06/2008 | 83 | ORDER re 81 Status Conference - Final Pretrial Conference set for 1/21/2010 09:00 AM before Judge Leonard Davis. Jury Selection set for 2/1/2010 09:00AM before Judge Leonard Davis. Jury Trial set for 2/8/2010 09:00 AM before Judge Leonard Davis. Markman Hearing set for 5/28/2009 09:30 AM before Judge Leonard Davis. Parties are to submit agreed Docket Control and Discovery Orders by 2/19/2008. Signed by Judge Leonard Davis on 2/5/08. (mjc ) (Entered: 02/06/2008) |
| 02/11/2008 | 84 | NOTICE of Disclosure by Soverain Software LLC *of Asserted Claims and Infringement Contentions* (Giannetti, Thomas) (Entered: 02/11/2008) |
| 02/11/2008 | 85 | APPLICATION to Appear Pro Hac Vice by Attorney Kenneth Canfield for Soverain Software LLC. Fee pd., 6-1-12724. Approved 2/12/08. (mjc ) (Entered: 02/12/2008) |
| 02/19/2008 | 86 | NOTICE by CDW Corporation *Agreed Notice of Compliance Regarding the Court's February 6, 2008 Order* (Attachments: # 1 Exhibit A# 2 |

| | | |
|---|---|---|
| | | Exhibit B)(Findlay, Eric) (Entered: 02/19/2008) |
| 02/25/2008 | 87 | SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATOR: Final Pretrial Conference set for 1/21/2010 09:00 AM before Judge Leonard Davis. Discovery due by 8/31/2009. Jury Selection set for 2/1/2010 09:00AM before Judge Leonard Davis. ORDER REFERRING CASE to Mediator. Michael Philip Patterson rep by Michael Philip Patterson added as Mediator.Expert Witness List due by 7/21/2009. Identify trial witnesses by 9/14/2009. Jury instructions due by 11/24/2009. Mediation Completion due by 5/14/2008. Proposed Pretrial Order due by 11/24/2009. Jury Trial set for 2/8/2010 09:00 AM before Judge Leonard Davis. Markman Hearing set for 5/28/2009 09:30 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 2/22/08. (mjc ) (Entered: 02/25/2008) |
| 02/25/2008 | 88 | APPLICATION to Appear Pro Hac Vice by Attorney Clark Craddock for Soverain Software LLC. Fee pd., 6-1-12863. Approved 2/27/08. (mjc ) (Entered: 02/27/2008) |
| 02/25/2008 | 89 | APPLICATION to Appear Pro Hac Vice by Attorney Stela Cristina Tipi for Soverain Software LLC. Fee pd., 6-1-12861. Approved 2/27/08. (mjc ) (Entered: 02/27/2008) |
| 02/25/2008 | 90 | APPLICATION to Appear Pro Hac Vice by Attorney Matthew C Nielsen for CDW Corporation. Fee pd., 6-1-12864. Approved 2/27/08. (mjc ) (Entered: 02/27/2008) |
| 03/05/2008 | 91 | DISCOVERY ORDER entered in furtherance of the management of the Court's docket under FRCP 16. Signed by Judge Leonard Davis on 3/5/08. (mjc ) (Entered: 03/05/2008) |
| | | |

| 03/11/2008 | 92 | NOTICE of Attorney Appearance by Scott A Sanderson on behalf of Newegg Inc., Zappos.Com, Inc. (Sanderson, Scott) (Entered: 03/11/2008) |
| 03/11/2008 | 93 | NOTICE of Attorney Appearance by Matthew C Nielsen on behalf of Newegg Inc., Zappos.Com, Inc. (Nielsen, Matthew) (Entered: 03/11/2008) |
| 03/11/2008 | 94 | NOTICE of Attorney Appearance by Charles Edward Juister on behalf of Newegg Inc., Zappos.Com, Inc. (Juister, Charles) (Entered: 03/11/2008) |
| 03/11/2008 | 95 | NOTICE of Attorney Appearance by Thomas L Duston on behalf of Newegg Inc., Zappos.Com, Inc. (Duston, Thomas) (Entered: 03/11/2008) |
| 03/20/2008 | 96 | NOTICE by Soverain Software LLC *of Compliance with Paragraph 1 of Discovery Order* (Giannetti, Thomas) (Entered: 03/20/2008) |
| 03/20/2008 | 97 | NOTICE of Disclosure by The Sportsman's Guide Inc, Redcats USA LP *Regarding Initial Disclosures* (Jones, Michael) (Entered: 03/20/2008) |
| 03/20/2008 | 98 | NOTICE of Disclosure by Tiger Direct Inc *DEFENDANT TIGERDIRECT, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER* (Lovett, Mary-Olga) (Entered: 03/20/2008) |
| 03/20/2008 | 99 | NOTICE of Disclosure by Systemax Inc. *DEFENDANT SYSTEMAX, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 1 OF FEBRUARY 19, 2008 DISCOVERY ORDER* (Lovett, Mary-Olga) (Entered: 03/20/2008) |
| 03/20/2008 | 100 | NOTICE of Disclosure by CDW Corporation , |

| | | |
|---|---|---|
| | | *Newegg, Inc. and Zappos.com, Inc.* (Duston, Thomas) (Entered: 03/20/2008) |
| 03/26/2008 | 101 | NOTICE of Attorney Appearance by Carl R Roth on behalf of Soverain Software LLC (Roth, Carl) (Entered: 03/26/2008) |
| 03/26/2008 | 102 | NOTICE of Attorney Appearance by Amanda Aline Abraham on behalf of Soverain Software LLC (Abraham, Amanda) (Entered: 03/26/2008) |
| 03/26/2008 | 103 | NOTICE of Attorney Appearance by Brendan Clay Roth on behalf of Soverain Software LLC (Roth, Brendan) (Entered: 03/26/2008) |
| 03/26/2008 | 104 | NOTICE of Attorney Appearance by Michael Charles Smith on behalf of Soverain Software LLC (Smith, Michael) (Entered: 03/26/2008) |
| 04/07/2008 | 105 | NOTICE of Attorney Appearance by Douglas Ray McSwane, Jr on behalf of Tiger Direct Inc (McSwane, Douglas) (Entered: 04/07/2008) |
| 04/07/2008 | 106 | NOTICE of Attorney Appearance by Douglas Ray McSwane, Jr on behalf of Systemax Inc. (McSwane, Douglas) (Entered: 04/07/2008) |
| 04/14/2008 | 107 | Return of Service Executed as to The Sportsman's Guide Inc on 12/8/2007, answer due: 12/28/2007. (mjc ) (Entered: 04/17/2008) |
| 04/14/2008 | 108 | Return of Service Executed as to Tiger Direct Inc on 12/13/2007, answer due: 1/2/2008. (mjc ) (Entered: 04/17/2008) |
| 04/14/2008 | 109 | Return of Service Executed as to Zappos.Com, Inc. on 11/13/2007, answer due: 12/31/2007. (mjc ) (Entered: 04/17/2008) |
| 04/14/2008 | 110 | Return of Service Executed as to CDW Corporation on 11/19/2007, answer due: 12/9/2007. (mjc ) (Entered: 04/17/2008) |
| | | |

| 04/14/2008 | <u>111</u> | Return of Service Executed as to Newegg Inc. on 11/19/2007, answer due: 12/31/2007. (mjc ) (Entered: 04/17/2008) |
|---|---|---|
| 04/14/2008 | <u>112</u> | Return of Service Executed as to Systemax Inc. on 11/15/2007, answer due: 12/5/2007. (mjc ) (Entered: 04/17/2008) |
| 05/08/2008 | <u>113</u> | NOTICE by Soverain Software LLC *of Compliance with Paragraphs 2(B) and 2(C) of the Discovery Order* (Tipi, Stela) (Entered: 05/08/2008) |
| 05/13/2008 | <u>114</u> | APPLICATION to Appear Pro Hac Vice by Attorney Julianne Hartzell for CDW Corporation, Zappos.com, Inc. and Newegg Inc. Fee pd., 6-1-13755. Approved 5/15/08.(mjc ) (Entered: 05/15/2008) |
| 05/21/2008 | <u>115</u> | REPORT of Mediation by Michael Philip Patterson. Mediation result: still negotiating (Patterson, Michael) (Entered: 05/21/2008) |
| 06/09/2008 | <u>116</u> | E-GOV SEALED SUMMONS Issued as to Zappos.Com, Inc.. (fnt, ) (Entered: 06/10/2008) |
| 06/17/2008 | <u>117</u> | REPORT of Mediation by Michael Philip Patterson. Mediation result: Soverain settled with RedCats(Patterson, Michael) (Entered: 06/17/2008) |
| 06/18/2008 | <u>118</u> | Consent MOTION to Amend/Correct <u>86</u> Notice (Other) *Docket Control Order* by The Sportsman's Guide Inc, Redcats USA LP. (Attachments: # <u>1</u> Text of Proposed Order)(Leak, Frank) (Entered: 06/18/2008) |
| 06/19/2008 | <u>119</u> | ORDER granting <u>118</u> Motion to Amend/Correct Docket Control Order to Extend Specific Deadlines. Signed by Judge Leonard Davis on 6/19/08. (mjc ) (Entered: 06/19/2008) |

| 06/20/2008 | 120 | MOTION for Extension of Time to Complete Discovery *Order to Extend Deadlines* by Systemax Inc.. (Attachments: # 1 ORDER)(Lovett, Mary-Olga) (Entered: 06/20/2008) |
|------------|-----|---|
| 06/20/2008 | 121 | RESPONSE to Motion re 120 MOTION for Extension of Time to Complete Discovery *Order to Extend Deadlines filed by Soverain Software LLC.* (Attachments: # 1 Text of Proposed Order)(Tipi, Stela) (Entered: 06/20/2008) |
| 06/21/2008 | 122 | MOTION to Amend/Correct 87 Scheduling Order,,, Order Referring Case to Mediator,,, Set Hearings,, by CDW Corporation. (Attachments: # 1 Exhibit A - Proposed Amended Docket Control Order)(Duston, Thomas) (Entered: 06/21/2008) |
| 06/25/2008 | 123 | ORDER denying as moot 120 Motion for Extension of Time to Complete Discovery; granting 122 Motion to Amend/Correct Docket Control Order.. Signed by Judge Leonard Davis on 6/25/08. (mjc ) (Entered: 06/25/2008) |
| 06/25/2008 | 124 | SCHEDULING ORDER: Discovery due by 8/31/2009. Expert Witness List due by 7/21/2009. Identify trial witnesses by 9/14/2009, Jury instructions due by 11/24/2009, Mediation Completion due by 5/14/2008. Proposed Findings of Fact due by 11/24/2009, Proposed Pretrial Order due by 11/24/2009. Jury Trial set for 2/8/2010 09:00 AM before Judge Leonard Davis. Final Pretrial Conference set for 1/21/2010 09:00 AM before Judge Leonard Davis. Jury Selection set for 2/1/2010 09:00AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 6/25/08. (mjc ) (Entered: 06/25/2008) |
| 07/02/2008 | 125 | STIPULATION of Dismissal *bertween Plaintiff and Defendants Redcats USA, Inc., Redcats USA, L.P. and The Sportsmans Guide, Inc.* by Soverain |

| | | |
|---|---|---|
| | | Software LLC. (Attachments: # 1 Text of Proposed Order Proposed ORDER OF DISMISSAL WITH PREJUDICE)(Craddock, Clark) (Entered: 07/02/2008) |
| 07/03/2008 | 126 | ANSWER to 1 Complaint, *Affirmative Defenses and*, COUNTERCLAIM against Soverain Software LLC by Zappos.Com, Inc..(Findlay, Eric) (Entered: 07/03/2008) |
| 07/07/2008 | 127 | ORDER OF DISMISSAL WITH PREJUDICE re 125 Stipulation of Dismissal, filed by Soverain Software LLC, Redcats USA LP; Redcats USA, Inc.; The Sportsman's Guide Inc; The Sportsman's Guide Inc; The Sportsman's Guide Inc; The Sportsman's Guide Inc; The Sportsman's Guide Inc; Redcats USA LP and Redcats USA LP terminated. Plaintiff's complaint against Licensee is dismissed with prejudice. Licensee's counterclaims are dismissed with prejudice. Each party shall bear its own attorney's fees, expenses and costs. Signed by Judge Leonard Davis on 7/7/08. (mpv, ) (Entered: 07/07/2008) |
| 07/08/2008 | 128 | Return of Service Executed as to Zappos.Com, Inc. on 6/16/2007, answer due: 7/6/2007. (gsg) (Entered: 07/09/2008) |
| 07/21/2008 | 129 | *TigerDirect Inc.'s Affirmative Defenses,* ANSWER to 13 Amended Complaint, *for Patent Infringement,* COUNTERCLAIM *to Plaintiff's Amended Complaint for Patent Infringement* against Soverain Software LLC by Tiger Direct Inc.(Lovett, Mary-Olga) (Entered: 07/21/2008) |
| 07/21/2008 | 130 | *Systemax Inc.'s Affirmative Defenses* ANSWER to 1 Complaint,, COUNTERCLAIM *to Plaintiff's Amended Complaint for Patent Infringement* against Systemax Inc. by Systemax Inc..(Lovett, Mary-Olga) (Entered: 07/21/2008) |
| | | |

| 07/21/2008 | 131 | NOTICE by Tiger Direct Inc *Notice of Compliance* (Lovett, Mary-Olga) (Entered: 07/21/2008) |
|---|---|---|
| 07/21/2008 | 132 | NOTICE by Systemax Inc. *Notice of Compliance* (Lovett, Mary-Olga) (Entered: 07/21/2008) |
| 07/22/2008 | | (Court only) ***Staff notes: Notified by the Kilpatrick Stockton firm that they no longer wish to receive electronic notice of filings in this case in that defts Redcats and Sportsman Guide have been dismissed from this case. Attorneys have been removed from the notice list in this case per their request. (mll, ) (Entered: 07/22/2008) |
| 07/23/2008 | 133 | ANSWER to 126 Answer to Complaint, Counterclaim by Soverain Software LLC. (Giannetti, Thomas) (Entered: 07/23/2008) |
| 07/30/2008 | 134 | MOTION for Extension of Time to File *Amended Answer, Affirmative Defenses and Counterclaims and to Exchange Proposed Terms and Claim Elements for Construction* by CDW Corporation. (Attachments: # 1 Text of Proposed Order) (Duston, Thomas) (Entered: 07/30/2008) |
| 07/31/2008 | 135 | ORDER granting 134 Motion for Extension of Time. Defts are granted an extension of time through 8-20-08 to (1) assert any counterclaims without leave of Court; and (2) add any inequitable conduct allegations to pleadings without leave of Court, and the date for the exchange of terms and claim elements for construction is extended through 9-19-08. Signed by Judge Leonard Davis on 07/31/08. cc:attys 7-31-08 (mll, ) (Entered: 07/31/2008) |
| 08/11/2008 | 136 | ANSWER to 129 Answer to Amended Complaint,, Counterclaim, by Soverain Software LLC. (Giannetti, Thomas) (Entered: 08/11/2008) |
| 08/11/2008 | 137 | ANSWER to Complaint *Answer to Counterclaims* |

