Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software, LLC _____ v. Newegg Inc. _____

RECEIVED

No. 2011-1009

OCT 2 2 2010

## ENTRY OF APPEARANCE

United States Court of Appeals
Federal Circuit

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Newegg Inc. _____
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant

[✓] Appellant  [ ] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

[ ] Petitioner or appellant    [ ] Respondent or appellee

OCT 2 2 2010

My address and telephone are:

| | |
|---|---|
| Name: | Daniel H. Brean |
| Law firm: | The Webb Law Firm |
| Address: | 700 Koppers Building, 436 Seventh Avenue |
| City, State and ZIP: | Pittsburgh, PA 15219 |
| Telephone: | (412) 471-8815 |
| Fax #: | (412) 471-4094 |
| E-mail address: | dbrean@webblaw.com |

JAN HORBALY
CLERK

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/27/2010 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/20/2010 _____        _____
Date                              Signature of pro se or counsel

cc: _____

123

5