Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software, LLC    v.    Newegg Inc.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Newegg Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Kent E. Baldauf, Jr.
Law firm: The Webb Law Firm
Address: 700 Koppers Building, 436 Seventh Avenue
City, State and ZIP: Pittsburgh, PA 15219
Telephone: (412) 471-8815
Fax #: (412) 471-4094
E-mail address: kbaldaufjr@webblaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/5/2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/21/2010                    _____
Date                          Signature of pro se or counsel

cc: _____

RECEIVED OCT 22 2010 United States Court of Appeals For the Federal Circuit

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT OCT 22 2010 JAN HORBALY CLERK

123