no document is

associated with this

entry