Form 9

FORM 9.  Certificate of Interest

RECEIVED

OCT 2 2 2010

United States Court of Appeals
For The Federal Circuit

RECEIVED

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

United States Court of Appeals
For The Federal Circuit

SOVERAIN SOFTWARE _____ v. NEWEGG _____

No. 2011-1009

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

APPELLEE, SOVERAIN SOFTWARE certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

SOVERAIN SOFTWARE LLC

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

NONE

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

NONE

4.  ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Attached.

10/19/10
_____
Date

_____
Signature of counsel

THOMAS L. GIANNETTI
Printed name of counsel

Please Note: All questions must be answered

cc: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 2 2010

JAN HORBALY

124

2011-1009

---

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

SOVERAIN SOFTWARE LLC,

*Plaintiff-Appellee,*

v.

NEWEGG INC.,

*Defendant-Appellant.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS IN CASE NO. 07-CV-0511, JUDGE LEONARD DAVIS

---

**APPELLEE'S ATTACHMENT TO CERTIFICATE OF INTEREST**

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

JONES DAY:  Kenneth R. Adamo, Thomas Demitrack, Thomas L. Giannetti, Mark C. Howland, George T. Manning, Barry R. Satine, Jennifer Seraphine, Ognian V. Shentov, Andrey Belenky, Kenneth Canfield, Clark Craddock, Lynda Q. Nguyen, Debra R. Smith, Stela C. Tipi.

THE ROTH LAW FIRM:  Carl R. Roth, Amanda Aline Abraham, Brendan Clay Roth.

SIEBMAN BURG PHILLIPS & SMITH:  Michael C. Smith.