Form 9

FORM 9. Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Soverain Software, LLC    v.    Newegg Inc.

No. 2011-1009

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (**appellant**) (respondent) (appellee) (amicus) (name of party) Newegg Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Newegg Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

The Webb Law Firm, David C. Hanson, Kent E. Baldauf, Jr., and Daniel H. Brean
Pillsbury Winthrop, Claudia W. Frost;    Sayles Werbner, Richard Sayles, Mark Strachan

10/21/2010
Date

Signature of counsel

Kent E. Baldauf, Jr.
Printed name of counsel

Please Note: All questions must be answered

cc: _____

RECEIVED OCT 22 2010 United States Court of Appeals For The Federal Circuit

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT OCT 22 2010 JAN HORBALY CLERK

124