Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software, LLC    v.   Newegg Inc.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   Newegg Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[✓] Appellant   [ ] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Claudia Wilson Frost |
| Law firm: | Pillsbury Winthrop Shaw Pittman LLP |
| Address: | 909 Fannin, Suite 2000 |
| City, State and ZIP: | Houston, TX 77010-1018 |
| Telephone: | (713) 276-7648 |
| Fax #: | (713) 276-7673 |
| E-mail address: | claudia.frost@pillsburylaw.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 2, 1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/20/10
Date

Signature of pro se or counsel

cc: _____

*Received OCT 27 2010 United States Court of Appeals*

*FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT OCT 27 2010 JAN HORBALY CLERK*