IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SOVERAIN SOFTWARE LLC, | ) |
| | ) Case No. 2011-1009 |
| Plaintiff/Appellee, | ) |
| | ) On appeal from the United States |
| v. | ) District Court for the Eastern District |
| | ) of Texas |
| NEWEGG INC., | ) Civil Action No. 6:07-cv-00511-LED |
| | ) |
| Defendant/Appellant. | ) |

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

NOV 29 2010

JAN HORBALY
CLERK

**Soverain's Motion To Extend Time To Respond To
Jones Day's Motion To Withdraw As Counsel**

Soverain Software LLC ("Soverain"), *pro se*, submits this Motion to Extend its time by seven (7) days to respond to the motion of Jones Day, our trial and appellate counsel, to withdraw from representing us on this appeal.

Jones Day has been Soverain's counsel for more than seven years. It has handled the Newegg litigation, which has been pending for three years, and the trial, which lasted five days this spring. Soverain only learned that Jones Day was seeking permission to withdraw on November 19, the very day the motion was filed. Given the gravity of this matter, Soverain's limited resources (we have a small workforce), and the Thanksgiving holiday, Soverain needs additional time to respond to Jones Day's unexpected motion to withdraw as our counsel.

Soverain requests a seven (7) day extension of its time to respond from December 2 to December 9, 2010. Soverain emailed Jones Day and Newegg Inc. this morning requesting their consent to this short extension, but has not yet had a reply.

Dated: November 24, 2010

17

SOVERAIN SOFTWARE LLC
  Pro Se

By: *Katharine A. Wolanyk*
Katharine A. Wolanyk

President & Chief Legal Officer
233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: 312-258-8101
Facsimile: 312-253-4909

Case: 11-1009   Document: 15   Page: 2   Filed: 11/29/2010

## Certificate of Service

This is to certify that on November 24, 2010, a copy of the foregoing was sent by facsimile and Federal Express to the following:

Kent E. Baldauf, Jr., Esq.
David C. Hanson, Esq.
Daniel Harris Brean, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219

And

Claudia W. Frost, Esq.
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin Street, Suite 2000
Houston, Texas 77010

*Counsel for Defendant/Appellant Newegg Inc.*

Kenneth R. Adamo, Esq.
Thomas L. Giannetti, Esq.
Robert P. Ducatman, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44144

*Counsel for Plaintiff/Appellee
  Soverain Software LLC
  (seeking permission to withdraw)*

Katharine A. Wolanyk

# SOVERAIN

233 South Wacker Drive Suite 9425 Chicago, Illinois 60606
Telephone (312) 715-1500 • Facsimile (312) 253-4909

November 24, 2010

**VIA FEDERAL EXPRESS**

Mr. Jan Horbaly
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Room 401
Washington, D.C. 20439

      Re:    Soverain Software LLC v. Newegg Inc., Case No. 2011-1009 (Fed. Cir.)

            Soverain's Motion To Extend Time

Dear Mr. Horbaly:

As advised by the Clerk in the Pro Se office this morning, I enclose the original and three copies of Soverain Software LLC's Motion to Extend Time to Respond to Jones Day's Motion to Withdraw as Counsel for Soverain on this appeal.

Sincerely,

*Katharine A. Wolanyk*

Katharine A. Wolanyk
President and Chief Legal Officer
Soverain Software LLC

Enclosures

cc(w/encl.): Kent E. Baldauf, Jr., Esq.
David C. Hanson, Esq.
Daniel H. Brean, Esq.
Claudia W. Frost, Esq.
Kenneth R. Adamo, Esq.
Thomas L. Giannetti, Esq.
Robert P. Ducatman, Esq.
 By Federal Express

# SOVERAIN

233 South Wacker Drive Suite 9425 Chicago, Illinois 60606
Telephone (312) 715-1500 • Facsimile (312) 253-4909

**DATE:** November 24, 2010

**FROM:** Katharine A. Wolanyk
Soverain Software LLC
T: (312) 715-1500

RECEIVED

NOV 29 2010

United States Court of Appeals
For The Federal Circuit

**PLEASE DELIVER TO:**

| Recipient Name | Company Name | Facsimile Number | Telephone Number |
|---|---|---|---|
| Mr. Jan Horbaly | Clerk of Court U.S. Court of Appeals for the Federal Circuit | (202) 275-9678 | |
| cc: Mr. Kenneth R. Adamo, Esq. | Jones Day | (214) 969-5100 | |
| Mr. Thomas L. Giannetti, Esq. | Jones Day | (212) 326-3939 | |
| Mr. Kent E. Baldauf, Esq. | The Webb Law Firm | (412) 471-4094 | |
| Ms. Claudia W. Frost, Esq. | Pillsbury Winthrop Shaw Pittman, LLC | (713) 276-7673 | |

**NOTE:**
Dear Mr. Horbaly,

We understand from speaking with the *pro se* clerk this morning, that the attached Motion to Extend needs to be filed today, Wednesday, November 24. Please see attached motion for filing. The original signed motion and three (3) copies have been sent to you by Federal Express, as well as to the above parties.

Thank you.