NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

**ON MOTION**

---

### ORDER

Soverain Software, LLC, moves for a 7-day extension of time, until December 9, 2010, to file its response to Jones Day's motion to withdraw as counsel for Soverain Software, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

SOVERAIN SOFTWARE v. NEWEGG                                    2

FOR THE COURT

DEC 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth R. Adamo, Esq.
    Kent E. Baldauf, Jr., Esq.
    Katharine A. Wolanyk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK