DEC - 6 2010

Form 8
United States Court of Appeals
For The Federal Circuit

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC    v.   NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   SOVERAIN SOFTWARE
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[ ] Appellant   [✓] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Paul J. Ripp |
| Law firm: | Williams Montgomery & John Ltd. |
| Address: | Willis Tower, 233 South Wacker Drive, Suite 6100 |
| City, State and ZIP: | Chicago, IL 60606 |
| Telephone: | 312 443-3205 |
| Fax #: | 312 630-8505 |
| E-mail address: | pjr@willmont.com |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 06 2010

JAN HORBALY
CLERK

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 15, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12-4-2010
Date

Signature of pro se or counsel

cc: _____

123

19.