# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 Madison Place, NW
Washington, DC 20439

JAN HORBALY
CLERK

TELEPHONE: 202-275-8000

12/13/2010

To: Edward R. Reines, Esq.

Re: 2011-1009 - SOVERAIN SOFTWARE V NEWEGG

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Principal counsel has already entered an appearance for the party(ies). Only one attorney may serve as principal counsel. Fed. Cir. R. 47.3(a)

This paper is returned to you herewith. If you have any questions or need assistance, please contact the Clerk's Office.

Very truly yours,

Jan Horbaly, Clerk

by: Jacquie Smythe, Deputy Clerk

cc:
Kenneth R. Adamo
Kent E. Baldauf, Jr.

Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software, LLC     v.    Newegg Inc.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  Newegg Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Edward R. Reines |
| Law firm: | Weil, Gotshal & Manges LLP |
| Address: | 201 Redwood Shores Parkway |
| City, State and ZIP: | Redwood Shores, CA 94065 |
| Telephone: | (650) 802-3022 |
| Fax #: | (650) 802-3100 |
| E-mail address: | edward.reines@weil.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Oct. 01, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12-6-2010
Date                                                        Signature of pro se or counsel

cc: on certificate of Service

123

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2010, a true and correct copy of the **Appearance of Edward R. Reines** was served via Federal Express, next business day delivery, to each of the principal attorneys of record as follows:

Kenneth R. Adamo
Thomas L. Giannetti
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515
*Attorneys for Plaintiff-Appellee Soverain Software*

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Weil, Gotshal & Manges LLP**

**Mimi Mentzer**
+1 650 802 3928
mimi.mentzer@weil.com

December 6, 2010

BY HAND

The Honorable Jan Horbaly
Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place NW
Washington D.C. 20439

Re: **Soverain Software LLC. v Newegg Inc. 2011-1009**

Dear Mr. Horbaly,

Enclosed please find an original and three copies of the Entry of Appearance for Edward R. Reines in the above-captioned matter. An extra copy and a self-addressed return envelope have also been enclosed for return of a file-stamped copy.

Please do not hesitate to contact me should you require any additional information. Thank you.

Respectfully submitted,

Mimi Mentzer
Assistant to Edward Reines