2011-1009

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC,

*Plaintiff-Appellee,*

v.

NEWEGG INC.,

*Defendant-Appellant.*

Appeal From The United States District Court For The
Eastern District of Texas In Case No. 07-CV-0511, Judge Leonard Davis.

## MOTION OF ENTRY OF APPEARANCE OF
## EDWARD R. REINES AS PRINCIPAL ATTORNEY

I, Edward R. Reines, will serve as the principal attorney in this case. Kent E. Baldauf, Jr. will remain as the counsel of record. Newegg Inc. and all of Newegg Counsel are in agreement with this change.

Dated: December 15, 2010
Redwood Shores, CA

FILED
DEC 16 2010
JAN HORBALY
CLERK

Respectfully submitted,

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
COUNSEL for NEWEGG INC.

A received copy was NOT immediately returned because NO extra copy was provided-as required.

2011-1009

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC,

*Plaintiff-Appellee,*

v.

NEWEGG INC.,

*Defendant-Appellant.*

Appeal From The United States District Court For The
Eastern District of Texas In Case No. 07-CV-0511, Judge Leonard Davis.

## [PROPOSED] ORDER

It is hereby granted that Edward R. Reines of Weil, Gotshal & Manges LLP will serve as the principal attorney for Defendant-Appellant Newegg Inc. and Kent E. Baldauf, Jr. will remain as the counsel of record.

Dated: December 15, 2010