FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 14 2011

JAN HORBALY
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, LLC, | ) | |
| | ) | Case No. 2011-1009 |
| Plaintiff/Appellee, | ) | |
| | ) | On appeal from the United States |
| v. | ) | District Court for the Eastern District |
| | ) | of Texas |
| NEWEGG INC., | ) | Civil Action No. 6:07-cv-00511-LED |
| | ) | |
| Defendant/Appellant. | ) | |

**RENEWED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

On November 22, 2010, Jones Day moved to withdraw as counsel for appellee Soverain Software, LLC. That motion is fully briefed and is pending.

On December 10, 2010, Soverain filed an opposition to Jones Day's motion. In that filing, Soverain also moved for an extension of time to file its appellee's brief of 60 days following this Court's ruling on Jones Day's motion to withdraw. Soverain noted that it has not previously requested an extension of time to file its brief. In its December 14, 2010 reply memorandum in support of its motion to withdraw, Jones Day joined in the motion to extend.

Soverain's appellee's brief currently is due on January 20, 2011. Out of an abundance of caution, Jones Day hereby files this motion, which renews Soverain's previously filed motion for an extension of time. Jones Day

CLI-1868062v1

respectfully requests that Soverain be granted an extension of sixty (60) days after this Court rules on Jones Day's motion to withdraw.

| | |
|---|---|
| Dated: January 14, 2011 | Respectfully submitted,<br><br>_/s/ Kenneth R. Adamo_<br>Kenneth R. Adamo<br>Principal Attorney<br>Email: kradamo@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201-1515<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>Thomas L. Giannetti<br>Email: tlgiannetti@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017-6702<br>Telephone: 212-326-3939<br>Facsimile: 212-755-7306 |

## Certificate of Service

This is to certify that on January 14, 2011, a copy of the foregoing was sent via overnight mail to the following:

Katharine A. Wolanyk, Esq.
Soverain Software LLC
Willis Tower
233 South Wacker Drive, Suite 9425
Chicago, Illinois 60606

Counsel for Plaintiff-Appellee
Soverain Software, LLC

Peter C. John, Esq.
Eric R. Lifvendahl, Esq.
Paul J. Ripp, Esq.
Williams Montgomery & John Ltd.
Willis Tower
233 South Wacker Drive, Suite 6100
Chicago, Illinois 60606

Counsel for Plaintiff-Appellee
Soverain Software, LLC

Kent E. Baldauf, Jr., Esq.
David C. Hanson, Esq.
Daniel Harris Brean, Esq.
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219

Counsel for Defendant-Appellant
Newegg Inc.

Claudia W. Frost, Esq.
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin Street, Suite 2000
Houston, Texas 77010

Counsel for Defendant-Appellant
Newegg Inc.

_____

CLI-1868062v1