NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

2011-1009

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

**ON MOTION**

**ORDER**

Soverain Software LLC, moves for leave to file a sur-reply in opposition to Avon Products, Inc.'s motion for leave to file a brief amicus curiae. The court notes that Avon's motion for leave to file a brief amicus curiae was denied on January 27, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

SOVERAIN SOFTWARE v. NEWEGG　　　　　　　　　　　　　　　　　　　2

The motion is denied as moot.

FOR THE COURT

FEB 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth R. Adamo, Esq.
　　Kent E. Baldauf, Jr., Esq.
　　Paul J. Ripp, Esq.
　　Michael Nicodema, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2011

JAN HORBALY
CLERK