# IN THE UNITED STATES DISTRICT COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff-Appellee, | § | Fed. Cir. Appeal No. 2011-1009 |
| | § | |
| v. | § | On Appeal from the United |
| | § | States District Court for the |
| NEWEGG INC., | § | Eastern District of Texas |
| | § | |
| Defendant-Appellant. | § | Civil Action No. 6:07-cv-511 |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB -7 2011

## MOTION OF KENT E. BALDAUF, JR. TO WITHDRAW AS PRINCIPAL COUNSEL AND REMAIN COUNSEL OF RECORD

JAN HORBALY
CLERK

The undersigned counsel for Appellant-Defendant Newegg Inc. ("Newegg") hereby moves to withdraw as principal counsel for Newegg, but to remain counsel of record for Newegg in the above-captioned matter.

On December 16, 2010, Edward R. Reines moved the Court to replace the undersigned as principal counsel. The present Motion is being filed so that the Court may to permit Mr. Reines to replace the undersigned as principal counsel for Newegg, without Newegg having multiple counsel simultaneously designated as principal counsel.

A new Entry of Appearance form for the undersigned as non-principal counsel is submitted herewith.

Respectfully submitted,

Dated: February 4, 2011        By: /s/

Kent E. Baldauf, Jr.
David C. Hanson
Daniel H. Brean

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 471-8815
F: (412) 471-4094

Claudia W. Frost
Pillsbury Winthrop
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Telephone: (713) 276-7648

Counsel for Newegg Inc.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software, LLC v. Newegg Inc.
2011-1009

## CERTIFICATE OF INTEREST

Counsel for Newegg Inc. hereby certifies the following:

1. The full name of every party or amicus represented by me is:

    Newegg Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Edward R. Reines, Weil, Gotshal & Manges LLP
    Kent E. Baldauf, Jr., The Webb Law Firm
    David C. Hanson, The Webb Law Firm
    Daniel H. Brean, The Webb Law Firm
    John W. McIlvaine, III, The Webb Law Firm
    Richard Sayles, Sayles Werbner
    Mark Strachan, Sayles Werbner
    Claudia Wilson Frost, Pillsbury Winthrop Shaw Pittman LLP
    Jeremy Gaston, Pillsbury Winthrop Shaw Pittman LLP
    Trey Yarbrough, Yarbrough & Wilcox, PLLC

Eric H. Findlay, Findlay Craft
Charles E. Juister, Marshall Gerstein & Borun
Julianne Hartzell, Marshall Gerstein & Borun
Matthew C. Neilsen, Marshall Gerstein & Borun
Scott A. Sanderson, Marshall Gerstein & Borun
Thomas L. Duston, Marshall Gerstein & Borun

February 4, 2011

Kent E. Baldauf, Jr.
Attorney for Defendant-Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2011, copies of the foregoing Motion of Kent E. Baldauf, Jr. to Withdraw as Principal Counsel and Remain Counsel of Record were served via overnight mail upon the following:

Counsel for Soverain Software, LLC:

Paul J. Ripp
Williams Montgomery & John LLC
Willis Tower
233 South Wacker Drive, Suite 1600
Chicago, IL 60606
pjr@willmont.com

_____
Kent E. Baldauf, Jr.
Attorney for Newegg Inc.



THE WEBB LAW FIRM®
Patent | Trademark | Copyright Law

700 Koppers Building        412.471.8815
436 Seventh Avenue          412.471.4094
Pittsburgh, PA 15219        webblaw@webblaw.com

KENT E. BALDAUF, JR.
Attorney at Law

February 4, 2011
**VIA FEDERAL EXPRESS**

Mr. Jan Horbaly
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington D.C. 20439

    Re:    <u>Soverain Software, LLC v. Newegg Inc., No. 2011-1009</u>

Dear Mr. Horbaly:

    Enclosed please find for filing one original and three copies of the Motion of Kent E. Baldauf, Jr. to Withdraw as Principal Counsel and Remain Counsel of Record in the above-referenced matter.

    Also enclosed is one additional copy of the foregoing document, which I respectfully request be time-stamped and returned to me in the enclosed pre-paid envelope.

    Please contact me if you have any questions.

Very truly yours,

Kent E. Baldauf, Jr.

KEBjr:DHB/jmnb
Enclosures

cc:    Paul J. Ripp, Esq.

RECEIVED

United States Court of Appeals
For The Federal Circuit