NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SOVERAIN SOFTWARE LLC,
*Plaintiff-Appellee,*

v.

NEWEGG INC.,
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

**ON MOTION**

---

### ORDER

Kent E. Baldauf, Jr. moves to withdraw as principal counsel for Newegg Inc but to remain as counsel of record and to substitute Edward R. Reines as principal counsel for Newegg. The court notes that Edward R. Reines' December 16, 2010 motion to withdraw Kent E. Baldauf Jr. and to substitute Edward R. Reines as principal counsel was granted on February 7, 2011.

Upon consideration thereof,

SOVERAIN SOFTWARE v. NEWEGG                                                    2

    IT IS ORDERED THAT:

    The motion is denied as moot.

                                                    FOR THE COURT

   FEB 0 9 2011               /s/ Jan Horbaly
      Date                      Jan Horbaly
                                  Clerk

cc:  Edward R. Reines, Esq.
      Kent E. Baldauf, Jr., Esq.
      Paul J. Ripp, Esq.
      Michael Nicodema, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2011

JAN HORBALY
CLERK