# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SOVERAIN SOFTWARE V NEWEGG

2011-1009

**FEB -9 2011**

### Entry of Appearance

**JAN HORBALY**
**CLERK**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     __X__ As counsel for:     _____ Soverain Software LLC _____
                                                               Name of Party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus Curiae   _____ Cross Appellant

_____ Appellant   __X__ Appellee   _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner   _____ Respondent or appellee

**RECEIVED**

FEB 9 2011

United States Court of Appeals
For The Federal Circuit

My address and telephone are:

| | |
|---|---|
| Name: | Robert B. Wilson |
| Law Firm (counsel only): | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 51 Madison Avenue, 22nd Floor |
| City, State, and ZIP: | New York, NY 10010 |
| Telephone: | 212-849-7145 |
| Fax #: | 212-849-7100 |
| E-mail Address: | robertwilson@quinnemanuel.com |

Statement to be completed by counsel only (select one):

__X__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 11, 1998

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
_____ Yes   __X__ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: February 8, 2011                                       _____
                                                             Signature of Pro Se or Counsel