# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE V NEWEGG

2011-1009

**Entry of Appearance**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     \_\_X\_\_ As counsel for: _____Soverain Software, LLC_____
                                                          Name of Party

I am, or the party I represent is (select one):

_____ Petitioner     _____ Respondent     _____ Amicus Curiae     _____ Cross Appellant

_____ Appellant     \_\_X\_\_ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner     _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David Nelson |
| Law Firm (counsel only): | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 500 West Madison St., Suite 2450 |
| City, State, and ZIP: | Chicago, IL 60661 |
| Telephone: | 312-705-7465 |
| Fax #: | 312-705-7401 |
| E-mail Address: | davenelson@quinnemanuel.com |

RECEIVED FEB 10 2011 United States Court of Appeals For The Federal Circuit

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT FEB 10 2011 JAN HORBALY CLERK

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_X\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 3, 1996

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
_____ Yes     \_\_X\_\_ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: February 8, 2011                    _/s/ David Nelson_
                                          Signature of Pro Se or Counsel

53