# ...ATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
**717 Madison Place, NW**
**Washington, DC 20439**

TELEPHONE: 202-275-8000

03/01/2011

Robert B. Wilson, Esq.

Re:   Appeal No. 2011-1009, SOVERAIN SOFTWARE V NEWEGG

Dear Counsel:

Pursuant to Federal Circuit Rule 47.4, each party (including intervenors and amici curiae) must file a certificate of interest at the time that counsel's entry of appearance is filed. The court's record of this case indicates that a certificate of interest has not been filed for the party that you represent.

You must submit a completed certificate of interest in accordance with FCR 47.4 within 14 days from the date of this letter.

Very truly yours,


Jan Horbaly

