# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE v. NEWEGG

No. 2011-1009

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Soverain Software LLC certifies the following:

**RECEIVED**

1. The full name of every party or amicus represented by me is:

Soverain Software LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Same as above.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Robert B. Wilson and David Nelson, Quinn Emanuel Urquhart & Sullivan, LLP.

Paul J. Ripp, Williams Montgomery & John Ltd.

Kenneth R. Adamo, Thomas Demitrack, Thomas L. Giannetti, Mark C. Howland, George T. Manning, Barry R. Satine, Jennifer Seraphine, Ognian V. Shentov, Andrey Belenky, Kenneth Canfield, Clark Craddock, Lynda Q. Nguyen, Debra R. Smith, and Stela C. Tipi, Jones Day.

Carl R. Roth, Amanda Aline Abraham, and Brendan Clay Roth, The Roth Law Firm.

Michael C. Smith, Siebman Burg Phillips & Smith, LLP.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR -7 2011

JAN HORBALY
CLERK