**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC　　v. NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

United States Court of Appeals
For The Federal Circuit

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　Soverain Software LLC
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[ ] Appellant　[✓] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

Name:　　　　　　　　Neil G. Cave
Law firm:　　　　　　　Quinn Emanuel Urquhart & Sullivan, LLP
Address:　　　　　　　51 Madison Avenue, 22nd Floor
City, State and ZIP:　　New York, NY 10010
Telephone:　　　　　　212-849-7104
Fax #:　　　　　　　　212-849-7100
E-mail address:　　　　neilcave@quinnemanuel.com

FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 29 2011
JAN HORBALY
CLERK

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 22, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes　[ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 28 2011　　　　　　　　　　　　　[signature]
Date　　　　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

123