# United States Court of Appeals for the Federal Circuit

**ORAL ARGUMENT ORDER**

2011-1009

SOVERAIN SOFTWARE V NEWEGG

This appeal is scheduled for oral argument in the U.S. Court of Appeals for the Federal Circuit, Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.:

**Date:** Thursday, 08/04/2011

**Time:** 10:00 A.M.

**Courtroom No.** 402

**Argument Time:** 15 MIN PER SIDE

**Counsel for the appellant/petitioner/
intervenor(s):** Edward R. Reines

**Counsel for the appellee/respondent/cross-appellant/
intervenor(s):** Robert B. Wilson

The appeal having been placed on the oral argument calendar, counsel need not submit the statement allowed by Fed. R. App. P. 34(a), setting forth the reasons why oral argument should be heard. Notwithstanding the scheduling for oral argument, the panel of judges that will decide the appeal, upon further consideration, may yet disallow oral argument, under the circumstances set forth in Fed. R. App. P. 34(a), and, if so, counsel will be duly notified by the clerk.

An Information Sheet, Notices to Counsel on Oral Argument and Courtroom Decorum, a Calendar Announcement, and a pink Response to Oral Argument Order are attached.

Return the pink sheet no later than July 15, 2011. See Fed. Cir. R. 25(b) regarding facsimile transmission.

FOR THE COURT

Jan Horbaly
Clerk

June 21, 2011

cc:    Edward R. Reines
       Robert B. Wilson

# United States Court of Appeals for the Federal Circuit

717 Madison Place, NW
Washington, DC 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
Fax: (202) 275-9678

SOVERAIN SOFTWARE V NEWEGG, 2011-1009

## Response to Oral Argument Order

Attorney **Edward R. Reines** acknowledges that oral argument is scheduled on
August 4, 2011 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☐ The individual named below will argue:

Name: _____
Law Firm: _____
Address: _____
Phone: _____
Fax: _____
E-Mail: _____

Note: In order to argue an appeal, an attorney must enter an appearance *(if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance)* and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**Remarks:** _____
_____
_____

Date: _____          Signature: _____

PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE
DATE INDICATED ON THE ORDER AND SERVE A COPY ON
OPPOSING COUNSEL.

Please contact Senior Deputy Clerk Karen Smagala Hendrick at
(202) 275-8036 if you need assistance

# United States Court of Appeals for the Federal Circuit

717 Madison Place, NW
Washington, DC 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
Fax: (202) 275-9678

SOVERAIN SOFTWARE V NEWEGG, 2011-1009

## Response to Oral Argument Order

Attorney **Robert B. Wilson** acknowledges that oral argument is scheduled on
August 4, 2011 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☐ The individual named below will argue:

Name: _____
Law Firm: _____
Address: _____
Phone: _____
Fax: _____
E-Mail: _____

Note: In order to argue an appeal, an attorney must enter an appearance *(if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance)* and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**Remarks:** _____
_____
_____

Date: _____          Signature: _____

PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE
DATE INDICATED ON THE ORDER AND SERVE A COPY ON
OPPOSING COUNSEL.

Please contact Senior Deputy Clerk Karen Smagala Hendrick at
(202) 275-8036 if you need assistance