# United States Court of Appeals for the Federal Circuit

717 Madison Place, NW
Washington, DC 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
(202) 275-9678

SOVERAIN SOFTWARE V NEWEGG, 2011-1009

## Response to Oral Argument Order

United States Court of Appeals
For The Federal Circuit

Attorney **Edward R. Reines** acknowledges that oral argument is scheduled on
August 4, 2011 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☒ The individual named below will argue:

    Name:      EDWARD R. REINES
    Law Firm:  WEIL, GOTSHAL & MANGES LLP
    Address:   201 REDWOOD SHORES PARKWAY, REDWOOD SHORES, CA 94065
    Phone:     650-802-3000
    Fax:       650-802-3100
    E-Mail:    edward.reines@weil.com

Note: In order to argue an appeal, an attorney must enter an appearance *(if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance)* and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**Remarks:** _____

Date: June 23, 2011.      Signature: _____

PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE
DATE INDICATED ON THE ORDER AND SERVE A COPY ON
OPPOSING COUNSEL.

Please contact Senior Deputy Clerk Karen Smagala Hendrick at
(202) 275-8036 if you need assistance

# CERTIFICATE OF SERVICE

I certify that on June 28, 2011, Newegg's Response to Oral Argument was served by Federal Express for filing with the Clerk of Court, and on that same date I served two copies on counsel listed below in the same manner:

Robert B. Wilson
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7145 - Tel
(212) 849-7100 - Fax

*Attorneys for Plaintiff-Appellee Soverain Software*

_____
Karen A. Gotelli
Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Weil, Gotshal & Manges LLP**

Karen A. Gotelli
+1 650 802 3115
karen.gotelli@weil.com

June 28, 2011

VIA FEDERAL EXPRESS

The Honorable Jan Horbaly
Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place N.W.
Washington, DC 20439

Re: **Soverain Software LLC. v Newegg Inc. 2011-1009**

Dear Mr. Horbaly:

Enclosed please find an original and three copies of the Newegg's Response to Oral Argument in the above-captioned matter. An extra copy and a self-addressed return envelope have also been enclosed for return of a file-stamped copy.

Please do not hesitate to contact me should you require any additional information. Thank you.

Respectfully submitted,

Karen A. Gotelli
Assistant to Edward R. Reines

cc: Robert B. Wilson