# United States Court of Appeals for the Federal Circuit

717 Madison Place, NW
Washington, DC 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
Fax: (202) 275-9678

SOVERAIN SOFTWARE V NEWEGG, 2011-1009

## Response to Oral Argument Order

Attorney **Robert B. Wilson** acknowledges that oral argument is scheduled on August 4, 2011 at 10:00 A.M.

**RECEIVED**

JUL 14 2011

United States Court of Appeals
For The Federal Circuit

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☒ The individual named below will argue:

| | |
|---|---|
| Name: | Robert B. Wilson |
| Law Firm: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 51 Madison Avenue, 22nd Floor, NY, NY 10010 |
| Phone: | 212 849 7145 |
| Fax: | 212 849 7100 |
| E-Mail: | robertwilson@quinnemanuel.com |

Note: In order to argue an appeal, an attorney must enter an appearance *(if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance)* and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**Remarks:** None.

Date: July 12, 2011        Signature: _[signature]_

PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE DATE INDICATED ON THE ORDER AND SERVE A COPY ON OPPOSING COUNSEL.

Please contact Senior Deputy Clerk Karen Smagala Hendrick at (202) 275-8036 if you need assistance

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7145

WRITER'S INTERNET ADDRESS
robertwilson@quinnemanuel.com

July 13, 2011

**VIA FEDEX**

Mr. Jan Horbaly
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C.  20439

Re:   SOVERAIN SOFTWARE V NEWEGG, 2011-1009

Dear Mr. Horbaly:

Enclosed for filing is the Response to Oral Argument Order on behalf of Plaintiff-Appellee Soverain Software LLC.

Respectfully submitted,

Robert B. Wilson

cc:   Edward R. Reines, Esq.
      Kent E. Baldauf, Jr., Esq.
      Claudia W. Frost, Esq.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstrasse 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298-6000 FAX +49(0) 621 43298-6100