**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7145

WRITER'S INTERNET ADDRESS
robertwilson@quinnemanuel.com

August 1, 2011

**VIA FEDEX**

Mr. Jan Horbaly
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

RECEIVED

United States Court of Appeals
For The Federal Circuit

Re:    **SOVERAIN SOFTWARE V NEWEGG, 2011-1009**

Dear Mr. Horbaly:

I write on behalf of Soverain Software in response to Newegg's citation of supplemental authority concerning *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060 (2011).

As in *Global-Tech*, this Court should affirm the judgment because the evidence was more than sufficient to support the jury's verdict of inducement, even under a willful blindness standard. As the Supreme Court concluded:

> [T]he evidence when viewed in the light most favorable to the verdict for SEB is sufficient under the correct standard. The jury could have easily found that before April 1998 Pentalpha willfully blinded itself to the infringing nature of the sales it encouraged Sunbeam to make. *Id.* at 2071.

Here, there was ample evidence of Newegg's intent to induce infringement. (Soverain Br. at 37-40). Newegg was well aware that the '314 and '492 patents had undergone reexamination and that large online retailers were taking licenses to the patented technology. The prior art systems that Newegg relied on for its invalidity contentions had already been before the Examiner. And Newegg completely failed to distinguish its infringing shopping cart and hypertext statement systems, literally or under the doctrine of equivalents.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653-2000 FAX +44(0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510-1711 FAX +81 3 5510-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100

Despite these razor thin positions, Newegg did not obtain an opinion of counsel. Instead, it kept its infringing systems up and running, complete with instructions encouraging customers to use them. And it expanded the infringing use by launching new websites, including Newegg.ca and NeweggMall.com.

This is exactly what *Global-Tech* describes as willful blindness. Newegg turned a blind eye to the high probability of infringement and validity. And Newegg took steps to deliberately avoid learning those facts. That evidence is more than sufficient to support the jury's verdict, even under a willful blindness standard. Therefore, as the Supreme Court did in *Global-Tech*, the judgment here should be affirmed.[1]

Respectfully submitted,

Robert B. Wilson

cc:   Edward R. Reines, Esq.

---

[1] Notably, Newegg did not challenge the sufficiency of the evidence by moving for JMOL under this Court's "deliberate indifference" standard. (Reply Br. at 14 n.2). As Newegg argues, it would have been "pointless" to do so. (7/22/11 letter at 2). Newegg's argument confirms that there was overwhelming evidence of intent here.

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7145

WRITER'S INTERNET ADDRESS
robertwilson@quinnemanuel.com

August 1, 2011

**VIA FEDEX**

Mr. Jan Horbaly
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

**RECEIVED**

United States Court of Appeals
For The Federal Circuit

Re:    **SOVERAIN SOFTWARE V NEWEGG, 2011-1009**

Dear Mr. Horbaly:

Enclosed for filing is an original and six copies of Soverain's Response to Newegg's Citation of Supplemental Authority in the above-captioned case. An extra copy and a self-addressed return envelope are also enclosed. Please date stamp and return the extra copy for our files.

Respectfully submitted,

Robert B. Wilson

cc:    Edward R. Reines, Esq.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 West Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510-1711 FAX +81 3 5510-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100