U. S. DISTRICT COURT, OFFICE OF THE CLERK
211 W. Ferguson
Tyler, TX 75702

Federal Circuit Court of Appeals                    Date: 8/25/11
Howard T Markey National Courts Bldg.
717 Madison Place, N.W.
Washington, D.C. 20439-002

Case # 6:07cv511 _____ USCA Case # 2011-1009 _____

Style Sorevain v. Newegg _____

**In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.**

( ) Certified copy of the Notice of Appeal (Dkt #_____) and docket entries.
( ) Certified copy of the Notice of Interlocutory Appeal (Dkt #_____) and docket entries.
( ) Certified copy of notice of cross-appeal (Dkt #_____) and docket entries.
( ) 2255 (Mo/Vacate) - Notice of Appeal (Dkt #_____) and civil and criminal docket entries.
(X) Record on appeal consisting of 2 vol(s) of the record - 1 CD docs 170-458 1 CD Sealed Docs , _____ transcript vol(s), _____ video tape(s), _____ audio tape(s) and ECRO notes, _____ sealed envelope(s), _____ container(s) of state court records, _____ container(s) of exhibits.
( ) Supplemental record consisting of _____ vol(s) of the record _____,
_____ transcript vol(s), _____ video tape(s), _____ audio tape(s) and ECRO notes,
_____ sealed env(s), _____ container(s) of state court records, _____ container(s) of exhibits.
( ) Case consolidated with _____. Docket entries attached.
( ) Certified copy of CJA-20/Order appointing counsel.
( ) Public Defender appointed.
( ) Copy of CJA-30 appointing counsel in death penalty case.
( ) Other _____

**In regards to the notice of appeal, the following additional information is furnished:**

( ) The Court of Appeals docket fee _____ HAS _____ HAS NOT been paid.
( ) A motion to proceed IFP on appeal has been filed in District Court.
( ) IFP motion has been _____ granted _____ denied.
( ) Judge entering final judgment or order on appeal:
   District Judge _____ Magistrate Judge _____
( ) Court rptr/ECRO assigned to case: ___ Ron Mason, ___ Susan Simmons, ___ Shea Sloan,
   ___ Marilyn Covey, ___ Kathy Riley, ___ Libby Smith, ___ Ernie Ryer, ___ Terri Nickelson,
   ___ Linda Pritchard, ___ Mechelle Hartsfield, ___ Vicki Baker, ___ Others _____

( ) This case was decided without a hearing/trial; therefore, there will be no transcript.
( ) State court papers filed in District Court.                              RECEIVED
( ) Other appeals filed: _____

M Covey
~~Libby Smith~~, Deputy Clerk

United States Court of Appeals
For The Federal Circuit