Case: 11-1009    Document: 70    Page: 1    Filed: 02/14/2013

RECEIVED
FROM NIGHT BOX
FEB 15 2013
United States Court of Appeals
For The Federal Circuit

No. 2011-1009

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
FEB 14 2013
JAN HORBALY
CLERK

SOVERAIN SOFTWARE LLC,

*Plaintiff-Appellee*,

v.

NEWEGG INC.,

*Defendant-Appellant.*

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis

## PLAINTIFF-APPELLEE SOVERAIN SOFTWARE LLC'S MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Plaintiff-Appellee Soverain Software LLC ("Soverain") respectfully moves to extend the deadline for filing a petition for panel rehearing and rehearing en banc by 14 days, from February 21, 2013 to March 7, 2013. Soverain has not previously sought an extension of the deadline to file its petition.

On January 22, 2013, this Court issued its decision reversing-in-part and vacating-in-part the district court's judgment in favor of Soverain. On February 5, 2013, Defendant-Appellant Newegg Inc. ("Newegg") filed a letter requesting that

the Court amend its opinion to correct several "clerical errors," including the fact that the Court analyzed the wrong claim of one of the patents in suit. On February 8, 2013, Soverain responded that at least one of the issues raised in Newegg's letter is substantive, not clerical, and requested that the Court address the issues raised by Newegg in conjunction with Soverain's forthcoming petition for panel rehearing and rehearing en banc. Soverain's petition is currently due on February 21, 2013. An extension is sought because of the press of other professional obligations facing Soverain's counsel between now and the current February 21 deadline – including post-trial briefing in two other matters and preparation for trial in another case.

Soverain has contacted counsel for Newegg and as of the preparation of this filing, Newegg's counsel had not provided a response to indicate whether Newegg will oppose the requested extension.

Respectfully submitted,

*Robert B. Wilson*

Robert B. Wilson
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
robertwilson@quinnemanuel.com

*Counsel for Plaintiff-Appellee Soverain Software LLC*

February 14, 2013

# CERTIFICATE OF INTEREST

Counsel for Soverain Software LLC certifies the following:

1. The full name of every party or amicus represented by us is:

    Soverain Software LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

    Not applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:

    None

4. The names of all law firms and the partners or associates who appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this Court are:

    QUINN EMANUEL URQUHART & SULLIVAN, LLP: David Nelson, Robert B. Wilson, and Neil Cave.

    WILLIAMS MONTGOMERY & JOHN LTD.: Paul J. Ripp.

    JONES DAY: Kenneth R. Adamo, Thomas Demitrack, Thomas L. Giannetti, Mark C. Howland, George T. Manning, Barry R. Satine, Jennifer Seraphine, Ognian V. Shentov, Andrey Belenky, Kenneth Canfield, Clark Craddock, Lynda Q. Nguyen, Debra R. Smith, and Stela C. Tipi.

    THE ROTH LAW FIRM: Carl R. Roth, Amanda Aline Abraham, and Brendan Clay Roth.

    SIEBMAN BURG PHILLIPS & SMITH, LLP: Michael C. Smith.

Date: February 14, 2013

*Robert B. Wilson /ki*

Robert B. Wilson

## DECLARATION OF AUTHORITY

In accordance with Federal Circuit Rule 47.3(d) and pursuant to 28 U.S.C. § 1746, I declare that Robert B. Wilson has authorized me to sign the foregoing Motion For A 14-Day Extension Of Time To File A Petition For Panel Rehearing And Rehearing En Banc and Certificate of Interest on his behalf.

*Katherine Whitley*
Katherine Whitley

# CERTIFICATE OF SERVICE

I, Robert B. Wilson, hereby certify that a true and correct copy of the foregoing document was served this 14th day of February, 2013, by overnight courier upon the following counsel:

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com

Claudia Wilson Frost
PILLSBURY WINTHROP SHAW PITTMAN, LLP
909 Fannin Street
Suite 2000
Houston, TX 77010
(713) 276-7648
claudia.frost@pillsburylaw.com

Kent E. Baldauf, Jr.
David C. Hanson
Daniel Harris Brean
THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 471-8815
kbaldaufjr@webblaw.com
dhanson@webblaw.com
dbrean@webblaw.com

*Counsel for Defendant-Appellant Newegg Inc.*

*Katherine Whitley*
_____
Katherine Whitley