NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2011-1009

SOVERAIN SOFTWARE LLC,

                Plaintiff-Appellee,

v.

NEWEGG INC.,

                Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

ON MOTION

Before NEWMAN, PROST, and REYNA, Circuit Judges.

ORDER

Soverain Software LLC moves for a 14-day extension of time, until March 7, 2013, to file a petition for rehearing and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Newegg Inc. is invited to respond to Soverain's petition within 10 days of filing.

                                          FOR THE COURT

| February 20, 2013 | /s/Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc: Edward R. Reines, Esq.
    Robert B. Wilson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 20 2013

JAN HORBALY
CLERK