Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC     v. NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se     ✓ As counsel for:  SOVERAIN SOFTWARE LLC
                                    Name of party

I am, or the party I represent is (select one):

____ Petitioner  ____ Respondent  ____ Amicus curiae  ____ Cross Appellant

____ Appellant   ✓ Appellee      ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant    ____ Respondent or appellee

My address and telephone are:

Name: Seth P. Waxman
Law firm: Wilmer Cutler Pickering Hale & Dorr LLP
Address: 1875 Pennsylvania Avenue, NW
City, State and ZIP: Washington, DC 20006
Telephone: 202-663-6000
Fax #: 202-663-6363
E-mail address: seth.waxman@wilmerhale.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 28, 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

____ Yes    ✓ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2-28-13                          Seth Waxman /MB
Date                             Signature of pro se or counsel

cc: Edward R. Reines

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR - 1 2013
JAN HORBALY
CLERK

123