Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Soverain Software LLC _____ v. Newegg Inc. _____

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se   ____ As counsel for:  Soverain Software, LLC
                                     Name of party

I am, or the party I represent is (select one):

____ Petitioner   ____ Respondent   ____ Amicus curiae   ____ Cross Appellant

____ Appellant   ✓ Appellee   ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant   ____ Respondent or appellee

My address and telephone are:

Name: Daniel H. Bromberg
Law firm: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 555 Twin Dolphin Drive, 5th Floor
City, State and ZIP: Redwood Shores, CA 94065
Telephone: (650) 801-5008
Fax #: (650) 801-5200
E-mail address: danbromberg@quinnemanuel.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/2/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

____ Yes   ✓ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/25/2013
Date

Signature of pro se or counsel

cc: Edward R. Reines

123