FORM 8.  Entry of Appearance

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC _____ v. NEWEGG INC. _____

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se    __✓__As counsel for:    SOVERAIN SOFTWARE LLC _____
Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

_____Appellant    ✓Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jon E. Wright |
| Law firm: | Sterne, Kessler, Goldstein & Fox |
| Address: | 1100 New York Avenue, N. W. |
| City, State and ZIP: | Washington, D.C. 20005 |
| Telephone: | 202-371-2600 |
| Fax #: | 202-371-2540 |
| E-mail address: | jwright@skgf.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

__✓__ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 4, 2004 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/27/13
Date

FILED
U.S. COURT OF APPEALS
THE FEDERAL CIRCUIT

Signature of pro se or counsel

cc: Edward R. Reines

MAR - 1 2013

123

JAN HORBALY
CLERK