Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC     v. NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se     ✓ As counsel for:     SOVERAIN SOFTWARE LLC
                                       Name of party

I am, or the party I represent is (select one):

____ Petitioner   ____ Respondent   ____ Amicus curiae   ____ Cross Appellant

____ Appellant    ✓ Appellee        ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant     ____ Respondent or appellee

My address and telephone are:

Name: Robert Greene Sterne
Law firm: Sterne, Kessler, Goldstein & Fox
Address: 1100 New York Avenue, N. W.
City, State and ZIP: Washington, D.C. 20005
Telephone: 202-371-2600
Fax #: 202-371-2540
E-mail address: rsterne@skgf.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 13, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

____ Yes     ✓ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/27/13
Date

*Robert Greene Sterne*
Signature of pro se or counsel

cc: Edward R. Reines

JAN HORBALY
CLERK

123

79