Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC  v. NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se  ✓ As counsel for:  SOVERAIN SOFTWARE LLC
                                    Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner  \_\_\_\_\_Respondent  \_\_\_\_\_Amicus curiae  \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant  ✓ Appellee  \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant  \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: Salvador Bezos
Law firm: Sterne, Kessler, Goldstein & Fox
Address: 1100 New York Avenue, N. W.
City, State and ZIP: Washington, D.C. 20005
Telephone: 202-371-2600
Fax #: 202-371-2540
E-mail address: sbezos@skgf.com

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 25, 2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes  \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/28/13
Date

Signature of pro se or counsel

cc: Edward R. Reines

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR -1 2013
JAN HORBALY
CLERK

RECEIVED
US COURT OF
FEDERAL CIRCUIT
2013 MAR -1 PM 4:23

123

79