Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC       v.  NEWEGG INC.

No. 2011-1009

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se     ✓ As counsel for:     SOVERAIN SOFTWARE LLC
                                          Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner     \_\_\_\_\_Respondent     \_\_\_\_\_Amicus curiae     \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant     ✓ Appellee     \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant     \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name:                  Thomas Saunders
Law firm:              Wilmer Cutler Pickering Hale & Dorr LLP
Address:               1875 Pennsylvania Avenue, NW
City, State and ZIP:   Washington, DC 20006
Telephone:             202-663-6000
Fax #:                 202-663-6363
E-mail address:        thomas.saunders@wilmerhale.com

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): September 12, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes     ✓ No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/28/2013                                    /s/ signature
Date                                         Signature of pro se or counsel

cc: Edward R. Reines

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR -1 2013
JAN HORBALY
CLERK

RECEIVED 2013 MAR -1 PM 4:22 U.S. COURT OF APPEALS FEDERAL CIRCUIT

123

81