# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Soverain Software LLC v. Newegg Inc.
## 2011-1009

### REVISED CERTIFICATE OF INTEREST FOR NEWEGG INC.

Counsel for Newegg Inc. hereby certifies the following:



1. The full name of every party or amicus represented by me is:

   Newegg Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not Applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Edward R. Reines, Weil, Gotshal & Manges LLP
   Timothy C. Saulsbury, Weil Gotshal & Manges LLP
   Kent E. Baldauf, Jr., The Webb Law Firm
   David C. Hanson, The Webb Law Firm
   Daniel H. Brean, The Webb Law Firm
   John W. McIlvaine, III, The Webb Law Firm
   Richard Sayles, Sayles Werbner
   Mark Strachan, Sayles Werbner
   Kevin M. Fong, Pillsbury Winthrop Shaw Pittman LLP
   Claudia Wilson Frost, formerly of Pillsbury Winthrop Shaw Pittman LLP
   Jeremy Gaston, formerly of Pillsbury Winthrop Shaw Pittman LLP
   Trey Yarbrough, Yarbrough & Wilcox, PLLC
   Eric H. Findlay, Findlay Craft
   Charles E. Juister, formerly of Marshall Gerstein & Borun
   Julianne Hartzell, Marshall Gerstein & Borun
   Matthew C. Nielsen, Marshall Gerstein & Borun

(continued on next page)

      Scott A. Sanderson, Marshall Gerstein & Borun
      Thomas L. Duston, Marshall Gerstein & Borun

Dated: March 14, 2013                  _____
                                                       Edward R. Reines
                                                       *Attorney for Defendant-Appellant*
                                                         *Newegg Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on March 13, 2013, two copies of the foregoing were served on counsel for Plaintiff-Appellee Soverain Software LLC via overnight courier upon the following:

>Seth P. Waxman
>seth.waxman@wilmerhale.com
>Wilmer Cutler Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>(202) 663-6000

*Counsel for Newegg Inc.*