2011-1009

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC,

Plaintiff-Appellee,

v.

NEWEGG INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in Case No. 07-CV-0511, Judge Leonard Davis.

**PLAINTIFF-APPELLEE SOVERAIN SOFTWARE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED SUPPLEMENTAL BRIEF**

| | |
|---|---|
| DAVID NELSON | SETH P. WAXMAN |
| ROBERT B. WILSON | THOMAS SAUNDERS |
| QUINN EMANUEL URQUHART | MEGAN BARBERO |
|   &amp; SULLIVAN, LLP | WILMER CUTLER PICKERING |
| 51 Madison Ave., 22nd Floor |   HALE AND DORR LLP |
| New York, NY  10010 | 1875 Pennsylvania Ave., NW |
| (212) 849-7000 | Washington, DC  20006 |
| | (202) 663-6000 |
| DANIEL H. BROMBERG | |
| QUINN EMANUEL URQUHART | ROBERT GREENE STERNE |
|   &amp; SULLIVAN, LLP | JON E. WRIGHT |
| 555 Twin Dolphin Dr., 5th Floor | SALVADOR M. BEZOS |
| Redwood Shores, CA  94065 | STERNE, KESSLER, GOLDSTEIN |
| (650) 801-5000 |   &amp; FOX |
| | 1100 New York Ave., NW |
| | Washington, DC  20005 |
| | (202) 371-2600 |

June 28, 2013

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellee Soverain Software LLC certifies the following:

1. The full name of every party or amicus represented by me is:

    Soverain Software LLC

2. The name of the real party in interest represented by me is:

    Same as above

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    QUINN EMANUEL URQUHART & SULLIVAN, LLP:  David Nelson, Robert B. Wilson, Daniel H. Bromberg, and Neil Cave

    WILLIAMS MONTGOMERY & JOHN LTD.:  Paul J. Ripp

    JONES DAY:  Kenneth R. Adamo, Thomas Demitrack, Thomas L. Giannetti, Mark C. Howland, George T. Manning, Barry R. Satine, Jennifer Seraphine, Ognian V. Shentov, Andrey Belenky, Kenneth Canfield, Clark Craddock, Lynda Q. Nguyen, Debra R. Smith, and Stela C. Tipi

    THE ROTH LAW FIRM:  Carl R. Roth, Amanda Aline Abraham, and Brendan Clay Roth

    SIEBMAN BURG PHILLIPS & SMITH, LLP:  Michael C. Smith

    WILMER CUTLER PICKERING HALE AND DORR LLP:  Seth P. Waxman, Thomas Saunders, and Megan Barbero

   Sterne, Kessler, Goldstein & Fox:  Robert Greene Sterne,
   Jon E. Wright, Salvador M. Bezos

June 28, 2013

                /s/ Seth P. Waxman
                Seth P. Waxman

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Plaintiff-Appellee Soverain Software LLC respectfully seeks leave to file a Corrected Supplemental Brief Pursuant To The Court's June 13, 2013 Order. The corrected brief is attached to this motion. The grounds for this request are as follows:

On June 13, 2013, this Court ordered the submission of supplemental briefs and instructed the parties to "attach copies of any materials relied upon in their briefs that are not in the existing appendices." Soverain filed its supplemental brief on June 24, 2013 and attached an addendum. In preparing the addendum, Soverain inadvertently omitted two transcript pages that were cited in its supplemental brief but not contained in the appendices. Soverain seeks leave to file a corrected supplemental brief that would add those two pages to the addendum to comply with this Court's order and aid the Court in its decision making.

On June 28, 2013, counsel for Soverain corresponded with counsel for Newegg who stated that Newegg does not oppose the motion.

Soverain respectfully requests that this Court grants its motion to file a corrected supplemental brief containing a corrected and complete addendum.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Seth P. Waxman |
| DAVID NELSON | SETH P. WAXMAN |
| ROBERT B. WILSON | THOMAS SAUNDERS |
| QUINN EMANUEL URQUHART | MEGAN BARBERO |
|   &amp; SULLIVAN, LLP | WILMER CUTLER PICKERING |
| 51 Madison Ave., 22nd Floor |   HALE AND DORR LLP |
| New York, NY 10010 | 1875 Pennsylvania Ave., NW |
| (212) 849-7000 | Washington, DC 20006 |
|  | (202) 663-6000 |
| DAN BROMBERG |  |
| QUINN EMANUEL URQUHART | ROBERT GREENE STERNE |
|   &amp; SULLIVAN, LLP | JON E. WRIGHT |
| 555 Twin Dolphin Dr., 5th Floor | SALVADOR M. BEZOS |
| Redwood Shores, CA 94065 | STERNE, KESSLER, GOLDSTEIN |
| (650) 801-5000 |   &amp; FOX |
|  | 1100 New York Ave., NW |
|  | Washington, DC 20005 |
|  | (202) 371-2600 |

June 28, 2013

# CERTIFICATE OF SERVICE

I, Seth P. Waxman, hereby certify that on the 28th day of June, 2013, I caused a copy of the foregoing Plaintiff-Appellee Soverain Software LLC's Motion For Leave To File Corrected Supplemental Brief to be served on all parties by this Court's electronic filing system. In addition, the brief was served by first-class mail on the following attorneys who are not registered for electronic filing:

David C. Hanson
The Webb Law Firm
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Claudia Wilson Frost
Pillsbury Wintrop Shaw Pittman LLP
909 Fannin Street
Suite 2000
Houston, TX 77010

Kevin M. Fong
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

/s/ Seth P. Waxman
Seth P. Waxman