NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2011-1009

SOVERAIN SOFTWARE LLC,

                         Plaintiff-Appellee,

v.

NEWEGG INC.,

                         Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

ON MOTION

Before NEWMAN, PROST and REYNA, <u>Circuit Judges</u>.

<u>O R D E R</u>

Soverain Software LLC moves for leave to file a corrected supplemental brief, pursuant to the court's June 13, 2013 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                         FOR THE COURT

<u>July 5, 2013</u>                       /s/ Daniel E. O'Toole
    Date                           Daniel E. O'Toole
                                Clerk