NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

**v.**

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

**O R D E R**

A combined petition for rehearing and rehearing en banc having been filed by the Appellee, and the matter having first been referred as a petition for rehearing to the panel that heard the appeal, and the panel having granted rehearing for the purpose of clarifying the status of certain patent claims, and thereafter the matter having been referred as a petition for rehearing en banc to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

    ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

    The mandate of the court will issue on September 11, 2013.

                                           FOR THE COURT

| <ins>September 4, 2013</ins> | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk |

cc:  Edward Reines
      Robert B. Wilson

SOVERAIN SOFTWARE V NEWEGG, 2011-1009
(DCT – 07- CV-0511)