# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

**JUDGMENT**

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**REVERSED IN PART, VACATED IN PART**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 22, 2013</u> | <u>/s/ Jan Horbaly</u> |
| Date | Jan Horbaly |
| | Clerk |