# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

11-1009

**SOVERAIN SOFTWARE LLC,**

*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**

*Defendant-Appellant.*

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0511, Judge Leonard Davis.

## MANDATE

In accordance with the judgment of this Court, entered January 22, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

cc: Kent E. Baldauf Jr.
Megan Beck Barbero
Salvador Manuel Bezos
Daniel H. Brean
Daniel H. Bromberg
Neil G. Cave
Clerk of Court, Eastern District of Texas (Tyler)
Kevin M. Fong
Claudia Wilson Frost
David C. Hanson
David A. Nelson
Edward R. Reines
Paul J. Ripp
Thomas Saunders
Robert Greene Sterne
Seth P. Waxman
Robert B. Wilson
Jon Wright