| | | |
|---|---|---|
| | | *of Defendant Systemax, Docket Entry #130* by Soverain Software LLC.(Giannetti, Thomas) (Entered: 08/11/2008) |
| 08/20/2008 | <u>138</u> | AMENDED ANSWER to <u>13</u> Amended Complaint, *First*, Amended COUNTERCLAIM against Soverain Software LLC by CDW Corporation, Newegg Inc., Zappos.Com, Inc.. (Duston, Thomas) (Entered: 08/20/2008) |
| 09/02/2008 | <u>139</u> | APPLICATION to Appear Pro Hac Vice by Attorney Mira S Wolff for Newegg Inc.. (mll, ) (Entered: 09/04/2008) |
| 09/02/2008 | <u>140</u> | APPLICATION to Appear Pro Hac Vice by Attorney Kent E Baldauf, Jr for Newegg Inc.. (mll, ) (Entered: 09/04/2008) |
| 09/02/2008 | <u>141</u> | APPLICATION to Appear Pro Hac Vice by Attorney John W McIlvaine, III for Newegg Inc.. (mll, ) (Entered: 09/04/2008) |
| 09/02/2008 | <u>142</u> | APPLICATION to Appear Pro Hac Vice by Attorney David C Hanson for Newegg Inc.. (mll, ) (Entered: 09/04/2008) |
| 09/04/2008 | <u>143</u> | MOTION for Extension of Time to File Response/Reply as to <u>138</u> Amended Answer to Complaint, Counterclaim *Agreed Motion to Extend Time to Reply or Otherwise Respond to Counterclaims of Defendants* by Soverain Software LLC. (Attachments: # <u>1</u> Text of Proposed Order Granting Soverain Agreed Motion to Extend Time to Reply or Otherwise Respond to Defendants Counterclaims)(Giannetti, Thomas) (Entered: 09/04/2008) |
| 09/08/2008 | <u>144</u> | ORDER granting <u>143</u> Motion for Extension of Time to File Response/Reply re <u>143</u> MOTION for Extension of Time to File Response/Reply as to <u>138</u> Amended Answer to Complaint, Counterclaim |

| | | |
|---|---|---|
| | | *Agreed Motion to Extend Time to Reply or Otherwise Respond to Counterclaims of Defendants* Responses due by 10/10/2008 Replies due by 10/10/2008. Signed by Judge Leonard Davis on 9/5/2008. (gsg) (Entered: 09/08/2008) |
| 09/12/2008 | 145 | MOTION to Withdraw as Attorney *Defendant Newegg Inc.'s Unopposed Motion for Withdrawal and Substitution of Counsel* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 09/12/2008) |
| 09/16/2008 | 146 | MOTION to Amend/Correct *Defendant Newegg, Inc.'s Unopposed Motion to Amend the Docket Control Order* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/16/2008) |
| 09/17/2008 | 147 | ORDER granting 146 Motion to Amend Docket Control Order. Parties are granted an extension of time until 10-31-08 to exchange proposed terms and claim elements for construction in compliance with PR 4-1. Signed by Judge Leonard Davis on 09/17/08. cc:attys 9-17-08 (mll, ) (Entered: 09/17/2008) |
| 09/19/2008 | 148 | ORDER granting 145 Motion to Withdraw as Attorney. Added attorney Kent E Baldauf, Jr., John W McIlvaine, III, David C Hanson, and Mira S Wolff for Newegg Inc. Attorney Julianne Hartzell; Charles Edward Juister; Matthew C Nielsen; Scott A Sanderson; Thomas L Duston and Eric Hugh Findlay terminated. Signed by Judge Leonard Davis on 09/19/08. cc:attys 9-19-08 (mll, ) (Entered: 09/19/2008) |
| 09/19/2008 | 149 | ***SEE 150 FOR CERTIFICATE OF CONFERENCE*** MOTION for Protective Order by Soverain Software LLC. (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Text of Proposed Order)(Giannetti, Thomas) Modified on 9/19/2008 (mjc ). (Entered: 09/19/2008) |
| 09/19/2008 | <u>150</u> | AFFIDAVIT in Support re <u>149</u> MOTION for Protective Order *Certificate of Conference filed by Soverain Software LLC.* (Giannetti, Thomas) (Entered: 09/19/2008) |
| 09/19/2008 | <u>151</u> | AFFIDAVIT in Support re <u>149</u> MOTION for Protective Order *filed by Soverain Software LLC.* (Seraphine, Jennifer) (Entered: 09/19/2008) |
| 09/19/2008 | <u>152</u> | SEALED ADDITIONAL ATTACHMENTS to Main Document: <u>149</u> MOTION for Protective Order, Exhibit G. (Giannetti, Thomas) Modified on 9/19/2008 (mjc ). (Entered: 09/19/2008) |
| 10/06/2008 | <u>153</u> | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Protective Order by TigerDirect, Inc. and* by Systemax Inc.. (Attachments: # <u>1</u> Text of Proposed Order Order Granting Defendants Systemax, Inc. and TigerDirect, Inc.'s Unopposed Motion to Enlarge Time)(Lovett, Mary-Olga) (Entered: 10/06/2008) |
| 10/06/2008 | <u>154</u> | RESPONSE to Motion re <u>149</u> MOTION for Protective Order *filed by CDW Corporation.* (Duston, Thomas) (Entered: 10/06/2008) |
| 10/07/2008 | <u>155</u> | ORDER granting <u>153</u> Motion for Extension of Time to File Response re <u>149</u> MOTION for Protective Order ; Responses due by 10/10/2008. Signed by Judge Leonard Davis on 10/07/08. cc:attys 10-07-08 (mll, ) (Entered: 10/07/2008) |
| 10/10/2008 | <u>156</u> | *Reply* ANSWER to <u>138</u> Amended Answer to |

| | | |
|---|---|---|
| | | Complaint, Counterclaim *of CDW, Newegg, and Zappos* by Soverain Software LLC.(Giannetti, Thomas) (Entered: 10/10/2008) |
| 10/10/2008 | <u>157</u> | SEALED RESPONSE to Motion re <u>149</u> MOTION for Protective Order filed by Tiger Direct Inc. (Attachments: # <u>1</u> Exhibit EXHIBIT A, # <u>2</u> Exhibit EXHIBIT B, # <u>3</u> Exhibit EXHIBIT C, # <u>4</u> Exhibit EXHIBIT D, # <u>5</u> Exhibit EXHIBIT E, # <u>6</u> Exhibit EXHIBIT F)(Lovett, Mary-Olga) (Entered: 10/10/2008) |
| 10/16/2008 | <u>158</u> | **\*\*\*FILED IN ERROR. PLEASE DISREGARD.\*\*\*** STIPULATION *TO EXTEND TIME TO FILE REPLY* by Soverain Software LLC. (Tipi, Stela) Modified on 10/17/2008 (mjc ). (Entered: 10/16/2008) |
| 10/17/2008 | <u>159</u> | Unopposed MOTION for Extension of Time to File Response/Reply by Soverain Software LLC. (Attachments: # <u>1</u> Text of Proposed Order) (Giannetti, Thomas) (Entered: 10/17/2008) |
| 10/20/2008 | <u>160</u> | ORDER granting <u>159</u> Motion for Extension of Time to File Response/Reply re <u>149</u> MOTION for Protective Order; Replies due by 10/23/2008. Signed by Judge Leonard Davis on 10/20/08. cc:attys 10-20-08 (mll, ) (Entered: 10/20/2008) |
| 10/23/2008 | <u>161</u> | REPLY to Response to Motion re <u>149</u> MOTION for Protective Order *(Reply to CDW's Response) filed by Soverain Software LLC*. (Attachments: # <u>1</u> Exhibit M)(Giannetti, Thomas) (Entered: 10/23/2008) |
| 10/23/2008 | <u>162</u> | REPLY to Response to Motion re <u>149</u> MOTION for Protective Order *(Reply to Systemax and TigerDirect's Response) filed by Soverain Software LLC*. (Attachments: # <u>1</u> Exhibit N)(Giannetti, |

| | | |
|---|---|---|
| | | Thomas) (Entered: 10/23/2008) |
| 10/31/2008 | 163 | NOTICE of Disclosure by Soverain Software LLC *of Proposed Terms and Claim Elements for Construction (pursuant to P.R. 4-1)* (Giannetti, Thomas) (Entered: 10/31/2008) |
| 10/31/2008 | 164 | NOTICE of Disclosure by Newegg Inc. *of Proposed Terms and Claim Elements for Construction* (Yarbrough, Herbert) (Entered: 10/31/2008) |
| 10/31/2008 | 165 | NOTICE of Disclosure by CDW Corporation, Zappos.Com, Inc. *of Proposed Terms and Claim Elements* (Hartzell, Julianne) (Entered: 10/31/2008) |
| 10/31/2008 | 166 | NOTICE of Disclosure by Tiger Direct Inc *of Proposed Terms and Claim Elements for Construction* (Lovett, Mary-Olga) (Entered: 10/31/2008) |
| 10/31/2008 | 167 | NOTICE of Disclosure by Systemax Inc. *of Proposed Terms and Claim Elements for Construction* (Lovett, Mary-Olga) (Entered: 10/31/2008) |
| 12/01/2008 | 168 | STIPULATION of Dismissal *between Plaintiff Soverain Software LLC and Defendant Zappos.com, Inc.* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order) (Giannetti, Thomas) (Entered: 12/01/2008) |
| 12/02/2008 | 169 | ORDER re 168 Stipulation of Dismissal filed by Soverain Software LLC. Pltf's complaint against Licensee is dismissed without prejudice. Licensee's counterclaims against pltf are dismissed without prejudice. Each party shall bear its own atty's fees, expenses and costs. Signed by Judge Leonard Davis on 12/02/08. cc:attys 12-03-08(mll, ) (Entered: 12/03/2008) |

| | | |
|---|---|---|
| 12/02/2008 | | (Court only) *** Party Zappos.Com, Inc. terminated per <u>169</u> Order of partial dismissal. (mll, ) (Entered: 12/03/2008) |
| 01/13/2009 | <u>170</u> | ORDER granting <u>149</u> Motion for Protective Order. The Court further orders Soverain to direct its attorneys and experts that they shall not access Tiger Direct's and Systemax's customer information when reviewing those parties' source code. Signed by Judge Leonard Davis on 01/13/09. cc:attys 1-14-09(mll, ) (Entered: 01/14/2009) |
| 01/13/2009 | <u>171</u> | PROTECTIVE ORDER. Signed by Judge Leonard Davis on 01/13/09. cc:attys 1-14-09(mll, ) (Entered: 01/14/2009) |
| 01/20/2009 | <u>172</u> | NOTICE by CDW Corporation *Notice of Change of Contact Information* (Findlay, Eric) (Entered: 01/20/2009) |
| 02/06/2009 | <u>173</u> | Agreed MOTION for Extension of Time to Complete Discovery *Comply with P.R. 4-2 to Exchange with Plaintiff Preliminary Claim Constructions and Extrinsic Evidence and to Exchange Privilege Logs*, Agreed MOTION for Extension of Time to File *Joint Claim Construction and Prehearing Statement (P.R. 4-3)* by Tiger Direct Inc, Systemax Inc.. (Attachments: # <u>1</u> Text of Proposed Order Order Granting Agreed Motion For Extension of Time for Defendants to Comply with Patent Rules 4-2 and 4-3)(Lovett, Mary-Olga) (Entered: 02/06/2009) |
| 02/09/2009 | <u>174</u> | ORDER granting <u>173</u> Motion for Extension of Time to Complete Discovery; granting <u>173</u> Motion for Extension of Time. Defts are granted an extension of time through 2-20-09 to comply with PR 4-2 to exchange preliminary claim constructions and extrinsic evidence and to exchange privilege log, and the date for filing joint |

| | | |
|---|---|---|
| | | claim construction and prehearing statement under PR 4-3 is extended through 3-16-09. Signed by Judge Leonard Davis on 02/09/09. cc:attys 2-9-09 (mll, ) (Entered: 02/09/2009) |
| 02/10/2009 | 175 | Unopposed MOTION to Vacate *ORDER (DKT. NO. 174) AND TO ENTER A CORRECTED ORDER* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Giannetti, Thomas) (Entered: 02/10/2009) |
| 02/11/2009 | 176 | ORDER granting 175 Motion to Vacate 174 Order on Motion for Extension of Time to Complete Discovery, and Order on Motion for Extension of Time to File. The deadline for complying with PR 4-2 is set to 2-20-09 for all parties. The deadline for the exchange of privilege logs is set to 2-20-09 for all parties. The deadline for complying with PR 4-3 is set to 3-16-09 for all parties. Signed by Judge Leonard Davis on 02/11/09. cc:attys 2-11-09 (mll, ) (Entered: 02/11/2009) |
| 02/19/2009 | 177 | NOTICE of Attorney Appearance by Ognjan V Shentov on behalf of Soverain Software LLC (Shentov, Ognjan) (Entered: 02/19/2009) |
| 02/20/2009 | 178 | NOTICE by Soverain Software LLC *of Compliance with P.R. 4-2* (Giannetti, Thomas) (Entered: 02/20/2009) |
| 02/20/2009 | 179 | NOTICE by Systemax Inc. *of Compliance with P.R. 4-2* (Lovett, Mary-Olga) (Entered: 02/20/2009) |
| 02/20/2009 | 180 | NOTICE by Tiger Direct Inc *of Compliance with P.R. 4-2* (Lovett, Mary-Olga) (Entered: 02/20/2009) |
| 02/20/2009 | 181 | NOTICE by Systemax Inc. *regarding Privilege* (Lovett, Mary-Olga) (Entered: 02/20/2009) |
| | | |

| 02/20/2009 | 182 | NOTICE by Tiger Direct Inc *regarding Privilege* (Lovett, Mary-Olga) (Entered: 02/20/2009) |
|---|---|---|
| 02/20/2009 | 183 | NOTICE by CDW Corporation *of Compliance with Docket Control Order Regarding Privilege* (Duston, Thomas) (Entered: 02/20/2009) |
| 02/20/2009 | 184 | NOTICE by CDW Corporation *of Compliance with P.R. 4-2* (Duston, Thomas) (Entered: 02/20/2009) |
| 02/20/2009 | 185 | NOTICE by Newegg Inc. *Notice of Compliance with P.R. 4-2* (Yarbrough, Herbert) (Entered: 02/20/2009) |
| 03/12/2009 | 186 | STIPULATION of Dismissal *between Plaintiff Soverain Software LLC and Defendant CDW Corporation* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order [Proposed] Order of Dismissal with Prejudice) (Giannetti, Thomas) (Entered: 03/12/2009) |
| 03/16/2009 | 187 | ORDER re 186 Stipulation of Dismissal filed by Soverain Software LLC. Pltf's complaint against deft CDW Corporation is dismissed with prejudice. CDW's counterclaims against pltf are dismissed with prejudice. Each party shall bear its own attys' fees, expenses and costs. Signed by Judge Leonard Davis on 03/16/09. cc:attys 3-16-09(mll, ) (Entered: 03/16/2009) |
| 03/16/2009 | | (Court only) *** Party deft CDW Corporation terminated per 187 Order of partial dismissal. (mll, ) (Entered: 03/16/2009) |
| 03/16/2009 | 188 | PR 4-3 Joint Submission. (Attachments: # 1 Exhibit Claim Construction Comparison Chart, # 2 Exhibit Soverain's Claim Constructions and Support, # 3 Exhibit Defendants' Joint Claim Constructions and Support, # 4 Exhibit SM and TD's Claim Construction and Support exhibit, # 5 |

| | | |
|---|---|---|
| | | Exhibit Defendants' Adopted Constructions) (Shentov, Ognjan) (Entered: 03/16/2009) |
| 03/17/2009 | 189 | ORDER re 188 Claim Construction Chart, filed by Soverain Software LLC. The Court orders the parties to meet and confer and narrow the number of disputed terms to a reasonable number. The Court also reminds the parties that the page limits governing dispositive motions apply to claim construction briefing and will not be extended absent a showing of good cause. Signed by Judge Leonard Davis on 03/17/09. cc:attys 3-17-09(mll, ) (Entered: 03/17/2009) |
| 03/19/2009 | 190 | NOTICE by Soverain Software LLC *of Compliance With Docket Control Order Regarding Technical Advisors* (Giannetti, Thomas) (Entered: 03/19/2009) |
| 03/23/2009 | 191 | Joint MOTION for Leave to File *Amended P.R. 4-3 Claim Construction and Prehearing Statement* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order Order, # 2 Appendix Amazon Markman Order, # 3 Supplement Amended P.R. 4-3 Joint Claim Construction and Prehearing Statement, # 4 Exhibit Claim Construction Comparison Chart, # 5 Exhibit Soverain's Constructions and Support, # 6 Exhibit Defendants' Joint Constructions and Support, # 7 Exhibit Defendants SM and TD Constructions for a Claim term, # 8 Exhibit Defendants' adopted Amazon constructions and support)(Shentov, Ognjan) (Entered: 03/23/2009) |
| 03/24/2009 | 192 | ORDER granting 191 Motion for Leave to File Amended Claim Construction. Signed by Judge Leonard Davis on 03/24/09. cc:attys 3-24-09 (mll, ) (Entered: 03/24/2009) |
| 03/25/2009 | 193 | ***DOCUMENT FILED IN ERROR. PLEASE |

| | | |
|---|---|---|
| | | **DISREGARD.\*\*\***<br>JOINT AMENDED P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by Soverain Software LLC. (Attachments: # 1 Exhibit A - Claim Construction Comparison Chart, # 2 Exhibit B - Soverain's Proposed Claim Constructions and support, # 3 Exhibit C - Defendants' Joint Proposed Claim Constructions and support, # 4 Exhibit D - SM and TD Claim Construction and support for a claim term, # 5 Exhibit E - Defendants' adopted Amazon claim constructions)(Shentov, Ognjan) Modified on 3/26/2009 (mjc, ). (Entered: 03/25/2009) |
| 03/26/2009 | | **\*\*\*FILED IN ERROR. Document # 193, Amended PR 4-3 Joint Claim Construction and Prehearing Statement. PLEASE IGNORE. TO BE REFILED WITH SIGNATURES OF ATTORNEYS FOR ALL PARTIES.\*\*\***<br>(mjc, ) (Entered: 03/26/2009) |
| 03/26/2009 | 194 | ORDER that the parties file any objections they have to the appointment of Michael T McLemore as the Court's technical advisor, by 4-3-09. Signed by Judge Leonard Davis on 03/26/09. cc:attys 3-26-09(mll, ) (Entered: 03/26/2009) |
| 03/27/2009 | 195 | JOINT AMENDED P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT (Attachments: # 1 Exhibit a - Claim Construction Comparison Chart, # 2 Exhibit B - Soverain's Claim Constructions and Support, # 3 Exhibit C - Defendants' Joint Claim Constructions and Support, # 4 Exhibit D - Defendants' SM and TD Claim construction for a term, # 5 Exhibit E - Defendants' adopted Amazon claim constructions)(Shentov, Ognjan) (Entered: 03/27/2009) |
| 04/02/2009 | 196 | NOTICE by Soverain Software LLC *of No* |

| | | |
|---|---|---|
| | | *Objection to Proposed Technical Advisor* (Giannetti, Thomas) (Entered: 04/02/2009) |
| 04/08/2009 | 197 | ORDER appointing Michael T McLemore to the position of technical advisor in this case, with his costs to be assessed equally between pltf and defts and timely paid as billed. Signed by Judge Leonard Davis on 04/08/09. cc:attys 4-8-09(mll, ) (Entered: 04/08/2009) |
| 04/13/2009 | 198 | NOTICE by Soverain Software LLC *OF SUBMISSION OF MARKMAN TUTORIAL* (Giannetti, Thomas) (Entered: 04/13/2009) |
| 04/15/2009 | 199 | CLAIM CONSTRUCTION BRIEF filed by Soverain Software LLC. (Attachments: # 1 Exhibit '314 Patent, # 2 Exhibit '492 Patent, # 3 Exhibit '639 Patent, # 4 Exhibit US Patent 5,708,780, # 5 Exhibit US Patent 5,724,424, # 6 Exhibit Order - Dkt 192, # 7 Exhibit Excerpt from Defendants' PR 4-3 Exhibit C, # 8 Exhibit Excerpt from Defendants PR 4-3 Exhibit D, # 9 Exhibit Excerpt from File History of '639 Patent, # 10 Exhibit Excerpt 2 from File History of '639 Patent, # 11 Exhibit Amazon Markman Order, # 12 Exhibit Appendices A-D title pages to Application 08/328,133, # 13 Exhibit Excerpt from a Soverain internal document)(Shentov, Ognjan) (Entered: 04/15/2009) |
| 04/30/2009 | 200 | NOTICE by Newegg Inc. *of Complaince* (Baldauf, Kent) (Entered: 04/30/2009) |
| 05/01/2009 | 201 | Notice of Withdrawal of Dispute as to Certian Claims filed by Systemax Inc.. (Lovett, Mary-Olga) (Entered: 05/01/2009) |
| 05/01/2009 | 202 | Supplemental Notice of Withdrawal of Dispute as to Certain Clam Terms filed by Systemax Inc.. (Lovett, Mary-Olga) (Entered: 05/01/2009) |
| | | |

| 05/01/2009 | 203 | REPLY to 199 Claim Construction Brief,, *filed by Newegg Inc..* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Baldauf, Kent) (Entered: 05/01/2009) |
|---|---|---|
| 05/01/2009 | 204 | CLAIM CONSTRUCTION BRIEF filed by Tiger Direct Inc, Systemax Inc.. (Attachments: # 1 Affidavit Declaration of Mary-Olga Lovett, # 2 Exhibit Exhibit 1, # 3 Exhibit EXHIBIT 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5 - Part 1 of 3, # 7 Exhibit Exhibit 5 - Part 2 of 3, # 8 Exhibit Exhibit 5 - Part 3 of 3, # 9 Exhibit Exhibit 6, # 10 Exhibit Exhibit 7, # 11 Exhibit Exhibit 8, # 12 Exhibit Exhibit 9 - Part 1 of 2, # 13 Exhibit Exhibit 9 - Part 2 of 2, # 14 Exhibit Exhibit 10, # 15 Exhibit Exhibit 11, # 16 Exhibit Exhibit 12, # 17 Exhibit Exhibit 13)(Lovett, Mary-Olga) (Entered: 05/01/2009) |
| 05/15/2009 | 205 | REPLY to 204 Systemax and TigerDirect's Responsive Claim Construction Brief, *filed by Soverain Software LLC.* (Shentov, Ognjan) (Entered: 05/15/2009) |
| 05/15/2009 | 206 | REPLY to 203 Newegg's Responsive Claim Construction Brief, *filed by Soverain Software LLC.* (Attachments: # 1 Exhibit Exh 14, Excerpts from Appendix A to the '492 Patent)(Shentov, Ognjan) (Entered: 05/15/2009) |
| 05/15/2009 | 207 | Joint Notice Regarding Estimated Time for Markman Hearing, filed by Soverain Software LLC. (Shentov, Ognjan) (Entered: 05/15/2009) |
| 05/21/2009 | 208 | NOTICE by Soverain Software LLC *Joint Notice of Compliance with PR 4-5(d)* (Smith, Michael) (Entered: 05/21/2009) |
| 05/22/2009 | 209 | STIPULATION of Dismissal *between Plaintiff Soverain Software LLC and Defendants Systemax* |

| | | |
|---|---|---|
| | | *Inc. and TigerDirect, Inc.* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order of Dismissal with Prejudice)(Giannetti, Thomas) (Entered: 05/22/2009) |
| 05/26/2009 | 210 | NOTICE by Newegg Inc. *of Withdrawal of Dispute as to Certain Claim Terms* (Baldauf, Kent) (Entered: 05/26/2009) |
| 05/26/2009 | 211 | ORDER re 209 Stipulation of Dismissal filed by Soverain Software LLC. Pltf's complaint against Systemax Inc and TigerDirect Inc is dismissed with prejudice. Systemax's counterclaims against pltf are dismissed with prejudice. Each party shall bear its own attys fees, expenses and costs. Signed by Judge Leonard Davis on 05/26/09. cc:attys 5-26-09(mll, ) (Entered: 05/26/2009) |
| 05/26/2009 | | (Court only) *** Party Systemax Inc., Tiger Direct Inc terminated per 211 Order of partial dismissal. (mll, ) (Entered: 05/26/2009) |
| 05/27/2009 | 212 | NOTICE by Soverain Software LLC, Newegg Inc. *of Joint Agreement re: Remaining Claim Terms* (Attachments: # 1 Exhibit 1 - Revised 4-5(d) submission, # 2 Text of Proposed Order - with Appendix A)(Smith, Michael) (Entered: 05/27/2009) |
| 05/27/2009 | 213 | ORDER that pltf and defts pay $12,500.00 each to Michael McLemore, the technical consultant to the Court, for services through 5-21-09, for the total amount of $25,000.00. Signed by Judge Leonard Davis on 05/27/09. cc:attys 5-27-09(mll, ) (Entered: 05/27/2009) |
| 05/28/2009 | 214 | CLAIM CONSTRUCTION ORDER. The Court having been advised that the parties have agreed on the constructions for the remaining claim terms hereby adopts the parties' agreed constructions as |

| | | set out in Appendix A to this order. Signed by Judge Leonard Davis on 05/28/09. cc:attys 5-28-09 (mll, ) (Entered: 05/28/2009) |
|---|---|---|
| 07/21/2009 | 215 | Unopposed MOTION for Extension of Time to Complete Discovery by Newegg Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 07/21/2009) |
| 07/22/2009 | 216 | ORDER granting 215 Motion for Extension of Time to Complete Discovery. Signed by Judge Leonard Davis on 07/22/09. cc:attys 7-22-09 (mll, ) (Entered: 07/22/2009) |
| 07/23/2009 | 217 | Unopposed MOTION for Extension of Time Regarding Pre-Trial Deadlines by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 07/23/2009) |
| 07/24/2009 | 218 | ORDER granting 217 Motion for Extension of Time regarding pre-trial deadlines. Signed by Judge Leonard Davis on 07/24/09. cc:attys 7-24-09 (mll, ) (Entered: 07/24/2009) |
| 07/31/2009 | 219 | Unopposed SEALED PATENT MOTION to *Amend and Supplement Infringement Contentions* by Soverain Software LLC. (Attachments: # 1 Exhibit Exhibit 1 to Motion to Amend and Supplement Infringement Contentions, # 2 Text of Proposed Order Proposed Order)(Shentov, Ognjan) (Entered: 07/31/2009) |
| 08/03/2009 | 220 | ORDER granting 219 Sealed Patent Motion for leave to amend/supplement its Infringement Contentions. It is Ordered that the 7-23-09 Expert Report of Jack D Grimes, Ph.D. regarding US Patent Nos 7,272,639; 5,715,314, and 5,909,492 be deemed as Soverain's amended and supplemented infringement contentions for defendant Newegg. Signed by Judge Leonard Davis on 08/03/09. |

| | | |
|---|---|---|
| | | cc:attys 8-03-09(mll, ) (Entered: 08/03/2009) |
| 08/17/2009 | 221 | MOTION for Summary Judgment by Newegg Inc.. (Attachments: # 1 Statement of Undisputed Material Facts, # 2 Declaration of Kent E. Baldauf, Jr., # 3 Exhibit A, # 4 Exhibit B-1, # 5 Exhibit B-2, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 08/17/2009) |
| 08/24/2009 | 222 | Unopposed MOTION for Extension of Time to File *Soverain's Opposition to Newegg's Motion for Summary Judgment of Invalidity and/or Denial of Priority Claim of the '639 Patent* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order Granting Soverain's Unopposed Motion for an Extension of Time)(Giannetti, Thomas) (Entered: 08/24/2009) |
| 08/24/2009 | 223 | Unopposed MOTION to Amend/Correct 216 Order on Motion for Extension of Time to Complete Discovery by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 08/24/2009) |
| 08/25/2009 | 224 | ORDER granting 222 Motion for Extension of Time. Soverain Software LLC shall file its Opposition to Newegg Inc's Motion for Summary Judgment of Invalidity and/or Denial of Priority Claim of the '639 Patent by 9-11-2009. Signed by Judge Leonard Davis on 08/25/09. cc:attys 8-26-09 (mll, ) (Entered: 08/26/2009) |
| 08/25/2009 | 225 | ORDER granting 223 Motion to Amend/Correct and for extension of time. The discovery deadline in this action is extended through 9-10-2009. Signed by Judge Leonard Davis on 08/25/09. |

| | | cc:attys 8-26-09 (mll, ) (Entered: 08/26/2009) |
|---|---|---|
| 08/26/2009 | 226 | Unopposed MOTION for Leave to File *Motion for Leave to Supplement Invalidity Contentions* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 08/26/2009) |
| 08/27/2009 | 227 | ORDER granting 226 Motion for Leave to File Supplement. Newegg Inc is granted leave to supplement its invalidity contentions and serve the said Second Supplemental Invalidity Contentions on the pltf. Signed by Judge Leonard Davis on 08/27/09. cc:attys 8-28-09 (mll, ) (Entered: 08/28/2009) |
| 08/28/2009 | 228 | Unopposed MOTION to Amend/Correct 221 MOTION for Summary Judgment *Newegg's Unopposed Motion to Enter Substitute Statement of Undisputed Material Facts* by Newegg Inc.. (Attachments: # 1 Statement of Undisputed Material Facts, # 2 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 08/28/2009) |
| 08/31/2009 | 229 | ORDER granting 228 Motion to Amend and Enter Substitute Statement of Undisputed Material Facts. Signed by Judge Leonard Davis on 08/31/09. cc:attys 8-31-09(mll, ) (Entered: 08/31/2009) |
| 09/09/2009 | 230 | First SEALED PATENT MOTION *for Partial Summary Judgment of Infringement of the '492 Patent* by Soverain Software LLC. (Attachments: # 1 Supplement Statement of Undisputed Material Facts, # 2 Exhibit, # 3 Exhibit Declaration of Jack Grimes, # 4 Exhibit Amazon Markman Order, # 5 Exhibit Markman Order, # 6 Exhibit Excerpts from Tittle Opening Report, # 7 Exhibit Excerpts from Tittle Deposition Transcript, # 8 Exhibit Excerpts from Tittle Deposition Transcript of 09-02, # 9 Exhibit Letter from Newegg Counsel, # 10 Exhibit Transaction January 2008, # 11 Exhibit |

| | | |
|---|---|---|
| | | Transaction June 2009, # 12 Exhibit Excerpts from Wu Deposition Transcript, # 13 Exhibit Excerpts from Wu Deposition Transcript 07-09, # 14 Exhibit RFC 791, # 15 Exhibit Newegg System Diagram 1, # 16 Exhibit Newegg System Diagram 2, # 17 Exhibit Newegg FAQ pages, # 18 Exhibit Newegg flowchart, # 19 Exhibit IEEE Dictionary, # 20 Exhibit Excerpts from Tanenbaum, # 21 Exhibit RFC 2616, # 22 Exhibit Newegg's Responses to RFAs, # 23 Exhibit Newegg Supplemental Interrogatory Responses, # 24 Exhibit RFC1808, # 25 Exhibit Tittel Rebuttal Report on Infringement, # 26 Text of Proposed Order Proposed Order)(Shentov, Ognjan) (Entered: 09/09/2009) |
| 09/11/2009 | 231 | RESPONSE in Opposition re 221 MOTION for Summary Judgment *of Invalidity of the '639 Patent filed by Soverain Software LLC.* (Attachments: # 1 Soverain's Statement of Genuine Issues, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Giannetti, Thomas) (Entered: 09/11/2009) |
| 09/14/2009 | 232 | Trial Witness List by Soverain Software LLC. (Giannetti, Thomas) (Entered: 09/14/2009) |
| 09/14/2009 | 233 | Trial Witness List by Newegg Inc.. (Yarbrough, Herbert) (Entered: 09/14/2009) |
| 09/16/2009 | 234 | Unopposed MOTION for Extension of Time to File *Opposition to Soverain Software LLC's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 5,909,492* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/16/2009) |
| 09/17/2009 | 235 | ORDER granting 234 Motion for Extension of |

| | | |
|---|---|---|
| | | Time. Newegg Inc is granted an extension of time to file its Opposition to Soverain Software LLC's Motion for Partial Summary Judgment through 9-28-2009. Signed by Judge Leonard Davis on 09/17/09. cc:attys 9-17-09 (mll, ) (Entered: 09/17/2009) |
| 09/18/2009 | 236 | REPLY to Response to Motion re 221 MOTION for Summary Judgment *Newegg's Reply to Plaintiff Soverain's Opposition to Newegg's Motion for Summary Judgment Regarding the Improper Priority Claim and Invalidity of the '639 Patent filed by Newegg Inc.*. (Attachments: # 1 Exhibit A) (Yarbrough, Herbert) (Entered: 09/18/2009) |
| 09/18/2009 | 237 | **FILED IN ERROR. PLEASE DISREGARD. See Corrected Entry 238 . Document sealed because of of Supplemental Response**NOTICE of Attorney Appearance by Debra R Smith on behalf of Soverain Software LLC (kls, ) Modified on 9/21/2009 (gsg). (Entered: 09/18/2009) |
| 09/18/2009 | 238 | APPLICATION to Appear Pro Hac Vice by Attorney Debra R Smith for Soverain Software LLC. Receipt #6-1-19352. (Attachments: # 1 Supplement)(gsg) (Entered: 09/21/2009) |
| 09/25/2009 | 239 | Rebuttal Witness List by Soverain Software LLC. (Giannetti, Thomas) (Entered: 09/25/2009) |
| 09/25/2009 | 240 | Rebuttal Trial Witness List by Newegg Inc.. (Yarbrough, Herbert) (Entered: 09/25/2009) |
| 09/28/2009 | 241 | SUR-REPLY to Reply to Response to Motion re 221 MOTION for Summary Judgment *filed by Soverain Software LLC*. (Giannetti, Thomas) (Entered: 09/28/2009) |
| 09/28/2009 | 242 | Opposed MOTION to Strike *A. Trevor as Expert Witness, To Preclude E. Tittel's Testimony Based on Trevor Report, and To Exclude Trevor Report* |

| | | |
|---|---|---|
| | | *from Evidence* by Soverain Software LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Giannetti, Thomas) (Entered: 09/28/2009) |
| 09/28/2009 | 243 | Opposed SEALED MOTION *To Strike Portions Of Newegg Damages Expert Report Relying On "Design Around" Memo, Preclude Testimony On Those Portions, And Preclude Newegg From Offering "Design Around" Memo As Evidence* by Soverain Software LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Giannetti, Thomas) (Entered: 09/28/2009) |
| 09/28/2009 | 244 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** SEALED MOTION *TO EXCLUDE CERTAIN OPINIONS OF W. CHRISTOPHER BAKEWELL* by Soverain Software LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Tipi, Stela) Modified on 9/30/2009 (mjc, ). (Entered: 09/28/2009) |
| 09/28/2009 | 245 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** SEALED MOTION *Defendant's Motion and Supporting Brief to Exclude the Expert Report and Testimony of James Nawrocki* by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order)(Yarbrough, Herbert) Modified on 9/30/2009 (mjc, ). (Entered: 09/28/2009) |
| 09/28/2009 | 246 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** SEALED PATENT MOTION *Soverain's Daubert* |

| | | |
|---|---|---|
| | | *Motion to Preclude Expert Testimony of Edward Tittel* by Soverain Software LLC. (Attachments: # 1 Exhibit July 23 Expert Report, # 2 Exhibit August 18 Rebuttal Expert Report, # 3 Exhibit August 28 Supplemental Expert Report, # 4 Exhibit Tittel Dep Transcript Vol 1 September 2, 2009, # 5 Exhibit Tittel Dep Transcript Vol 2, September 2, 2009, # 6 Exhibit Tittel Dep Transcript Vol 3, September 3, 2009, # 7 Exhibit Amazon Claim Construction Order adopted by Dkt 192, # 8 Exhibit Markman Order May 2009, # 9 Exhibit Excerpts from Newegg's April 30 2009 Invalidity Contentions, # 10 Text of Proposed Order Proposed Order)(Shentov, Ognjan) Modified on 9/30/2009 (mjc, ). (Entered: 09/28/2009) |
| 09/28/2009 | 247 | SEALED MOTION *Defendant's Motion for Partial Summary Judgment of Invalidity of the "Shopping Cart Claims" in U.S. Patents No. 5,715,314 and No. 5,909,492* by Newegg Inc.. (Attachments: # 1 Statement of Undisputed Material Facts, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 16A, # 19 Exhibit 17, # 20 Exhibit 17A, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 09/28/2009) |
| 09/28/2009 | 248 | SEALED MOTION *Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,272,639, 5,715,314, and 5,909,492* by Newegg Inc.. (Attachments: # 1 Statement of Undisputed Material Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/28/2009) |
| | | |

| 09/28/2009 | 249 | Agreed MOTION for Leave to File Excess Pages *With Respect to Summary Judgment Briefing* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/28/2009) |
|---|---|---|
| 09/28/2009 | 250 | SEALED RESPONSE to Motion re 230 First SEALED PATENT MOTION for Partial Summary Judgment of Infringement of the '492 Patent filed by Newegg Inc. (Attachments: # 1 Response to Statement of Undisputed Material Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J) (Yarbrough, Herbert) (Entered: 09/28/2009) |
| 09/29/2009 | 251 | ORDER granting 249 Motion for Leave to File Excess Pages With Respect to Summary Judgment Briefing. Signed by Judge Leonard Davis on 09/29/09. cc:attys 9-30-09(mll, ) (Entered: 09/30/2009) |
| 09/30/2009 |  | NOTICE of Deficiency regarding the 244 , 245 , 246 Sealed Motions submitted by Soverain Software LLC, Newegg Inc. The motions do not contain a certificate of conference as required per Local Rule CV-7, and document 245 exceeds the page limit. Correction should be made by one business day. (mjc, ) (Entered: 09/30/2009) |
| 10/01/2009 | 252 | SEALED MOTION *Defendant's Daubert Motion and Supporting Brief to Exclude the Opinions of James Nawrocki* by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 10/01/2009) |
| 10/01/2009 | 253 | Opposed SEALED PATENT MOTION *TO EXCLUDE EXPERT TESTIMONY OF EDWARD* |

| | | |
|---|---|---|
| | | *R. TITTEL* by Soverain Software LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Text of Proposed Order)(Tipi, Stela) (Entered: 10/01/2009) |
| 10/01/2009 | 254 | Opposed SEALED PATENT MOTION *TO EXCLUDE CERTAIN OPINIONS OF W. CHRISTOPHER BAKEWELL* by Soverain Software LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Text of Proposed Order) (Tipi, Stela) (Entered: 10/01/2009) |
| 10/05/2009 | 255 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Newegg Inc.'s Opposition to Soverain's Motion for Partial Summary Judgment of Infringement of US Pat 5,909,492 (Dkt. 250)* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Shentov, Ognjan) (Entered: 10/05/2009) |
| 10/06/2009 | 256 | ORDER granting 255 Motion for Extension of Time to File Response/Reply re 230 First SEALED PATENT MOTION *for Partial Summary Judgment of Infringement of the '492 Patent*; Replies due by 10/13/2009. Signed by Judge Leonard Davis on 10/06/09. cc:attys 10-06-09 (mll, ) (Entered: 10/06/2009) |
| 10/13/2009 | 257 | RESPONSE in Opposition re 247 SEALED MOTION *Defendant's Motion for Partial Summary Judgment of Invalidity of the "Shopping Cart Claims" in U.S. Patents No. 5,715,314 and No. 5,909,492 filed by Soverain Software LLC.* (Attachments: # 1 Soverain's Statement of Genuine Issues, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Giannetti, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 10/13/2009) |
| 10/13/2009 | 258 | SEALED PATENT REPLY to Newegg's Opposition to PATENT Motion re 230 First SEALED PATENT MOTION *for Partial Summary Judgment of Infringement of the '492 Patent filed by Soverain Software LLC*. (Attachments: # 1 Exhibit 25- '492 patent, # 2 Exhibit 26 - Appendix G to the '492 patent, # 3 Exhibit 27 - Excerpts from the Deposition Transctipt of Edward Tittel)(Shentov, Ognjan) (Entered: 10/13/2009) |
| 10/13/2009 | 259 | RESPONSE in Opposition re 253 Opposed SEALED PATENT MOTION *TO EXCLUDE EXPERT TESTIMONY OF EDWARD R. TITTEL filed by Newegg Inc.*. (Yarbrough, Herbert) (Entered: 10/13/2009) |
| 10/13/2009 | 260 | RESPONSE in Opposition re 242 Opposed MOTION to Strike *A. Trevor as Expert Witness, To Preclude E. Tittel's Testimony Based on Trevor Report, and To Exclude Trevor Report from Evidence filed by Newegg Inc.*. (Yarbrough, Herbert) (Entered: 10/13/2009) |
| 10/13/2009 | 261 | SEALED RESPONSE to Motion re 243 Opposed SEALED MOTION *To Strike Portions Of Newegg Damages Expert Report Relying On "Design Around" Memo, Preclude Testimony On Those Portions, And Preclude Newegg From Offering "Design Around" Memo As Evidence filed by Newegg Inc.*. (Yarbrough, Herbert) (Entered: 10/13/2009) |
| 10/13/2009 | 262 | SEALED PATENT Sovreain's Opposition to SEALED PATENT MOTION re 248 SEALED MOTION *Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,272,639, 5,715,314, and 5,909,492 filed by* |

| | | |
|---|---|---|
| | | *Soverain Software LLC*. (Attachments: # 1 Supplement Soverain's Response to Statement of Facts, # 2 Exhibit Declaration of Jack Grimes, Ph.D. and supporting documents, # 3 Exhibit Excerpts from Deposition Transcript of Edward Tittel, # 4 Exhibit System Diagram, # 5 Exhibit Excerpts from Deposition Transcript Wu, # 6 Exhibit Sponsored Links, # 7 Exhibit Newegg email 1, # 8 Exhibit Newegg email 2, # 9 Exhibit Response to RFA, # 10 Exhibit FAQ page) (Shentov, Ognjan) (Entered: 10/13/2009) |
| 10/13/2009 | 263 | SEALED RESPONSE to Motion re 254 Opposed SEALED PATENT MOTION *TO EXCLUDE CERTAIN OPINIONS OF W. CHRISTOPHER BAKEWELL* filed by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Yarbrough, Herbert) (Entered: 10/13/2009) |
| 10/13/2009 | 264 | SEALED RESPONSE to Motion re 252 SEALED MOTION *Defendant's Daubert Motion and Supporting Brief to Exclude the Opinions of James Nawrocki* filed by Soverain Software LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tipi, Stela) (Entered: 10/13/2009) |
| 10/21/2009 | 265 | REPLY to Response to Motion re 248 SEALED MOTION *Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,272,639, 5,715,314, and 5,909,492 filed by Newegg Inc.*. (Yarbrough, Herbert) (Entered: 10/21/2009) |
| 10/21/2009 | 266 | REPLY to Response to Motion re 247 SEALED MOTION *Defendant's Motion for Partial Summary Judgment of Invalidity of the "Shopping Cart Claims" in U.S. Patents No. 5,715,314 and No. 5,909,492 filed by Newegg Inc.*. (Yarbrough, |

| | | |
|---|---|---|
| | | Herbert) (Entered: 10/21/2009) |
| 10/21/2009 | 267 | SEALED REPLY to Response to Motion re 252 SEALED MOTION Defendant's Daubert Motion and Supporting Brief to Exclude the Opinions of James Nawrocki filed by Newegg Inc. Attachments: #(1) Exhibit M (Yarbrough, Herbert) (Entered: 10/21/2009) |
| 10/21/2009 | 268 | SUR-REPLY to Reply to Response to Motion re 230 First SEALED PATENT MOTION *for Partial Summary Judgment of Infringement of the '492 Patent filed by Newegg Inc..* (Yarbrough, Herbert) (Entered: 10/21/2009) |
| 10/23/2009 | 269 | SEALED PATENT REPLY to Response to PATENT Motion re 254 Opposed SEALED PATENT MOTION *TO EXCLUDE CERTAIN OPINIONS OF W. CHRISTOPHER BAKEWELL filed by Soverain Software LLC.* (Smith, Debra) (Entered: 10/23/2009) |
| 10/23/2009 | 270 | SEALED REPLY to Response to Motion re 243 Opposed SEALED MOTION *To Strike Portions Of Newegg Damages Expert Report Relying On "Design Around" Memo, Preclude Testimony On Those Portions, And Preclude Newegg From Offering "Design Around" Memo As Evidence* filed by Soverain Software LLC. (Giannetti, Thomas) (Entered: 10/23/2009) |
| 10/23/2009 | 271 | REPLY to Response to Motion re 242 Opposed MOTION to Strike *A. Trevor as Expert Witness, To Preclude E. Tittel's Testimony Based on Trevor Report, and To Exclude Trevor Report from Evidence filed by Soverain Software LLC.* (Giannetti, Thomas) (Entered: 10/23/2009) |
| 10/23/2009 | 272 | REPLY to Response to Motion re 253 Opposed SEALED PATENT MOTION *TO EXCLUDE* |

| | | |
|---|---|---|
| | | *EXPERT TESTIMONY OF EDWARD R. TITTEL filed by Soverain Software LLC.* (Shentov, Ognjan) (Entered: 10/23/2009) |
| 10/29/2009 | 273 | SUR-REPLY to Reply to Response to Motion re 247 SEALED MOTION *Defendant's Motion for Partial Summary Judgment of Invalidity of the "Shopping Cart Claims" in U.S. Patents No. 5,715,314 and No. 5,909,492 filed by Soverain Software LLC.* (Giannetti, Thomas) (Entered: 10/29/2009) |
| 10/29/2009 | 274 | **FILED IN ERROR. PLEASE DISREGARD. ATTORNEY TO REFILE.** SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 252 SEALED MOTION *Defendant's Daubert Motion and Supporting Brief to Exclude the Opinions of James Nawrocki filed by Soverain Software LLC.* (Tipi, Stela) Modified on 10/30/2009 (gsg). (Entered: 10/29/2009) |
| 10/30/2009 | 275 | SUR-REPLY to Reply to Response to Motion re 248 SEALED MOTION *Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,272,639, 5,715,314, and 5,909,492 filed by Soverain Software LLC.* (Attachments: # 1 Exhibit Golden Hour JMOL Brief, # 2 Exhibit Golden Hour Opposition, # 3 Exhibit GOlden Hour Final Judgment)(Shentov, Ognjan) (Entered: 10/30/2009) |
| 10/30/2009 | 276 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 252 SEALED MOTION *Defendant's Daubert Motion and Supporting Brief to Exclude the Opinions of James Nawrocki filed by Soverain Software LLC.* (Smith, Debra) (Entered: 10/30/2009) |
| 11/02/2009 | 277 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 254 Opposed |

| | | SEALED PATENT MOTION TO EXCLUDE CERTAIN OPINIONS OF W. CHRISTOPHER BAKEWELL filed by Newegg Inc. (Attachments: #(1) Exhibit K)(Yarbrough, Herbert) (Entered: 11/02/2009) |
|---|---|---|
| 11/02/2009 | 278 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 243 Opposed SEALED MOTION To Strike Portions Of Newegg Damages Expert Report Relying On "Design Around" Memo, Preclude Testimony On Those Portions, And Preclude Newegg From Offering "Design Around" Memo As Evidence filed by Newegg Inc. Attachments: #(1)Exhibit 1, #(2) Exhibit 2)(Yarbrough, Herbert) (Entered: 11/02/2009) |
| 11/03/2009 | 279 | NOTICE of Attorney Appearance by Richard Alan Sayles on behalf of Newegg Inc. (Sayles, Richard) (Entered: 11/03/2009) |
| 11/03/2009 | 280 | NOTICE of Attorney Appearance by Mark Daniel Strachan on behalf of Newegg Inc. (Strachan, Mark) (Entered: 11/03/2009) |
| 11/09/2009 | 281 | ORDER that the parties substantively meet and confer on all limine issues before filing any motions in limine. Motions in limine shall be filed by 1-13-2010 and responses are due by 1-15-2010. The Court also withdraws its general request for any pending motion notebooks or courtesy copies. Signed by Judge Leonard Davis on 11/09/09. cc:attys 11-09-09(mll, ) (Entered: 11/09/2009) |
| 11/12/2009 | 282 | Unopposed MOTION for Leave to File *Supplemental Brief in Support of Its Motion for Summary Judgment of Noninfringement (Dkt. No. 248)* by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 11/12/2009) |

| 11/17/2009 | 283 | ORDER granting 282 Motion for Leave to File Supplemental Brief. Signed by Judge Leonard Davis on 11/17/09. cc:attys 11-17-09 (mll, ) (Entered: 11/17/2009) |
|---|---|---|
| 11/17/2009 | 284 | Joint MOTION for Extension of Time for Parties to Exchange Trial Exhibits by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order) (Smith, Michael) (Entered: 11/17/2009) |
| 11/18/2009 | 285 | ORDER granting 284 Motion for Extension of Time. The deadline for parties to exchange their trial exhibits is extended to 12-11-2009. Signed by Judge Leonard Davis on 11/18/09. cc:attys 11-18-09 (mll, ) (Entered: 11/18/2009) |
| 11/18/2009 | 286 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel H Brean for Newegg Inc. (mll, ) (Entered: 11/18/2009) |
| 11/20/2009 | 287 | MOTION in Limine *to Preclude the Testimony of Alexander Trevor at Trial* by Soverain Software LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Giannetti, Thomas) (Entered: 11/20/2009) |
| 11/24/2009 | 288 | **Filed in Error. Please Disregard. To be Refiled by Attorney.** Proposed Pretrial Order *(Joint)* by Soverain Software LLC, Newegg Inc.. (Attachments: # 1 Exhibit 1 - Plaintiff's Witness List, # 2 Exhibit 2 - Defendant's Witness List, # 3 Exhibit 3 - Plaintiff's Proposed Jury Instructions, # 4 Exhibit 4 - Defendant's Proposed Jury Instructions, # 5 Exhibit 5 - Plaintiff's Proposed Verdict Form, # 6 Exhibit 6 - Defendant's Proposed Verdict Form)(Smith, Michael) Changed one word for Exhibit 2 from exhibit to witness. Modified on 11/25/2009 (mjc, ). Modified on 11/25/2009 (gsg). (Entered: 11/24/2009) |
|  |  |  |

| 11/25/2009 | 289 | **Corrects Entry 288** Proposed Pretrial Order *(Joint)* by Soverain Software LLC, Newegg Inc.. (Attachments: # 1 Exhibit 1 - Plaintiff's Witness List, # 2 Exhibit 2 - Defendant's Witness List, # 3 Exhibit 3 - Plaintiff's Proposed Jury Instructions, # 4 Exhibit 4 - Defendant's Proposed Jury Instructions, # 5 Exhibit 5 - Plaintiff's Proposed Verdict Form, # 6 Exhibit 6 - Defendant's Proposed Verdict Form)(Smith, Michael) Modified on 11/25/2009 (gsg). (Entered: 11/25/2009) |
|---|---|---|
| 11/27/2009 | 290 | RESPONSE in Opposition re 282 Unopposed MOTION for Leave to File *Supplemental Brief in Support of Its Motion for Summary Judgment of Noninfringement (Dkt. No. 248)*Unopposed MOTION for Leave to File *Supplemental Brief in Support of Its Motion for Summary Judgment of Noninfringement (Dkt. No. 248) Soverain's Response to Newegg's Supplemental Brief filed by Soverain Software LLC.* (Shentov, Ognjan) (Entered: 11/27/2009) |
| 12/03/2009 | 291 | RESPONSE in Opposition re 287 MOTION in Limine *to Preclude the Testimony of Alexander Trevor at Trial filed by Newegg Inc..* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Yarbrough, Herbert) (Entered: 12/03/2009) |
| 12/14/2009 | 292 | REPLY to Response to Motion re 287 MOTION in Limine *to Preclude the Testimony of Alexander Trevor at Trial filed by Soverain Software LLC.* (Giannetti, Thomas) (Entered: 12/14/2009) |
| 12/14/2009 | 293 | NOTICE by Soverain Software LLC *of Compliance with Paragraphs 6(B) and 6(C) of the Discovery Order* (Giannetti, Thomas) (Entered: 12/14/2009) |
| 12/14/2009 | 294 | NOTICE by Soverain Software LLC *of Request for* |

| | | *Daily Transcripts and Real Time Reporting of Trial Proceedings* (Giannetti, Thomas) (Entered: 12/14/2009) |
|---|---|---|
| 12/15/2009 | 295 | NOTICE of Disclosure by Newegg Inc. (Sayles, Richard) (Entered: 12/15/2009) |
| 12/21/2009 | 296 | SUR-REPLY to Reply to Response to Motion re 287 MOTION in Limine *to Preclude the Testimony of Alexander Trevor at Trial filed by Newegg Inc..* (Yarbrough, Herbert) (Entered: 12/21/2009) |
| 12/23/2009 | 297 | NOTICE of Disclosure by Soverain Software LLC *of Compliance with Paragraph 2(A) of the Discovery Order* (Giannetti, Thomas) (Entered: 12/23/2009) |
| 12/29/2009 | 298 | NOTICE of Disclosure by Newegg Inc. *re: Rebuttal Deposition Designation* (Sayles, Richard) (Entered: 12/29/2009) |
| 01/04/2010 | 299 | NOTICE of Disclosure by Soverain Software LLC *of Compliance with Paragraph 2(A) of the Discovery Order* (Giannetti, Thomas) (Entered: 01/04/2010) |
| 01/05/2010 | 300 | NOTICE of Disclosure by Newegg Inc. *Re: Objections to Rebuttal Deposition Designations* (Sayles, Richard) (Entered: 01/05/2010) |
| 01/09/2010 | 301 | NOTICE of Disclosure by Soverain Software LLC *Notice of Compliance* (Giannetti, Thomas) (Entered: 01/09/2010) |
| 01/11/2010 | 302 | NOTICE of Disclosure by Newegg Inc. *Re: Objections to Plaintiff's Exhibits* (Sayles, Richard) (Entered: 01/11/2010) |
| 01/11/2010 | 303 | Agreed MOTION for Leave to File Excess Pages *for Motion in Limine Briefing* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Giannetti, Thomas) (Entered: 01/11/2010) |

| 01/13/2010 | 304 | ORDER granting 303 Motion for Leave to File Excess Pages with Respect to Motion in Limine Briefing. Signed by Judge Leonard Davis on 01/13/10. cc:attys 1-13-10(mll, ) (Entered: 01/13/2010) |
|---|---|---|
| 01/13/2010 | 305 | MOTION in Limine *Soverain's Motions in Limine Nos. 1 - 29* by Soverain Software LLC. (Attachments: # 1 Attachment 1: Brief in Support of Soverain's Motion in Limine No. 20, # 2 Attachment 2: Brief in Support of Soverain's Motion in Limine No. 22, # 3 Attachment 3: Brief in Support of Soverain's Motion in Limine No. 23, # 4 Text of Proposed Order)(Giannetti, Thomas) (Entered: 01/13/2010) |
| 01/13/2010 | 306 | Opposed SEALED PATENT MOTION *In Limine* by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Text of Proposed Order)(Sayles, Richard) (Entered: 01/13/2010) |
| 01/14/2010 | 307 | NOTICE of Attorney Appearance by Claudia Wilson Frost on behalf of Newegg Inc. (Frost, Claudia) (Entered: 01/14/2010) |
| 01/15/2010 | 308 | NOTICE of Attorney Appearance by Jeremy Jason Gaston on behalf of Newegg Inc. (Gaston, Jeremy) (Entered: 01/15/2010) |
| 01/15/2010 | 309 | RESPONSE in Opposition re 306 Opposed SEALED PATENT MOTION *In Limine filed by Soverain Software LLC*. (Giannetti, Thomas) (Entered: 01/15/2010) |
| 01/15/2010 | 310 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re 305 MOTION in Limine *Soverain's Motions in Limine Nos. 1 - 29 filed by Newegg Inc.*. (Attachments: # 1 Exhibit 1, # 2 |

| | | |
|---|---|---|
| | | Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Text of Proposed Order)(Sayles, Richard) (Entered: 01/15/2010) |
| 01/19/2010 | <u>311</u> | NOTICE by Soverain Software LLC *Plaintiff Soverain Software LLC's Trial Time Requests* (Giannetti, Thomas) (Entered: 01/19/2010) |
| 01/19/2010 | <u>312</u> | Joint MOTION Submission of Juror Questionnaire by Soverain Software LLC. (Attachments: # <u>1</u> [Proposed] Joint Juror Questionnaire, # <u>2</u> Text of Proposed Order [Proposed] Order for Joint Juror Questionnaire)(Giannetti, Thomas) (Entered: 01/19/2010) |
| 01/19/2010 | <u>313</u> | NOTICE by Newegg Inc. *Defendant Newegg Inc.'s Estimate of Time* (Sayles, Richard) (Entered: 01/19/2010) |
| 01/21/2010 | <u>322</u> | **1.21.2010 Minute Entry (Pretrial):** for proceedings held before Judge Leonard Davis: Final Pretrial Conference held on 1/21/2010. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 02/05/2010) |
| 01/23/2010 | <u>314</u> | NOTICE by Newegg Inc. *of Compliance with 35 USC 282* (Yarbrough, Herbert) (Entered: 01/23/2010) |
| 01/25/2010 | <u>315</u> | ORDER denying <u>221</u> Motion for Summary Judgment; denying as moot <u>242</u> Motion to Strike and Preclude Expert Trial Testimony and Evidence; denying <u>243</u> Sealed Motion to Strike Portions of Newegg's Damages Expert Report; denying <u>247</u> Sealed Motion for Partial Summary Judgment; denying <u>252</u> Sealed Motion to Exclude the Opinions of James Nawrocki; denying <u>253</u> Sealed Patent Motion to Exclude Expert Testimony of Edward R Tittel; denying <u>254</u> Sealed Patent |

| | | |
|---|---|---|
| | | Motion to Exclude Certain Opinions of W Christopher Bakewell; denying <u>287</u> Motion in Limine; granting <u>312</u> Motion Requesting Submission of a Juror Questionnaire: The first page of instructions will be read aloud to the potential jurors and the second page of questions will be handed to and filled out by the potential jurors prior to voir dire. The Court CARRIES <u>230</u> Motion for Partial Summary Judgment; and CARRIES <u>248</u> Motion for Summary Judgment. The Court GRANTS in part, DENIES in part and CARRIES in part <u>305</u> Motion in Limine; and CARRIES <u>306</u> Motion in Limine. The parties shall meet and confer on all motions in limine not ruled on and notify the Court of any issues that need to be resolved by 1-28-2010. If parties cannot resolve all the issues, the Court will hear them before jury selection on 2-01-2010. Parties shall meet and confer on the Court's Charge and submit a proposed Charge to the Court by 2-03-2010. The Court will allow the parties 30 minutes for voir dire, 30 minutes for opening statements, 12 hours for direct and cross examinations, and 60 minutes for closing arguments. Signed by Judge Leonard Davis on 01/25/10. cc:attys 1-25-10 (mll, ) (Entered: 01/25/2010) |
| 01/26/2010 | <u>316</u> | ORDER that this case is set for jury trial on February 1-2, 2010; February 8-9, 2010; and February 16-17, 2010. Trial will commence immediately following jury selection on 2-01-2010. Signed by Judge Leonard Davis on 01/26/10. cc:attys 1-26-10(mll, ) (Entered: 01/26/2010) |
| 01/27/2010 | <u>317</u> | Joint MOTION to Continue *the Trial Date* by Soverain Software LLC. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order, # <u>2</u> Supplement Declaration of Michael Ian Shamos)(Adamo, |

| | | Kenneth) (Entered: 01/27/2010) |
|---|---|---|
| 01/27/2010 | 318 | ORDER granting 317 Motion to Continue Trial Date. The Court sets this case for jury selection on 4-19-2010 at 9:00 a.m., with trial to commence on 4-26-2010 at 9:00 a.m. Signed by Judge Leonard Davis on 01/27/10. cc:attys 1-28-10 (mll, ) (Entered: 01/28/2010) |
| 01/27/2010 | | Jury Selection reset for 4/19/2010 09:00AM before Judge Leonard Davis. Jury Trial reset for 4/26/2010 09:00 AM before Judge Leonard Davis. (per 318 Order) (mll, ) (Entered: 01/28/2010) |
| 01/28/2010 | 319 | Agreed MOTION To Substitute Prior Order of Dismissal Without Prejudice with Order of Dismissal With Prejudice by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order Order of Dismissal with Prejudice)(Giannetti, Thomas) (Entered: 01/28/2010) |
| 01/28/2010 | 320 | NOTICE by Soverain Software LLC *of Joint Certificate of Conference in Compliance with the Court's Order to Meet and Confer on the Parties' Motions in Limine* (Satine, Barry) (Entered: 01/28/2010) |
| 01/29/2010 | 321 | ORDER granting 319 Motion to Dismiss with Prejudice. Pltf's complaint against Zappos is now dismissed with prejudice. Zappos's counterclaims against pltf are now dismissed with prejudice. Each party shall bear its own attys' fees, expenses and costs. Signed by Judge Leonard Davis on 01/29/10. cc:attys 1-29-10 (mll, ) (Entered: 01/29/2010) |
| 02/15/2010 | 323 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference held on 1/21/10 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 90 pages. |

|  |  | **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 3/11/2010. Redacted Transcript Deadline set for 3/22/2010. Release of Transcript Restriction set for 5/19/2010. (sms, ) (Entered: 02/15/2010) |
|---|---|---|
| 03/01/2010 | 324 | Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* by Newegg Inc.. (Attachments: # 1 Exhibit A - Declaration of Lee Cheng, # 2 Exhibit B - Declaration of Mira Wolff, # 3 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 03/01/2010) |
| 03/02/2010 | 325 | ORDER re 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* filed by Newegg Inc. Response to Motion is due 3-05-2010 at 12:00 p.m. Reply is due 3-08-2010 at 12:00 p.m. Surreply is due 3-09-2010 at 8:00 a.m. Signed by Judge Leonard Davis on 03/02/10. cc:attys 3-02-10(mll, ) (Entered: 03/02/2010) |
| 03/04/2010 | 326 | Opposed MOTION to Strike *The Belatedly-Produced CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony* by |

| | | |
|---|---|---|
| | | Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Giannetti, Thomas) (Entered: 03/04/2010) |
| 03/05/2010 | 327 | SEALED RESPONSE to Motion re 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* filed by Soverain Software LLC. (Attachments: # 1 Exhibit A Declaration of Mark A. Finkelstein, # 2 Exhibit 1 to the Declaration of Mark A. Finkelstein, # 3 Exhibit 2 to the Declaration of Mark A. Finkelstein, # 4 Exhibit 3 to the Declaration of Mark A. Finkelstein, # 5 Exhibit 4 to the Declaration of Mark A. Finkelstein, # 6 Exhibit 5 to the Declaration of Mark A. Finkelstein, # 7 Exhibit 6 to the Declaration of Mark A. Finkelstein, # 8 Exhibit 7 to the Declaration of Mark A. Finkelstein, # 9 Exhibit 8 to the Declaration of Mark A. Finkelstein **(See # 27Replacement Exhibit)**, # 10 Exhibit B Declaration of Marc K. Callahan, # 11 Exhibit 1 to the Declaration of Marc K. Callahan, # 12 Exhibit 2 to the Declaration of Marc K. Callahan, # 13 Exhibit 3 to the Declaration of Marc K. Callahan, # 14 Exhibit 4 to the Declaration of Marc K. Callahan, # 15 Exhibit 5 to the Declaration of Marc K. Callahan, # 16 Exhibit 6 to the Declaration of Marc K. Callahan, # 17 Exhibit 7 to the Declaration of Marc K. Callahan, # 18 Exhibit 8 to the Declaration of Marc K. Callahan, # 19 Exhibit 9 to the Declaration of Marc K. Callahan, # 20 Exhibit 10 to the Declaration of Marc K. Callahan, # 21 Exhibit C Katharine A. Wolanyk Declaration, # 22 Exhibit D Kenneth R. Adamo Declaration, # 23 Exhibit E Thomas L. Giannetti Declaration, # 24 Exhibit F Barry R. Satine Declaration, # 25 Exhibit G Jennifer Seraphine Declaration, # 26 Exhibit H Ognjan V. Shentov Declaration)(Adamo, |

| | | |
|---|---|---|
| | | Kenneth) (Additional attachment(s) added on 3/9/2010: # 27 Exhibit 8 to the Declaration of Mark A. Finkelstein) (mll, ). Modified on 3/9/2010 per 336 Order (mll, ). (Entered: 03/05/2010) |
| 03/05/2010 | 328 | Unopposed MOTION for Leave to File Excess Pages by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Michael) (Entered: 03/05/2010) |
| 03/05/2010 | 329 | Unopposed SEALED MOTION *To Enter Substitute Exhibit 8 to Declaration of Mark A. Finkelstein* by Soverain Software LLC. (Attachments: # 1 Exhibit 8 to the Declaration of Mark A. Finkelstein, # 2 Text of Proposed Order) (Satine, Barry) (Entered: 03/05/2010) |
| 03/08/2010 | 330 | SEALED REPLY to Response to Motion re 324 Emergency SEALED MOTION Emergency Opposed Motion to Disqualify Jones Day filed by Newegg Inc.. (Yarbrough, Herbert) (Entered: 03/08/2010) |
| 03/08/2010 | 331 | ORDER granting 328 Motion for Leave to File Excess Pages. Signed by Judge Leonard Davis on 03/08/10. cc:attys 3-08-10 (mll, ) (Entered: 03/08/2010) |
| 03/08/2010 | 332 | Unopposed MOTION for Leave to File Excess Pages *on Newegg's Reply in Support of Motion to Disqualify Jones Day* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 03/08/2010) |
| 03/08/2010 | 333 | Unopposed MOTION for Leave to File Excess Pages *for Soverain's surreply to Newegg's Emergency Opposed Motion to Disqualify Jones Day* by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Giannetti, Thomas) (Entered: 03/08/2010) |

| 03/09/2010 | 334 | SEALED SURREPLY in Support of Soverain's RESPONSE to Motion re 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* filed by Soverain Software LLC. (Attachments: # 1 Exhibit I)(Adamo, Kenneth) (Entered: 03/09/2010) |
| --- | --- | --- |
| 03/09/2010 | 335 | ORDER Setting Hearing on Motion 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* : Motion Hearing set for 3/17/2010 01:30 PM before Judge Leonard Davis. Signed by Judge Leonard Davis on 03/09/10. cc:attys 3-09-10(mll, ) (Entered: 03/09/2010) |
| 03/09/2010 | 336 | ORDER granting 329 Sealed Motion to Substitute Exhibit. Signed by Judge Leonard Davis on 03/08/10. cc:attys 3-09-10 (mll, ) Modified on 3/9/2010 (mll, ). (Entered: 03/09/2010) |
| 03/09/2010 | 337 | ORDER granting 332 Motion for Leave to File Excess Pages. Signed by Judge Leonard Davis on 03/08/10. cc:attys 3-09-10 (mll, ) (Entered: 03/09/2010) |
| 03/09/2010 | 338 | ORDER granting 333 Motion for Leave to File Excess Pages. Signed by Judge Leonard Davis on 03/09/10. cc:attys 3-09-10 (mll, ) (Entered: 03/09/2010) |
| 03/10/2010 | 339 | ORDER re 335 Order Setting Hearing on Motion. The Court expects the principal declarants to be present and available for direct and cross examination regarding their declarations. Parties are directed to meet and confer in person or telephone to determine if either party expects any other declarants to be present and available to testify at the evidentiary hearing. Should any disputes arise, parties shall notify the Court by 3-12-2010 at 12:00 p.m. Signed by Judge Leonard |

| | | Davis on 03/10/10. cc:attys 3-10-10(mll, ) (Entered: 03/10/2010) |
|---|---|---|
| 03/11/2010 | 340 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas Demitrack for Soverain Software LLC. (mll, ) (Entered: 03/11/2010) |
| 03/12/2010 | 341 | APPLICATION to Appear Pro Hac Vice by Attorney George T Manning for Soverain Software LLC. (mll, ) (Entered: 03/12/2010) |
| 03/15/2010 | 342 | Sealed Document - Joint Stipulation Regarding Evidentiary Hearing on Attorney Disqualification Issue. (Frost, Claudia) (Entered: 03/15/2010) |
| 03/16/2010 | 343 | NOTICE by Soverain Software LLC *of Compliance with Plaintiff's Objections to Newegg's Supplemental and Second Supplemental Exhibit Lists* (Giannetti, Thomas) (Entered: 03/16/2010) |
| 03/17/2010 | 349 | **3.17.10 Minute Entry(Evidentiary Hrg):** for proceedings held before Judge Leonard Davis: Motion Hearing held on 3/17/2010 re 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* filed by Newegg Inc.. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 03/24/2010) |
| 03/18/2010 | 344 | ORDER REGARDING EXHIBITS. Signed by Judge Leonard Davis on 03/17/10. cc:attys 3-18-10 (mll, ) (Entered: 03/18/2010) |
| 03/18/2010 | 345 | MEMORANDUM OPINION AND ORDER denying re 324 Emergency SEALED MOTION *Emergency Opposed Motion to Disqualify Jones Day* filed by Newegg Inc. Signed by Judge Leonard Davis on 3/18/2010. (kls, ) (Entered: 03/19/2010) |
| 03/19/2010 | 346 | SEALED RESPONSE to Motion re 326 Opposed MOTION to Strike The Belatedly-Produced |

| | | |
|---|---|---|
| | | CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony filed by Newegg Inc. (Attachments: #(1) Exhibit A, #2) Exhibit B, #(3) Exhibit C, #(4) Exhibit D, #(5) Exhibit E) (Yarbrough, Herbert) (Entered: 03/19/2010) |
| 03/24/2010 | 347 | Exhibit List: Plaintiff's Exhibits Admitted During 3.17.10 Hearing. (rlf, ) (Entered: 03/24/2010) |
| 03/24/2010 | 348 | Exhibit List: Defendant Newegg's Exhhibits Admitted During 3.17.10 Hearing. (rlf, ) (Entered: 03/24/2010) |
| 03/24/2010 | | (Court only) ***Staff notes: PLAINTIFF'S SEALED EXHIBITS from 3.17.10 Hearing Stored in Vault. Remaining Exhibits stored in Exhibit Locker in Clerk's Office. (rlf, ) (Entered: 03/24/2010) |
| 03/26/2010 | 350 | SEALED REPLY to Opposition 346 to Opposed Motion 326 to Strike *The Belatedly-Produced CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony* filed by Soverain Software LLC. (Attachments: # 1 Exhibit 1 - Shamos Tr., # 2 Exhibit 2 - Trevor Tr.)(Giannetti, Thomas) (Entered: 03/26/2010) |
| 04/05/2010 | 351 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 326 Opposed MOTION to Strike The Belatedly-Produced CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony filed by Newegg Inc. (Attachments: #(1) Exhibit A, #(2) Exhibit B) (Yarbrough, Herbert) (Entered: 04/05/2010) |
| 04/14/2010 | | E-NOTICE of Hearing on Motion 306 Opposed SEALED PATENT MOTION *In Limine*, 326 |

| | | |
|---|---|---|
| | | Opposed MOTION to Strike *The Belatedly-Produced CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony*, 305 MOTION in Limine *Soverain's Motions in Limine Nos. 1 - 29* : **Motion Hearing set for 4/19/2010 immediately after Jury Selection before Judge Leonard Davis.** (rlf, ) (Entered: 04/14/2010) |
| 04/14/2010 | 352 | ORDER for the parties to meet, confer and submit a proposed Charge to the Court by 4/21/2010. Signed by Judge Leonard Davis on 4/14/10. (mjc, ) (Entered: 04/14/2010) |
| 04/16/2010 | 353 | ORDER that parties meet and confer on a claim construction chart to be submitted to the jurors and for use at trial containing the Court's constructions of the terms in the 314, 492, and 639 patents. Signed by Judge Leonard Davis on 04/16/10. cc:attys 4-16-10(mll, ) (Entered: 04/16/2010) |
| 04/16/2010 | 354 | Proposed Jury Instructions by Soverain Software LLC. (Attachments: # 1 Exhibit A Joint Proposed Charge of the Court)(Giannetti, Thomas) (Entered: 04/16/2010) |
| 04/19/2010 | 355 | **4.19.10 Minute Entry (Jury Selection): for** proceedings held before Judge Leonard Davis: Jury Selection held on 4/19/2010. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 04/19/2010) |
| 04/19/2010 | 356 | Sealed Document. Jury Questionnaires (Pages 1-8) (Attachments: # 1 - Questionnaires (Pages 8-17), # 2 - Questionnaires (Pages 18-25))(rlf, ) (Entered: 04/19/2010) |
| 04/19/2010 | 357 | **4.19.10 Minute Entry (Motion Hearing): for** proceedings held before Judge Leonard Davis: Motion Hearing held on 4/19/2010 re 306 Opposed SEALED PATENT MOTION *In Limine* filed by |

| | | |
|---|---|---|
| | | Newegg Inc., <u>305</u> MOTION in Limine *Soverain's Motions in Limine Nos. 1 - 29* filed by Soverain Software LLC, <u>326</u> Opposed MOTION to Strike *The Belatedly-Produced CompuServe Documents, The CompuServe Manuals As Corroborating Evidence, And Trevor's Uncorroborated Testimony* filed by Soverain Software LLC. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 04/19/2010) |
| 04/20/2010 | <u>358</u> | ORDER granting in part and denying in part <u>326</u> Motion to Exclude the Belatedly-Produced CompuServe Documents, the CompuServe Manuals as Corroborating Evidence, and Trevor's Uncorroborated Testimony ; granting in part and denying in part <u>305</u> Motion in Limine -- GRANTED as to matters 1,9, 14, and 15; DENIED as to matters 8, 12, and 13; denying <u>306</u> Sealed Patent Motion in Limine as to matter 2. Signed by Judge Leonard Davis on 04/20/10. cc:attys 4-20-10 (mll, ) (Entered: 04/20/2010) |
| 04/21/2010 | <u>359</u> | JOINT SUBMISSION OF CLAIM CONSTRUCTION CHART filed by Soverain Software LLC. (Attachments: Exhibit A: Claim Construction Chart)(Giannetti, Thomas) (Entered: 04/21/2010) |
| 04/21/2010 | <u>360</u> | Proposed Jury Instructions by Soverain Software LLC. (Attachments: # <u>1</u> Exhibit A: REVISED JOINT PROPOSED CHARGE OF THE COURT) (Giannetti, Thomas) (Entered: 04/21/2010) |
| 04/26/2010 | <u>361</u> | **4.26.10 Minute Entry (Jury Trial - Day 1):** for proceedings held before Judge Leonard Davis: Jury Trial held on 4/26/2010. (Court Reporter Judy Werlinger.) (rlf, ) (Entered: 04/26/2010) |
| 04/27/2010 | <u>362</u> | **4.27.10 Minute Entry (Jury Trial - Day 2):** for proceedings held before Judge Leonard Davis: Jury Trial held on 4/27/2010. (Court Reporter Judy |

| | | Werlinger.) (rlf, ) (Entered: 04/27/2010) |
|---|---|---|
| 04/28/2010 | 363 | TRIAL BRIEF *Soverain's Memorandum in Support of Admitting Summary Charts and Slides Prepared by Soverain's Expert Jack Grimes* by Soverain Software LLC. (Adamo, Kenneth) (Entered: 04/28/2010) |
| 04/28/2010 | 372 | **4.28.10 Minute Entry (Jury Trial - Day 3):** for proceedings held before Judge Leonard Davis: Jury Trial held on 4/28/2010. (Court Reporter Judy Werlinger.) (rlf, ) (Entered: 04/30/2010) |
| 04/29/2010 | 364 | MOTION to Strike *The Trevor Trial Testimony* by Soverain Software LLC. (Adamo, Kenneth) (Additional attachment(s) added on 5/5/2010: # 1 Text of Proposed Order) (mjc, ). (Entered: 04/29/2010) |
| 04/29/2010 | 365 | TRIAL BRIEF *Regarding Noninfringing Alternatives* by Newegg Inc.. (Strachan, Mark) (Entered: 04/29/2010) |
| 04/29/2010 | 366 | MOTION for Judgment as a Matter of Law by Soverain Software LLC. (Adamo, Kenneth) (Additional attachment(s) added on 5/5/2010: # 1 Text of Proposed Order) (kls, ). (Entered: 04/29/2010) |
| 04/29/2010 | 367 | MOTION for Judgment as a Matter of Law *on Non-Infringement* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Strachan, Mark) (Entered: 04/29/2010) |
| 04/29/2010 | 368 | MOTION for Judgment as a Matter of Law *on Invalidity* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order)(Strachan, Mark) (Entered: 04/29/2010) |
| 04/29/2010 | 369 | MOTION for Judgment as a Matter of Law *on Damages* by Newegg Inc.. (Attachments: # 1 Text |

| | | |
|---|---|---|
| | | of Proposed Order)(Strachan, Mark) (Entered: 04/29/2010) |
| 04/29/2010 | 370 | ***DISREGARD ENTRY - FILED IN ERROR - TO BE REFILED***<br><br>MOTION for Judgment as a Matter of Law , *Supplemental Brief in Suport of,* by Soverain Software LLC. (Adamo, Kenneth) Modified on 4/30/2010 (kls, ). (Entered: 04/29/2010) |
| 04/29/2010 | 371 | Proposed Jury Instructions by Newegg Inc.. (Strachan, Mark) (Entered: 04/29/2010) |
| 04/29/2010 | 373 | **4.29.10 Minute Entry (Jury Trial - Day 4):** for proceedings held before Judge Leonard Davis: Jury Trial held on 4/29/2010. (Court Reporter Judy Werlinger.) (rlf, ) (Entered: 04/30/2010) |
| 04/30/2010 | | ***FILED IN ERROR. Document #370 Brief filed as Motion PLEASE IGNORE.***<br><br>(kls, ) (Entered: 04/30/2010) |
| 04/30/2010 | 374 | **4.30.2010 Minute Entry (Jury Trial - Day 5):** for proceedings held before Judge Leonard Davis: Jury Trial completed on 4/30/2010. (Court Reporter Judy Werlinger.) (rlf, ) (Entered: 04/30/2010) |
| 04/30/2010 | 375 | SEALED Jury Notes. (rlf, ) (Entered: 04/30/2010) |
| 04/30/2010 | 376 | JURY VERDICT. (rlf, ) (Entered: 04/30/2010) |
| 04/30/2010 | 377 | Sealed Document. JURY VERDICT IN ITS ENTIRETY. (rlf, ) (Entered: 04/30/2010) |
| 04/30/2010 | 378 | ORDER denying 364 Motion to Strike 364 MOTION to Strike *The Trevor Trial Testimony.* Signed by Judge Leonard Davis on 4/30/2010. (gsg) (Entered: 04/30/2010) |
| 04/30/2010 | 379 | BRIEF filed *Supplemental Brief in Support of* |

| | | |
|---|---|---|
| | | *Motion for Judgment as a Matter of Law* by Soverain Software LLC. (Adamo, Kenneth) Modified on 5/5/2010 (kls, ).***(Corrects Entry #370)** (Entered: 04/30/2010) |
| 04/30/2010 | <u>436</u> | Jury Instructions. (rlf, ) (Entered: 08/24/2010) |
| 05/06/2010 | <u>380</u> | Exhibit Lists Filed by Soverain Software LLC during Jury Trial (4.26.2010 - 4.30.2010): Main Document: Plaintiff's Exhibit List 1A Attachments: # <u>1</u> - Plaintiff's Exhibit List 1B; # <u>2</u> - Plaintiff's Exhibit List 2; # <u>3</u> - Plaintiff's Exhibit List 3; # <u>4</u> - Plaintiff's Exhibit List - Final)(rlf, ) (Entered: 05/06/2010) |
| 05/06/2010 | <u>381</u> | Exhibit List Filed by Newegg Inc. during Trial (4.26.2010 - 4.30.2010): Main Document: Defendant's Exhibit List 1 Attachments: # <u>1</u> - Defendant's Exhibit List 2; # <u>2</u> - Defendant's Exhibit List 3; # <u>3</u> - Defendant's Exhibit List - Final(rlf, ) (Entered: 05/06/2010) |
| 05/06/2010 | <u>382</u> | ORDER that all post-verdict motions be filed by 5-24-2010; responses by 6-07-2010; replies by 6-14-2010; and surreplies by 6-21-2010. The Court sets all post verdict motions for hearing on 6-29-2010 at 9:00 a.m. Signed by Judge Leonard Davis on 05/06/10. cc:attys 5-07-10(mll, ) (Entered: 05/07/2010) |
| 05/06/2010 | | Post-Verdict Motion Hearing set for 6/29/2010 09:00 AM before Judge Leonard Davis. (mll, ) (Entered: 05/07/2010) |
| 05/06/2010 | <u>383</u> | ORDER appointing Mike Patterson as Mediator in this case. The mediation session should be |

| | | |
|---|---|---|
| | | conducted before 5-24-2010. Signed by Judge Leonard Davis on 05/06/10. cc:attys 5-07-10(mll, ) (Entered: 05/07/2010) |
| 05/06/2010 | 384 | ORDER granting in part and denying in part 366 Motion for Judgment as a Matter of Law; denying 367 Motion for Judgment as a Matter of Law; denying 368 Motion for Judgment as a Matter of Law; denying 369 Motion for Judgment as a Matter of Law. Signed by Judge Leonard Davis on 05/06/10. cc:attys 5-07-10(mll, ) (Entered: 05/07/2010) |
| 05/07/2010 | 385 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Voir Dire Proceedings held on 4/19/10 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 73 pages. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/1/2010. Redacted Transcript Deadline set for 6/10/2010. Release of Transcript Restriction set for 8/9/2010. (sms, ) (Entered: 05/07/2010) |
| 05/07/2010 | 386 | NOTICE OF FILING OF OFFICIAL |

TRANSCRIPT of Motion Hearing Proceedings held on 4/19/10 before Judge Leonard Davis. 58 pages. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov.

**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/1/2010. Redacted Transcript Deadline set for 6/10/2010. Release of Transcript Restriction set for 8/9/2010. (sms, ) (Entered: 05/07/2010)

| 05/07/2010 | 387 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Evidentiary Hearing Proceedings held on 3/17/10 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 39 pages. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/1/2010. Redacted Transcript Deadline set for 6/10/2010. Release of Transcript Restriction set for 8/9/2010. (sms, ) (Entered: 05/07/2010) |
| 05/07/2010 | 388 | Proceedings held on 3/17/10 before Leonard Davis - Sealed Portion of the Transcript. (sms, ) (Entered: 05/07/2010) |
| 05/13/2010 | 389 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/26/10 Morning Session before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J Werlinger,Telephone number: 903/590-1171. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 390 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/26/10 Afternoon Session before Judge Leonard Davis. |

| | | |
|---|---|---|
| | | Court Reporter/Transcriber: S. Sloan/J. Werlinger,Telephone number: 903/590-1171. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 391 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/27/10 Morning Session before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J. Werlinger,Telephone number: 903/590-1171. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | |
|---|---|---|
| | | PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 392 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/27/10 Afternoon Session before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J. Werlinger,Telephone number: 903/590-1171. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<P> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 393 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/28/10 Morning Session before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J. Werlinger,Telephone number: 903/590-1171. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be** |

| | | |
|---|---|---|
| | | made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 394 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/29/10 Morning Session before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J. Werlinger,Telephone number: 903/590-1171. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |

| 05/13/2010 | 395 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 4/30/10 before Judge Leonard Davis. Court Reporter/Transcriber: Shea Sloan/J. Werlinger,Telephone number: 903/590-1171.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (lss, ) (Entered: 05/13/2010) |
| 05/13/2010 | 396 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial Proceedings held on 4/28/10 - Afternoon Session before Judge Leonard Davis. Court Reporter: Shea Sloan/Judy Werlinger, Telephone number: 903-590-1171.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days.** |

| | | **The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (sms, ) (Entered: 05/13/2010) |
|---|---|---|
| 05/13/2010 | 397 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial Proceedings held on 4/29/10- Afternoon Session before Judge Leonard Davis. Court Reporter: Shea Sloan/Judy Werlinger,Telephone number: 903-590-1171.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 6/7/2010. Redacted Transcript Deadline set for 6/16/2010. Release of Transcript Restriction set for 8/16/2010. (sms, ) (Entered: 05/13/2010) |
| 05/19/2010 | 398 | REPORT of Mediation by Michael Philip Patterson. Mediation result: not settled(Patterson, |

| | | |
|---|---|---|
| | | Michael) (Entered: 05/19/2010) |
| 05/20/2010 | 399 | NOTICE by Newegg Inc. *Notice of Intent to Request Redaction* (Yarbrough, Herbert) (Entered: 05/20/2010) |
| 05/20/2010 | 400 | MOTION for Leave to File Excess Pages by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order)(Smith, Debra) (Entered: 05/20/2010) |
| 05/21/2010 | 401 | ORDER denying 400 Motion for Leave to File Excess Pages. Signed by Judge Leonard Davis on 05/21/10. cc:attys 5-21-10 (mll, ) (Entered: 05/21/2010) |
| 05/24/2010 | 402 | Opposed SEALED MOTION *for Judgment as a Matter of Law of Infringement of the 314, 492, and 639 Patents and for a New Trial on 639 Patent Damages* by Soverain Software LLC. (Attachments: # 1 Exhibit 1 - Grimes testimony, # 2 Exhibit 2 - P-008, # 3 Exhibit 3 - P-027A, # 4 Exhibit 4 - P-038, # 5 Exhibit 5 - P-062A, # 6 Exhibit 6 - P-062B, # 7 Exhibit 7 - Grimes demonstratives, # 8 Exhibit 8 - Pretrial hearing transcript, # 9 Exhibit 9 - Tittel testimony, # 10 Exhibit 10 - P-014, # 11 Exhibit 11 - P-015, # 12 Exhibit 12 - P-018, # 13 Text of Proposed Order Proposed Order)(Adamo, Kenneth) (Entered: 05/24/2010) |
| 05/24/2010 | 403 | SEALED MOTION *For an Injunction or, in the Alternative, Ongoing Royalties* by Soverain Software LLC. (Attachments: # 1 Exhibit Exhibit 1, Declaration of K. Wolanyk, # 2 Exhibit Exhibit 2, Declaration of J. Nawrocki, # 3 Exhibit Exhibit 3, Trial Testimony of K. Wolanyk, # 4 Exhibit Exhibit 4, Trial Testimony of C. Bakewell, # 5 Exhibit Exhibit 5, Trial Testimony of J. Nawrocki, # 6 Exhibit Exhibit 6, Ex. P-149, # 7 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 7, Ex. P-245, # 8 Exhibit Exhibit 8, Ex. P-162, # 9 Exhibit Exhibit 9, Trial Testimony of S. Ghosh, # 10 Exhibit Exhibit 10, Trial Testimony of J. Wu, # 11 Exhibit Exhibit 11, Trial Testimony of L. Cheng, # 12 Text of Proposed Order)(Adamo, Kenneth) (Entered: 05/24/2010) |
| 05/24/2010 | 404 | SEALED MOTION *For Prejudgment Interest and Costs, Post-Verdict Damages to Judgment, and Post-Judgment Interest* by Soverain Software LLC. (Attachments: # 1 Exhibit Grantley v. Clear Channel, Slip Op., # 2 Text of Proposed Order) (Adamo, Kenneth) (Entered: 05/24/2010) |
| 05/24/2010 | 405 | Agreed MOTION to Redact 389 Transcript,,, by Newegg Inc.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 05/24/2010) |
| 05/24/2010 | 406 | SEALED MOTION *Renewed Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 05/24/2010) |
| 05/24/2010 | 407 | SEALED MOTION *Renewed Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial* by Newegg Inc.. (Attachments: # 1 Text of Proposed Order) (Yarbrough, Herbert) (Entered: 05/24/2010) |
| 05/25/2010 | 408 | ORDER granting 405 Motion to Redact re 389 Transcript. The original page 50 the the transcript of the morning session of the proceedings held before Judge Davis on 4-26-2010 is ordered sealed and that the court reporter shall redact all publicly available versions of the transcript of those proceedings. Signed by Judge Leonard Davis on 05/25/10. cc:attys 5-26-10 (mll, ) (Entered: |

| | | |
|---|---|---|
| | | 05/26/2010) |
| 06/07/2010 | 409 | SEALED RESPONSE to Motion re 407 SEALED MOTION *Renewed Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial* filed by Soverain Software LLC. (Attachments: # 1 Exhibit 1 - Grimes testimony, # 2 Exhibit 2 - Cheng testimony, # 3 Exhibit 3 - Trevor testimony, # 4 Exhibit 4 - Tittel testimony, # 5 Exhibit 5 - Shamos testimony, # 6 Exhibit 6 - 42610 AM transcript, # 7 Exhibit 7 - 43010 transcript, # 8 Exhibit 8 - P-008, # 9 Exhibit 9 - P-014, # 10 Exhibit 10 - P-015, # 11 Exhibit 11 - P-018, # 12 Exhibit 12 - P-027A, # 13 Exhibit 13 - P-038, # 14 Exhibit 14 - P-062A, # 15 Exhibit 15 - P-062B, # 16 Exhibit 16 - Grimes trial demonstratives, # 17 Exhibit 17 - Amazon claim construction order, # 18 Exhibit 18 - P-010, # 19 Exhibit 19 - P-016, # 20 Exhibit 20 - P-017, # 21 Exhibit 21 - P-033, # 22 Exhibit 22 - Golden Hour final judgment, # 23 Exhibit 23 - 41910 PM pretrial hearing transcript)(Adamo, Kenneth) (Entered: 06/07/2010) |
| 06/07/2010 | 410 | SEALED RESPONSE to Motion re 406 SEALED MOTION *Renewed Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur* filed by Soverain Software LLC. (Attachments: # 1 Exhibit 4/26/10 AM Tr., # 2 Exhibit 4/26/10 PM Tr., # 3 Exhibit 4/27/10 AM Tr., # 4 Exhibit 4/27/10 PM Tr., # 5 Exhibit 4/28/10 AM Tr., # 6 Exhibit 4/29/10 PM Tr., # 7 Exhibit 4/30/10 Tr., # 8 Exhibit Nawrocki Dep. Tr.)(Adamo, Kenneth) (Entered: 06/07/2010) |
| 06/07/2010 | 411 | Opposed SEALED MOTION *To Strike Certain Evidence Submitted in Support of Soverain's Post-Trial Motions* by Newegg Inc.. (Attachments: # 1 |

| | | Text of Proposed Order)(Yarbrough, Herbert) (Entered: 06/07/2010) |
|---|---|---|
| 06/07/2010 | 412 | SEALED RESPONSE to Motion re 403 SEALED MOTION For an Injunction or, in the Alternative, Ongoing Royalties filed by Newegg Inc. (Attachments: #(1) Exhibit 1, #(2) Exhibit 2, #(3) Exhibit 3, #(4) Exhibit 4)(Yarbrough, Herbert) (Entered: 06/07/2010) |
| 06/07/2010 | 413 | SEALED RESPONSE to Motion re 402 Opposed SEALED MOTION for Judgment as a Matter of Law of Infringement of the 314, 492, and 639 Patents and for a New Trial on 639 Patent Damages filed by Newegg Inc. (Attachments: #(1) Exhibit A, #(2) Exhibit B, #(3) Exhibit C, #(4) Exhibit D, #(5) Exhibit E) (Yarbrough, Herbert) (Entered: 06/07/2010) |
| 06/07/2010 | 414 | SEALED RESPONSE to Motion re 404 SEALED MOTION For Prejudgment Interest and Costs, Post-Verdict Damages to Judgment, and Post-Judgment Interest filed by Newegg Inc. (Yarbrough, Herbert) (Entered: 06/07/2010) |
| 06/14/2010 | 415 | Soverain's SEALED RESPONSE to Newegg's Opposed SEALED MOTION (Dkt. 411) *To Strike Certain Evidence Submitted in Support of Soverain's Post-Trial Motions* filed by Soverain Software LLC. (Adamo, Kenneth) (Additional attachment(s) added on 6/15/2010: # 1 Text of Proposed Order) (kls, ). (Entered: 06/14/2010) |
| 06/14/2010 | 416 | Soverain's SEALED REPLY to Newegg's Response 413 to Soverain's Opposed SEALED MOTION 402 *for Judgment as a Matter of Law of Infringement of the 314, 492, and 639 Patents and for a New Trial on 639 Patent Damages* filed by Soverain Software LLC. (Attachments: (1) Exhibit 13 - Grimes testimony; (2) Exhibit 14 - Shamos |

| | | |
|---|---|---|
| | | testimony; (3) Exhibit 15 - 4-30-10 trial transcript) (Adamo, Kenneth) (Entered: 06/14/2010) |
| 06/14/2010 | 417 | REPLY to Response to Motion re 404 SEALED MOTION *For Prejudgment Interest and Costs, Post-Verdict Damages to Judgment, and Post-Judgment Interest filed by Soverain Software LLC.* (Adamo, Kenneth) (Entered: 06/14/2010) |
| 06/14/2010 | 418 | SEALED REPLY to Response to Motion re 403 SEALED MOTION *For an Injunction or, in the Alternative, Ongoing Royalties* filed by Soverain Software LLC. (Attachments: # 1 Declaration of Dr. Jack Grimes, # 2 Declaration of Dr. Michael Shamos)(Adamo, Kenneth) (Entered: 06/14/2010) |
| 06/14/2010 | 419 | SEALED REPLY In Support of Motion re 407 SEALED MOTION Renewed Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial filed by Newegg Inc.(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Yarbrough, Herbert) (Entered: 06/14/2010) |
| 06/14/2010 | 420 | SEALED REPLY In Support of Motion re 406 SEALED MOTION Renewed Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur filed by Newegg Inc. (Yarbrough, Herbert) (Entered: 06/14/2010) |
| 06/21/2010 | 421 | SEALED SUR-REPLY in Opposition to Renewed Motion re 402 Opposed SEALED MOTION *for Judgment as a Matter of Law of Infringement of the 314, 492, and 639 Patents and for a New Trial on 639 Patent Damages* filed by Newegg Inc. (Yarbrough, Herbert) (Entered: 06/21/2010) |
| 06/21/2010 | 422 | Plaintiff Soverain's SEALED SURREPLY in |

| | | |
|---|---|---|
| | | Opposition to Defendant Newegg's Sealed Motion [407](#) *Renewed Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial* filed by Soverain Software LLC. (Attachments: # [1](#) Exhibit 24 - Grimes testimony, # [2](#) Exhibit 25 - Tittel testimony, # [3](#) Exhibit 26 - 4-29-10 PM trial transcript)(Adamo, Kenneth) (Entered: 06/21/2010) |
| 06/21/2010 | [423](#) | SUR-REPLY to Reply to Response to Motion re [406](#) SEALED MOTION *Renewed Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur filed by Soverain Software LLC.* (Adamo, Kenneth) (Additional attachment(s) added on 6/21/2010: # [1](#) Signature Page of Reply) (gsg, ). (Entered: 06/21/2010) |
| 06/21/2010 | [424](#) | SEALED SUR-REPLY to Motion re [403](#) SEALED MOTION *For an Injunction or, in the Alternative, Ongoing Royalties* filed by Newegg Inc. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Yarbrough, Herbert) (Entered: 06/21/2010) |
| 06/29/2010 | [429](#) | **6.29.10 Minute Entry (Post-Verdict Motion Hrg):** for proceedings held before Judge Leonard Davis: Post Verdict Motion Hearing held on 6/29/2010. (Court Reporter Shea Sloan.) (rlf, ) (Entered: 07/02/2010) |
| 06/30/2010 | [425](#) | **\*\*\*STRIKEN PER [428](#) ORDER\*\*\*** Sealed Document - Dft Supplemental Submission of Evidence by Newegg. (Attachments: # [1](#) Exhibit A)(Baldauf, Kent) Modified on 7/1/2010 (sm, ). Modified on 7/2/2010 (mll, ). (Entered: 06/30/2010) |
| 07/01/2010 | [426](#) | Emergency MOTION to Strike [425](#) Sealed |

| | | Document by Soverain Software LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Adamo, Kenneth) (Entered: 07/01/2010) |
|---|---|---|
| 07/02/2010 | 427 | RESPONSE in Opposition re 426 Emergency MOTION to Strike 425 Sealed Document *filed by Newegg Inc..* (Baldauf, Kent) (Entered: 07/02/2010) |
| 07/02/2010 | 428 | ORDER granting 426 Emergency Motion to Strike 425 Sealed Document. Signed by Judge Leonard Davis on 07/02/10. cc:attys 7-02-10 (mll, ) (Entered: 07/02/2010) |
| 07/28/2010 | 430 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Post-Verdict Hearing Proceedings held on 7/22/10 before Judge Leonard Davis. Court Reporter Shea Sloan, shea_sloan@txed.uscourts.gov. 62 pages. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/23/2010. Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 9/2/2010. Release of Transcript Restriction set for 10/29/2010. (sms, ) (Transcript sealed by the Court.) Modified on 7/28/2010 (mjc, ). (Additional attachment(s) added on 7/28/2010: # 1 Notice) (mjc, ). (Entered: 07/28/2010) |
| 07/28/2010 | | (Court only) ***Staff notes - Deleted transcript no. 430, which was inadvertently filed in this case, after consulting with David Provines. The transcript should have been filed in 6:08cv325. (mjc, ) (Entered: 07/28/2010) |
| 07/29/2010 | 431 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Post-Verdict Motion Hearing held on 6/29/10 before Judge Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov. 82 pages.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/23/2010. Redacted Transcript Deadline set for 9/2/2010. Release of Transcript Restriction set for 11/1/2010. (sms, ) (Entered: 07/29/2010) |
| 08/03/2010 | 432 | Exhibit List: Soverain Software LLC's FINAL |

| | | EXHIBIT LIST OF EXHIBITS ADMITTED DURING TRIAL (4.26.10 - 4.30.10) (rlf, ) (Entered: 08/03/2010) |
|---|---|---|
| 08/03/2010 | [433](#) | Exhibit List: Newegg Inc'S FINAL EXHIBIT LIST OF EXHIBITS ADMITTED DURING TRIAL (4.26.10 - 4.30.10) (rlf, ) (Entered: 08/03/2010) |
| 08/03/2010 | | TRIAL EXHIBITS PLACED AND STORED IN CLERK'S OFFICE. (rlf, ) (Entered: 08/03/2010) |
| 08/11/2010 | [434](#) | MEMORANDUM OPINION AND ORDER granting in part [402](#) Sealed Motion for Judgment as a Matter of Law; granting in part [403](#) Sealed Motion for Permanent Injunction or in the alternative Ongoing Royalties; granting in part [404](#) Sealed Motion for prejudgment interest, post-verdict damages, and post-judgment interest. All other motions are DENIED. Signed by Judge Leonard Davis on 08/11/10. cc:attys 8-11-10 (mll, ) (Entered: 08/11/2010) |
| 08/11/2010 | [435](#) | FINAL JUDGMENT. Deft Newegg Inc is found to have unlawfully infringed US Patent Nos 5,715,314; 5,909,492; and 7,272,639. The patents-in-suit are not invalid and are enforceable. The Court awards damages to Soverain Software LLC for Newegg's infringement of the '314 and '492 patents in the amount of $2,500,000. Soverain is further awarded a new trial on damages for Newegg's infringement of the '639 patent, to be held after all appeals have been exhausted. Soverain is further awarded post-verdict damages of $2,900 per day from 5-01-2010 until the date of this Final Judgment. Soverain is further awarded prejudgment interest on the actual damages found by the jury calculated at the prime rate as of the date of this Final Judgment compounded monthly |

| | | |
|---|---|---|
| | | through 7-31-2010 and compounded daily for the month of August, 2010. Soverain is awarded its prejudgment Costs of Court. Soverain is entitled to post-judgment interest for any time period between the entry of this Final Judgment and the date upon which Soverain receives payment from Newegg as ordered herein. For reasons stated in the Court's contemporaneous Memorandum Opinion and Order, Newegg is ordered for the remaining life of the '314 and '492 patents to pay Soverain an ongoing royalty of $0.15 per infringing transaction. All relief not granted in this Final Judgment is DENIED. All pending motions not previously resolved are DENIED. Signed by Judge Leonard Davis on 08/11/10. cc:attys 8-11-10(mll, ) (Entered: 08/11/2010) |
| 08/25/2010 | 437 | MOTION for Bill of Costs *(AGREED)* by Soverain Software LLC. (Attachments: # 1 Appendix, # 2 Affidavit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Smith, Debra) (Entered: 08/25/2010) |
| 08/25/2010 | | ***FILED IN ERROR. Document # 437, Bill of Costs. PLEASE IGNORE. To be refiled by Attorney***<br><br>(gsg) (Entered: 08/25/2010) |
| 08/25/2010 | 438 | MOTION for Bill of Costs *(AGREED)* by Soverain Software LLC. (Attachments: # 1 Appendix, # 2 Affidavit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Smith, Debra) (Entered: 08/25/2010) |
| 08/30/2010 | 439 | BILL OF COSTS by Soverain Software LLC. Costs Taxed in the amount of $66,246.87. (Attachments: # 1 Affidavit)(mll, ) (Entered: 08/30/2010) |
| | | |

| | | |
|---|---|---|
| 08/30/2010 | | (Court only) ***Motions terminated: <u>438</u> MOTION for Bill of Costs *(AGREED)* filed by Soverain Software LLC. TERMINATED as moot per entry of <u>439</u> Bill of Costs. (mll, ) (Entered: 08/30/2010) |
| 09/01/2010 | <u>440</u> | Unopposed MOTION for Bond *Newegg Inc.'s Unopposed Motion to Approve Supersedeas Bond for Purpose of Obtaining A Stay Pending Appeal* by Newegg Inc.. (Attachments: # <u>1</u> Supersedeas Bond, # <u>2</u> Power of Attorney of James E. Bass, # <u>3</u> Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/01/2010) |
| 09/01/2010 | | (Court only) ***Staff notes*** Payment for Power of Attorney received. Receipt 6-1-23785. (gsg) (Entered: 09/01/2010) |
| 09/02/2010 | <u>441</u> | ORDER granting <u>440</u> Motion for Approval of Supersedeas Bond. Signed by Judge Leonard Davis on 09/02/10. cc:attys 9-02-10 (mll, ) (Entered: 09/02/2010) |
| 09/07/2010 | <u>442</u> | SEALED MOTION *Newegg's Renewed Post-Judgment Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial* by Newegg Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/07/2010) |
| 09/07/2010 | <u>443</u> | SEALED MOTION *Newegg's Renewed Post-Judgment Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur* by Newegg Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Yarbrough, Herbert) (Entered: 09/07/2010) |
| 09/09/2010 | <u>444</u> | RESPONSE in Opposition re <u>443</u> SEALED MOTION *Newegg's Renewed Post-Judgment* |

| | | |
|---|---|---|
| | | *Motion for Judgment as a Matter of Law on Damages and Alternative Motion for New Trial or Remittitur,* 442 SEALED MOTION *Newegg's Renewed Post-Judgment Motions for Judgment as a Matter of Law of Non-Infringement and Invalidity of the Asserted Claims and Alternative Motions for New Trial filed by Soverain Software LLC.* (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Giannetti, Thomas) (Entered: 09/09/2010) |
| 09/10/2010 | 445 | NOTICE OF APPEAL - PATENT CASE as to 435 Judgment,,,,,, by Newegg Inc.. Filing fee $ 455, receipt number 0540-2663849. (Baldauf, Kent) (Entered: 09/10/2010) |
| 09/22/2010 | 446 | TRANSCRIPT REQUEST by Newegg Inc. (mll, ) (Entered: 09/22/2010) |
| 09/28/2010 | 447 | TRANSCRIPT REQUEST by Newegg Inc. (mll, ) (Entered: 09/29/2010) |
| 10/01/2010 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 445 Notice of Appeal - PATENT CASE (mll, ) (Entered: 10/01/2010) |